IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANCE F. THOMPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.:  05-0274 (GMS) |
| | : | |
| DOVER DOWNS, INC., DOVER DOWNS | : | |
| GAMING & ENTERTAINMENT INC., DOVER | : | |
| DOWNS GAMING MANAGEMENT CORP., | : | |
| DOVER ENTERPRISES, INC. and DOVER | : | |
| DOWNS PROPERTIES, INC. | : | |
| | : | |
| Defendants. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants in the above-captioned action hereby request an extension of time to file a response to Plaintiff's Complaint from May 31, 2005 to June 30, 2005.

The parties have conferred and the Plaintiff has agreed not to oppose this Motion.

Respectfully submitted,

Montgomery, McCracken, Walker
 & Rhoads, LLP

*/s/ Richard M. Donaldson*
Richard M. Donaldson, Del Bar ID No. 4367
Noel C. Burnham, Del Bar ID No. 3483
Montgomery, McCracken, Walker & Rhoads,
  LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
 (302) 504-7840

Date:  May 27, 2005

Counsel for Defendants

Of Counsel:
Kymberly D. Hankinson
Montgomery, McCracken,
 Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
Tel: 215-772-1500