**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRANCE F. THOMPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.:  05-0274 (GMS) |
| | : | |
| DOVER DOWNS, INC., DOVER DOWNS | : | |
| GAMING & ENTERTAINMENT INC., DOVER | : | |
| DOWNS GAMING MANAGEMENT CORP., | : | |
| DOVER ENTERPRISES, INC. and DOVER | : | |
| DOWNS PROPERTIES, INC. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Having considered Defendants' Unopposed Motion for an Extension of Time, it is hereby

**ORDERED** that the Motion for an Extension of Time is **GRANTED**.  Defendants will file their response

to the Complaint in this action by June 30, 2005.

**SO ORDERED.**


Date:_____        _____

United States District Judge