**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on May 27, 2005, I arranged for a copy of the foregoing Motion and Order for an Extension of Time to be electronically served upon the following:

>Timothy J. Wilson, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806
>302-777-4680
>
>*Attorney for Plaintiff Brance F. Thompson*

Date: May 27, 2005            */s/   Richard M. Donaldson*
                              Richard M. Donaldson, Del Bar ID No. 4367
                              Noel C. Burnham, Del Bar ID No. 3483
                              Montgomery, McCracken, Walker & Rhoads,
                                  LLP
                              300 Delaware Avenue, Suite 750
                              Wilmington, DE 19801
                              (302) 504-7840