## MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
### ATTORNEYS AT LAW

RICHARD MONTGOMERY
DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

May 27, 2005

*BY ELECTRONIC FILING*
The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 King Street, Lock Box 18
Wilmington, DE 19801

Re: **Brance F. Thompson v. Dover Downs, Inc. et. al.**
    **C.A. No.: 05-CV-274-GMS**

Dear Judge Sleet:

I write in response to a call from Chambers this afternoon requesting further information about defendants' Unopposed Motion for an Extension of Time, which was submitted for the Court's consideration today.

The defendants requested a thirty day extension to respond to plaintiff's Complaint as defendants' engagement of counsel (through defendants' liability carrier, which must approve the selection of counsel) has not been finalized. The delay is, at the moment, beyond the control of the defendants themselves.

Under these circumstances, we respectfully ask that the Court approve defendants' application for an extension, which plaintiff's counsel graciously has elected not to oppose.

I am at the Court's disposal should there be any further questions about the pending Motion for an Extension.

Montgomery, McCracken, Walker & Rhoads, llp

May 27, 2005
Page 2

                        Respectfully submitted,

                        */S/ Richard M. Donaldson*

                        Richard M. Donaldson
                        (DE ID No. 4367)

RMD/saa

cc:    Timothy J. Wilson, Esquire (via e-service)