IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANCE F. THOMPSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 05-0274 (GMS) |
| | : |
| DOVER DOWNS, INC., DOVER DOWNS | : |
| GAMING & ENTERTAINMENT INC., DOVER | : |
| DOWNS GAMING MANAGEMENT CORP., | : |
| DOVER ENTERPRISES, INC. and DOVER | : |
| DOWNS PROPERTIES, INC. | : |
| | : |
| Defendants. | : |

MOTION AND ORDER
FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Kymberly D. Hankinson to represent the Defendants in this matter.

MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP

/s/ Richard M. Donaldson
Richard M. Donaldson (DE Bar No. 4367)
Noel C. Burnham (DE Bar No. 3483)
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840
Attorneys for Defendants

1183891v1

-2-

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____    _____
                                                                Judge

-2-

1183891v1

-2-

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, Bar of New Jersey, Bar of Maryland and the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Funds effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon filing of this motion.

Date:  June 27, 2005

*Kymberly D. Hankinson* (signature)
Kymberly D. Hankinson
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109