## CERTIFICATION OF SERVICE

I, Noel C. Burnham, hereby certify that on June 29, 2005, I caused the foregoing to be served electronically and by first class postage prepaid U.S. mail, on the following:

Timothy J. Wilson, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680

Attorney for Plaintiff

/s/ Noel C. Burnham
Noel C. Burnham (#3483)
Montgomery, McCracken, Walker
& Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Tel: (302) 504-7890

-4-

1183891v1