IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANCE F. THOMPSON, SR. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.: 05-0274 (GMS) |
| : | |
| DOVER DOWNS, INC., DOVER DOWNS : | |
| GAMING & ENTERTAINMENT INC., DOVER : | |
| DOWNS GAMING MANAGEMENT CORP., : | |
| DOVER ENTERPRISES, INC. and DOVER : | |
| DOWNS PROPERTIES, INC. : | |
| : | |
| Defendants. : | |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS on June 6, 2005, Plaintiff Brance F. Thompson, Sr. filed a civil complaint, Civil Action No. 05-0274, against defendants Dover Downs, Inc., Dover Downs Gaming & Entertainment, Inc., Dover Downs Gaming Management Corporation, Dover Enterprises, Inc., and Dover Downs Properties, Inc. alleging discrimination in employment under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et. seq. (the ADEA), and 19 Del. C. §711;

WHEREAS plaintiff was never employed by defendants Dover Downs Gaming & Entertainment, Inc., Dover Downs Gaming Management Corporation, Dover Enterprises, Inc., and Dover Downs Properties, Inc; and

WHEREAS plaintiff was at all relevant times an employee of Dover Downs, Inc; and

WHEREAS counsel for the plaintiff and counsel for the defendants have agreed to the dismissal of all claims against defendants Dover Downs Gaming & Entertainment, Inc., Dover Downs Gaming Management Corporation, Dover Enterprises, Inc., and Dover Downs Properties,

Inc;

IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel of record that:

1. Upon entry of this Stipulation and Order, defendants Dover Downs Gaming & Entertainment, Inc., Dover Downs Gaming Management Corporation, Dover Enterprises, Inc., and Dover Downs Properties, Inc. shall be dismissed with prejudice, without costs, as defendants in this action.

2. By signing this Stipulation, counsel represent that they have discussed the matters set forth herein with their respective clients and that counsel have been authorized to execute this Stipulation.

Timothy J. Wilson, Del ID No. 4323
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
Attorney for Plaintiff

Dated: 06/30/05

Richard M. Donaldson, Del ID No. 4367
Noel C. Burnham, Del Bar ID No. 3483
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840

Of Counsel:
Edward T. Ellis
Kymberly D. Hankinson
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
(215) 772-1500
Dated: 6/30/05

**SO ORDERED:**

_____
Gregory M. Sleet, J.