# CERTIFICATION OF E-SERVICE

I, Richard M. Donaldson, hereby certify that on June 30, 2005, I caused the foregoing Stipulation and Order of Dismissal to be served electronically on the following:

Timothy J. Wilson, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680

Attorney for Plaintiff

*/s/   Richard M. Donaldson*
Richard M. Donaldson, DE ID No. 4367

1181671v1