## Montgomery, McCracken, Walker & Rhoads, LLP
### Attorneys at Law

Richard Montgomery Donaldson
Admitted in Delaware, Pennsylvania & New Jersey

Direct Dial
302-504-7840

rdonaldson@mmwr.com

300 Delaware Avenue, Suite 750
Wilmington, DE 19801
302-504-7800
Fax 302-504-7820

123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
215-772-1500
Fax 215-772-7620

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002
856-488-7700
Fax 856-488-7720

1235 Westlakes Drive, Suite 200
Berwyn, PA 19312
610-889-2210
Fax 610-889-2220

June 30, 2005

*VIA ELECTRONIC SERVICE*
The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 N. King Street, Lock Box 19
Wilmington, DE 19801

     Re:    **Thompson v. Dover Downs, Inc. et al.**
                **C.A. No.: 05-0274 GMS**

Dear Judge Sleet:

     Enclosed for Your Honor's consideration is a copy of an executed Stipulation and Order of Dismissal, which is being filed with the Court today. As set forth in the recitals of the Stipulation, discussions among counsel have (1) clarified the employment status of the plaintiff in this age discrimination case and (2) resulted in an agreement to dismiss those claims that have been asserted against Dover entities that were not the plaintiff's employer.

     The dismissal is partial, leaving in place the claims asserted against the plaintiff's former employer.

                                       Respectfully yours,

                                       */s/ Richard M. Donaldson*

                                       Richard M. Donaldson
                                       (DE ID No. 4367)

RMD/saa
Enclosure

A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA
LOUIS A. PETRONI – NEW JERSEY RESPONSIBLE PARTNER

Montgomery, McCracken, Walker & Rhoads, llp

June 30, 2005
Page 2

    cc:    Dr. Peter T. Dalleo, Clerk (via e-service)
             Timothy J. Wilson, Esquire (via e-service)