## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BRANCE F. THOMPSON, SR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.:  05-0274 (GMS) |
| | : | |
| DOVER DOWNS, INC., DOVER DOWNS | : | |
| GAMING & ENTERTAINMENT INC., DOVER | : | |
| DOWNS GAMING MANAGEMENT CORP., | : | |
| DOVER ENTERPRISES, INC. and DOVER | : | |
| DOWNS PROPERTIES, INC. | : | |
| | : | |
| Defendants. | : | |

### STIPULATION AND ORDER OF DISMISSAL

WHEREAS on June 6, 2005, Plaintiff Brance F. Thompson, Sr. filed a civil complaint,

Civil Action No. 05-0274, against  defendants Dover Downs, Inc., Dover Downs Gaming &

Entertainment, Inc., Dover Downs Gaming Management Corporation, Dover Enterprises, Inc.,

and Dover Downs Properties, Inc. alleging discrimination in employment under the Age

Discrimination in Employment Act, 29 U.S.C. § 621 et. seq. (the ADEA), and 19 Del. C. §711;

WHEREAS plaintiff was never employed by defendants Dover Downs Gaming &

Entertainment, Inc., Dover Downs Gaming Management Corporation, Dover Enterprises, Inc.,

and Dover Downs Properties, Inc; and

WHEREAS plaintiff was at all relevant times an employee of Dover Downs, Inc; and

WHEREAS counsel for the plaintiff and counsel for the defendants have agreed to the

dismissal of all claims against defendants Dover Downs Gaming & Entertainment, Inc., Dover

Downs Gaming Management Corporation, Dover Enterprises, Inc., and Dover Downs Properties,

Inc;

IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned

counsel of record that:

      1.    Upon entry of this Stipulation and Order, defendants Dover Downs

Gaming & Entertainment, Inc., Dover Downs Gaming Management Corporation, Dover

Enterprises, Inc., and Dover Downs Properties, Inc. shall be dismissed with prejudice,

without costs, as defendants in this action.

      2.    By signing this Stipulation, counsel represent that they have discussed the

matters set forth herein with their respective clients and that counsel have been

authorized to execute this Stipulation.

| | |
|---|---|
| Timothy J. Wilson, Del ID No. 4323 | Richard M. Donaldson, Del ID No. 4367 |
| Margolis Edelstein | Noel C. Burnham, Del Bar ID No. 3483 |
| 1509 Gilpin Avenue | Montgomery, McCracken, Walker & Rhoads, LLP |
| Wilmington, DE 19806 | 300 Delaware Avenue, Suite 750 |
| (302) 777-4680 | Wilmington, DE 19801 |
| Attorney for Plaintiff | (302) 504-7840 |

Dated: 06/30/05

Of Counsel:
Edward T. Ellis
Kymberly D. Hankinson
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
(215) 772-1500
Dated: 6/30/05

**SO ORDERED:**

_____

Gregory M. Sleet, J.