IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANCE F. THOMPSON, SR., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 05-274 (GMS) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| DOVER DOWNS, INC., | : | |
| | : | |
| Defendant. | : | |

### PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURES
### NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Pre-Discovery Disclosures* were sent via U.S. Mail postage pre-paid on September 30, 2005 to the following:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

   *and*

Edward T. Ellis, Esquire
Kymberly D. Hankinson, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109

                                        MARGOLIS EDELSTEIN

                                        _____
                                        Timothy J. Wilson, (#4323)
                                        1509 Gilpin Avenue
                                        Wilmington, DE 19806
                                        (302) 777-4680