**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRANCE F. THOMPSON, SR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 05-0274 (GMS) |
| | : | |
| DOVER DOWNS, INC., DOVER DOWNS GAMING & ENTERTAINMENT INC., DOVER DOWNS GAMING MANAGEMENT CORP., DOVER ENTERPRISES, INC. and DOVER DOWNS PROPERTIES, INC. | : : : : : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

This is to certify that two (2) copies of Defendants' Rule 26(a) Initial Disclosures were served by first class mail this 30th day of September 2005 on:

> Timothy James Wilson
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806
> *Counsel for Plaintiff*

Dated:  October 6, 2005              /s/ *Noel C. Burnham*
　　　　　　　　　　　　　　　　Noel C. Burnham (DE Bar No. 3483)
　　　　　　　　　　　　　　　　Richard M. Donaldson (DE Bar No. 4367)
　　　　　　　　　　　　　　　　Montgomery, McCracken, Walker & Rhoads, LLP
　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 750
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Telephone: (302) 504-7840
　　　　　　　　　　　　　　　　Facsimile: (302) 504-7820
　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that two (2) copies of the foregoing Notice of Service were served by first class mail this 6th day of October 2005 on:

>Timothy James Wilson
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE  19806
>*Counsel for Plaintiffs*

>_____*/s/ Noel C. Burnham*_____
>Noel C. Burnham (DE Bar No. 3483)