IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANCE F. THOMPSON, SR., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 05-274 (GMS) |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| DOVER DOWNS, INC., | : | |
| | : | |
| Defendant. | : | |

**STIPULATION FOR EXTENSION OF TIME**

The parties, by and through their attorneys, hereby stipulate and agree to an extension of time for completion of discovery to April 6, 2006; and an extension of the date for the submission of opening briefs for case dispositive motions to April 21, 2006.

MARGOLIS EDELSTEIN

By /s/ Timothy J. Wilson
    Timothy J. Wilson (# 4323)
    1509 Gilpin Avenue
    Wilmington, DE 19806
    (302) 777-4680

*Attorney for Plaintiff*

MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP

By: /s/ Richard M. Donaldson
    Richard M. Donaldson (# 4367)
    300 Delaware Avenue, Suite 750
    Wilmington, DE 19801
    (302) 504-7840

Of Counsel:
    Edward T. Ellis
    Beth A. Friel
    MONTGOMERY MCCRACKEN
    WALKER & RHOADS LLP
    123 South Broad Street
    Philadelphia, PA 19109
    (215) 772-7325
*Attorneys for Defendant*

SO ORDERED this _____ day of March, 2006.

_____
The Honorable Gregory M. Sleet