

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

TIMOTHY J. WILSON, ESQUIRE
twilson@margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:*
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

March 3, 2006

The Honorable Gregory M. Sleet
U.S. District Court of Delaware
844 N. King Street
Lock Box 19
Wilmington, DE 19801

RE: **Brance F. Thompson v. Dover Downs**
C.A. No. 05-274 (GMS)

Dear Judge Sleet:

This letter is submitted in support of the parties' Stipulation for Extension of Time to Complete Discovery and to extend the time for the briefing of this matter that was filed with the Court on March 1, 2006.

Plaintiff has recently been diagnosed with a serious health condition and his treatment has hindered the discovery process to some extent. The stipulation extends only the above-mentioned dates, and only for seven (7) days. Counsel conferred on this matter and agreed and stipulated to the extension.

Counsel is available to discuss this matter with Your Honor if you so desire.

Respectfully yours,

TIMOTHY J. WILSON

TJW:cab

cc: Clerk of the Court (by e-file only)
cc: Richard M. Donaldson, Esquire
cc: Beth Friel, Esquire