## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BRANCE F. THOMPSON, SR.,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No.: 05-274 (GMS)** |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| **DOVER DOWNS, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned

case, hereby certify that two (2) true and correct copies of the foregoing ***Plaintiff's First***

***Set of Interrogatories Directed to Defendant Dover Downs, Inc.*** and ***Certificate of***

***Service*** were sent via U.S. Mail postage pre-paid on March 8, 2006 to the following:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Edward T. Ellis, Esquire
Beth A. Friel, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109


MARGOLIS EDELSTEIN


Timothy J. Wilson, (# 4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax
*Attorney for Plaintiff*

Dated: March 8, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BRANCE F. THOMPSON, SR.,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No.: 05-274 (GMS)** |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| **DOVER DOWNS, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, do hereby certify that on March 8, 2006, I electronically filed the attached Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Edward T. Ellis, Esquire
Beth A. Friel, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109

MARGOLIS EDELSTEIN

Timothy J. Wilson, (# 4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(304) 777-4682 fax
*Attorney for Plaintiff*

Dated: March 8,2006