IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANCE F. THOMPSON, SR., | : |
| Plaintiff, | : Civil Action No.: 05-274 (GMS) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| DOVER DOWNS, INC., | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's First Set of Documents Requested* and *Certificate of Service* were sent via U.S. Mail postage pre-paid on March 8, 2006 to the following:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Edward T. Ellis, Esquire
Beth A. Friel, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109

MARGOLIS EDELSTEIN

Timothy J. Wilson, (# 4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax
*Attorney for Plaintiff*

Dated: March 8, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANCE F. THOMPSON, SR., | : |
| Plaintiff, | : Civil Action No.: 05-274 (GMS) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| DOVER DOWNS, INC., | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Timothy J. Wilson, do hereby certify that on March 8, 2006, I electronically filed the attached Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Edward T. Ellis, Esquire
Beth A. Friel, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109

MARGOLIS EDELSTEIN

Timothy J. Wilson, (# 4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(304) 777-4682 fax
*Attorney for Plaintiff*

Dated: March 8, 2006