IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANCE F. THOMPSON, SR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 05-0274 (GMS) |
| | : | |
| DOVER DOWNS, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

**TO:** Timothy J. Wilson, Esquire
Margolis Edelstein
509 Gilpin Avenue
Wilmington, DE 19806

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, Defendant by its attorneys, will take the deposition of Brance F. Thompson, Sr. on April 5, 2006 at 10:00 a.m., before an officer authorized to administer oaths, at the offices of Montgomery, McCracken, Walker & Rhoads, LLP, 300 Delaware Avenue, Suite 750, Wilmington, DE 19801.

Dated: March 21, 2006

        */s/ Noel C. Burnham*
        Noel C. Burnham (DE Bar No. 3483)
        Richard M. Donaldson (DE Bar No. 4367)
        Montgomery, McCracken,
          Walker & Rhoads, LLP
        300 Delaware Avenue, Suite 750
        Wilmington, DE 19801
        Telephone: (302) 504-7840
        Facsimile: (302) 504-7820

        Beth Friel, Esquire
        (Admitted Pro Hac Vice)
        Montgomery, McCracken,
          Walker & Rhoads, LLP
        123 South Broad Street
        Philadelphia, PA  19109
        (215) 772-1500
        Counsel for Defendants

-2-

**CERTIFICATE OF SERVICE**

      I, Noel C. Burnham, hereby certify that on this day, I caused two copies of the foregoing Notice of Deposition, to be served by U.S. mail upon the following:

Timothy J. Wilson, Esquire  
Margolis Edelstein  
509 Gilpin Avenue  
Wilmington, DE 19806  

Attorney for Plaintiff

Dated:  March 21, 2006             */s/ Noel C. Burnham*  
                                                   Noel C. Burnham (DE Bar No. 3483)