IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANCE F. THOMPSON, SR., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 05-274 (GMS) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| DOVER DOWNS, INC., | : | |
| | : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Notice of Deposition* were sent via U.S. Mail postage pre-paid on March 24, 2006 to the following:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

    *and*

Edward T. Ellis, Esquire
Beth Friel, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, (# 4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax