## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BRANCE F. THOMPSON, SR.,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No.: 05-274 (GMS)** |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| **DOVER DOWNS, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned

case, hereby certify that two (2) true and correct copies of the foregoing *Re-Notice of*

*Deposition* were sent via U.S. Mail postage pre-paid on April 4, 2006 to the following:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

    *and*

Edward T. Ellis, Esquire
Beth Friel, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109

                         MARGOLIS EDELSTEIN

                         Timothy J. Wilson, (# 4323)
                         1509 Gilpin Avenue
                         Wilmington, DE 19806
                         (302) 777-4680
                         (303) 777-4682 fax