IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANCE F. THOMPSON, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 05-0274 (GMS) |
| DOVER DOWNS, INC. | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiffs in the above-captioned case, hereby certify that two (2) true and correct copies of the *Plaintiff's Supplemental Answers to Defendant Dover Downs Inc.'s First Set of Document Requests Directed to Plaintiff* were delivered by regular U.S. mail, postage pre-paid, to the following:

MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
Richard M. Donaldson, Esquire
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840

MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
Edward T. Ellis, Esquire
Beth Friel, Esquire
123 South Broad Street
Philadelphia, PA 19109
(215) 772-7325
Attorneys for Defendant

MARGOLIS EDELSTEIN

_____
TIMOTHY J. WILSON (#4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
Attorney for Plaintiff

Dated: April 17, 2006