## Montgomery, McCracken, Walker & Rhoads, LLP
ATTORNEYS AT LAW

RICHARD MONTGOMERY DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

April 17, 2006

*VIA ELECTRONIC SERVICE*
The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 N. King Street, Lock Box 19
Wilmington, DE 19801

    Re:    **Thompson v. Dover Downs, Inc. et al.**
             **C.A. No.: 05-0274 GMS**

Dear Judge Sleet:

        Enclosed for the Court's consideration is a proposed Stipulation and Order extending the dispositive motion deadline from April 17, 2006 to April 28, 2006. The proposed Order provides that all remaining deadlines set forth in the September 26, 2005 scheduling order in this case will remain in effect.

        Plaintiff's counsel has graciously agreed to this extension, which was sought due to a death in the family of the attorney preparing the motion and briefing.

Montgomery, McCracken, Walker & Rhoads, llp

April 17, 2006
Page 2

                                      Respectfully yours,

                                      */s/ Richard M. Donaldson*

                                      Richard M. Donaldson
                                      (DE ID No. 4367)

RMD/saa
Enclosure

cc:    Dr. Peter T. Dalleo, Clerk (w/ encl. via e-service)
        Timothy J. Wilson, Esquire (w/encl. via e-service)