**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRANCE F. THOMPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 05-0274 (GMS) |
| | : | |
| DOVER DOWNS, INC., | : | |
| | : | |
| Defendant. | : | |

**STIPULATION AND ORDER**

It is hereby STIPULATED and AGREED by and between counsel for plaintiff and counsel for defendant, subject to the approval of the Court, that:

1.    All dispositive motions shall be filed by April 28, 2006.

2.    All remaining deadlines set forth in the Court's Order dated September 26, 2005 shall remain in effect.


_/s/ Timothy J. Wilson_____          _/s/ Richard M. Donaldson_____
Timothy J. Wilson (DE ID #4323)                 Richard M. Donaldson (DE ID #4367)
MARGOLIS EDELSTEIN                              MONTGOMERY, MCCRACKEN,
1509 Gilpin Avenue                                  WALKER & RHOADS, LLP
Wilmington, DE  19806                           300 Delaware Avenue, Suite 750
(302) 777-4780                                  Wilmington, DE 19801
Counsel for Plaintiff                           (302) 504-7800
                                                Counsel for Defendant


Dated: April 17, 2006                           Dated: April 17, 2006


       IT IS SO ORDERED this _____ day of April, 2006.


                                        _____
                                        THE HONORABLE GREGORY M. SLEET