**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRANCE F. THOMPSON, SR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.:  05-0274 (GMS) |
| | : | |
| DOVER DOWNS, INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2006, two copies of RESPONSES OF DEFENDANT DOVER DOWNS, INC. TO PLAINTIFF'S FIRST SET OF DOCUMENT REQUESTS and RESPONSES OF DEFENDANT DOVER DOWNS, INC. TO PLAINTIFF'S FIRST SET OF INTERROGATORIES were served on the following party by first class postage prepaid mail:

Timothy J. Wilson, Esquire
Margolis Edelstein
509 Gilpin Avenue
Wilmington, DE 19806

Attorney for Plaintiff

Dated: April 18, 2006

*/s/ Noel C. Burnham*
Noel C. Burnham (DE Bar No. 3483)
Richard M. Donaldson (DE Bar No. 4367)
Montgomery, McCracken,
  Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820

    and

    Edward T. Ellis, Esquire
    Beth Friel, Esquire
    (Admitted Pro Hac Vice)
    Montgomery, McCracken,
       Walker & Rhoads, LLP
    123 South Broad Street
    Philadelphia, PA  19109
    (215) 772-1500
    Counsel for Defendants

-3-

## **CERTIFICATE OF SERVICE**

I, Noel C. Burnham, hereby certify that on this day, I caused two copies of the foregoing Notice to be served by U.S. mail upon the following:

>Timothy J. Wilson, Esquire
>Margolis Edelstein
>509 Gilpin Avenue
>Wilmington, DE 19806
>
>Attorney for Plaintiff

Dated: April 18, 2006                                          */s/ Noel C. Burnham*
                                                                                 Noel C. Burnham (DE Bar No. 3483)