THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANCE F. THOMPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 05-0274 (GMS) |
| | : | |
| DOVER DOWNS, INC., | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION
## FOR SUMMARY JUDGMENT

Defendant Dover Downs, Inc., through its undersigned counsel, moves for summary judgment on all counts of Plaintiff Brance F. Thompson's Complaint. The grounds for this motion are set forth in the Opening Brief in Support of Defendant's Motion for Summary Judgment, which is being filed separately herewith.

Respectfully submitted,

Dated: April 28, 2006

  /s/ Richard M. Donaldson  
Noel C. Burnham (DE Bar No. 3483)
Richard M. Donaldson (DE Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840

*Counsel for Defendant Dover Downs, Inc.*

Of Counsel:

Edward T. Ellis
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500

-2-

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of Defendant's Motion for Summary Judgment were served by electronic filing and hand-delivery this 28th day of April 2006 on:

>Timothy J. Wilson, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE  19806
>
>*Counsel for Plaintiff*

>_____/s/ Richard M. Donaldson_____
>Richard M. Donaldson (DE Bar No. 4367)