THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANCE F. THOMPSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 05-0274 (GMS) |
| DOVER DOWNS, INC., | : |
| Defendant. | : |

APPENDIX TO DEFENDANT'S
OPENING BRIEF IN SUPPORT OF
ITS MOTION FOR SUMMARY JUDGMENT

Date:  April 28, 2006

Noel C. Burnham (DE Bar No. 3483)
Richard M. Donaldson (DE Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
(302) 504-7840

*Counsel for Defendant Dover Downs, Inc.*

**TABLE OF CONTENTS**

| Document | Appendix Page |
|---|---|
| Deposition (Excerpts) of Brance F. Thompson, dated April 5, 2006 | A0001-A0023 |
| Deposition (Excerpts) of Richard R. Duncan, dated April 11, 2006 | A0024-A0025 |
| Deposition (Excerpts) of Kevin Edward Gorlich, dated April 11, 2006 | A0026-A0027 |
| Deposition (Excerpts) of Marie A. Isenberg, dated April 12, 2006 | A0028-A0029 |
| Deposition (Excerpts) of Robert A. Knotts, dated April 11, 2006 | A0030-A0031 |
| Deposition (Excerpts) of William Robert Morrison, dated April 11, 2006 | A0032-A0037 |
| Deposition (Excerpts) of Linda M. Renninger, dated April 12, 2006 | A0038-A0039 |
| Deposition (Excerpts) of James M. Shreves, Jr., dated April 12, 2006 | A0040-A0042 |
| Deposition (Excerpts) of Nathan R. Whitecomb, dated April 11, 2006 | A0043-A0044 |
| Declaration of Eric Daniel, dated April 25, 2006 | A0045-A0046 |
| Declaration of Fred Downs, dated April 25, 2006 | A0047-A0048 |
| Declaration of Richard Duncan, dated April 26, 2006 | A0049 |
| Declaration of Marie Isenberg, dated April 26, 2006 | A0050 |
| Declaration of Robin Roberts, dated April 26, 2006 | A0051-A0052 |
| Declaration of Richard Wertz, dated April 26, 2006 | A0053 |
| Application for Employment of Brance Thompson | A0054-A0055 |
| Job Description for Maintenance Mechanic I | A0056 |
| Excerpts of Dover Downs' Employee Handbook | A0057-A0063 |
| Coaching, Date of Notice: February 4, 2004 | A0064 |
| Coaching, Date of Notice: June 17, 2004 | A0065 |
| Coaching, Date of Notice: August 17, 2004 | A0066 |

Disciplinary Warning Notice, Date of Notice: November 29, 2004 .......... A0067-A0068

Disciplinary Warning Notice, Date of Notice: January 4, 2005 .............. A0069-A0070

Disciplinary Warning Notice, Date of Notice: January 12, 2005 ............ A0071-A0072

Upgrade/Transfer Form of Brance Thompson ..................................................A0073

Application for Employment of Robert Knotts ....................................... A0074-A0077

Charge of Discrimination of Brance Thompson, dated September 24, 2004 ..........A0078

Final Determination and Right To Sue Notice, dated November 19, 2004 ............A0079

Charge of Discrimination of Brance Thompson (not dated) ...................................A0080

Final Determination and Right To Sue Notice, dated February 22, 2005 ...............A0081

Medical Report regarding Brance Thompson, dated March 30, 2005 ....................A0082

Letter from Alan J. Fink, M.D., dated November 14, 2005 ....................... A0083-A0086

Complaint, dated May 6, 2005 ................................................................. A0087-A0103

Allen v. AMTRAK, Civ. No. 03-CV-3497, 2005 U.S. Dist. LEXIS 19624 (E.D. Pa. Sept. 6, 2005) ................................................................................................. A0104-A0125

EEOC v. Wyeth Pharm., Civ. No. 03-2967, 2004 U.S. Dist. LEXIS 4382 (E.D. Pa. Mar. 11, 2004 ........................................................................................... A0126-A0132

Sarko v. Henderson, Civ. No. 03-CV-3473, 2004 U.S. Dist. LEXIS 22194 (E.D. Pa. Oct. 29, 2004) ................................................................................................. A0133-A0140

Scott v. State of N.J., 143 Fed. App'x 443 (3d Cir. 2005) ......................... A0141-A0147

Urban v. Henderson, Civ. No. 99-4244, 2001 U.S. Dist. LEXIS 5531 (E.D. Pa. Apr. 5, 2001) ................................................................................................. A0148-A0159

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRANCE F. THOMPSON,            )
                               )
         Plaintiff,            )
                               )  Civil Action
vs.                            )  No. 05-0274 (GMS)
                               )
DOVER DOWNS, INC.,             )
                               )
         Defendant.            )

      Deposition of BRANCE F. THOMPSON taken pursuant to notice at the law offices of Montgomery, McCracken, Walker & Rhoades, LLP, 300 Delaware Avenue, Wilmington, Delaware, beginning at 10:02 a.m., on Wednesday, April 5, 2006, before Allen S. Blank, Registered Merit Reporter and Notary Public.

APPEARANCES:

  TIMOTHY J. WILSON, ESQUIRE
  MARGOLIS EDELSTEIN
  1509 Gilpin Drive
  Wilmington, DE 19806
      For - Plaintiff
  BETH A. FRIEL, ESQUIRE
  MONTGOMERY, McCRACKEN, WALKER & RHOADES, LLP
  123 South Broad Street
  Avenue of the Arts
  Philadelphia, PA 19109
      For - Defendant

WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477

A0001

Case 1:05-cv-00274-GMS   Document 41   Filed 04/28/2006   Page 5 of 18

Thompson
Brance F. Thompson
v.
C.A. # 05-0274 (GMS)
Dover Downs
April 5, 2006

Page 6

1 about it because I didn't go through with it.
2  Q  What was that lawsuit?
3  A  It was many years ago. I hurt myself on the job.
4 It was my arm. But, like I said, that I just didn't do
5 nothing with it.
6  Q  And where were you working at the time when you hurt
7 your arm?
8  A  It was in Benton, Missouri. 1970.
9  Q  And did you sue anyone as a result of the injury?
10  A  I did but I dropped the case. I didn't even go
11 through with it. I had to be operated on due to the injury
12 and stuff.
13  Q  Why did you drop the case?
14  A  I don't know. I don't even remember, tell you the
15 truth.
16  Q  How far did you go in school?
17  A  Two years of college. And it was an ICS course, by
18 the way.
19  Q  I'm sorry, it was a what?
20  A  It was an ICS course.
21  Q  What does that mean, ICS course?
22  A  It's having school through mail, you know.
23  Q  Okay. And what years were you in college, the two
24 years?

Page 7

1  A  I had to take -- see, it was '59 and '60.
2  Q  What year did you graduate high school?
3  A  '56. A year earlier.
4  Q  I'm sorry?
5  A  A year earlier than what I should have.
6  Q  Okay. Mr. Thompson, where did you work before you
7 worked at Dover Downs?
8  A  Ramada Inn and Howard Johnson's.
9  Q  You worked at both places?
10  A  Yes, ma'am. I was maintenance for both places.
11  Q  Was that one employer or two employers?
12  A  No, one employer.
13  Q  And what was the name of the employer?
14  A  Mr. Seth.
15  Q  I'm sorry?
16  A  Seth. Mr. Seth.
17  Q  Is Seth his last name?
18  A  Yes.
19  Q  What's his first name?
20  A  I can't pronounce it. It's very odd. I can't
21 pronounce it.
22  Q  Can you spell it?
23  A  No. It was at Dover, Delaware.
24  Q  And what was your position at this job?

Page 8

1  A  I was the maintenance -- the only maintenance person
2 they had, which is supervisor or what have you.
3  Q  And what were your responsibilities as a
4 maintenance --
5  A  Air-conditioning. Everything. All maintenance.
6 Plumbing, air-conditioning. Everything. Electrician.
7  Q  Did you do any painting?
8  A  Oh, yes.
9  Q  What percentage of your job with the Ramada Inn and
10 Holiday Inn involved painting?
11  A  Just the rooms when they come up that they needed
12 it. That was it.
13  Q  How frequently would you paint when you worked
14 there?
15  A  Maybe once a year.
16  Q  And what percentage of your job when you worked the
17 Ramada Inn and Holiday Inn involved plumbing work?
18  A  Quite a bit.
19  Q  What percentage would you say involved plumbing?
20  A  I would say 40 percent.
21  Q  And what kind of plumbing work would you do when you
22 worked at the Holiday Inn and Ramada Inn?
23  A  It was just general plumbing. For like bathtubs
24 and, you know, et cetera.

Page 9

1  Q  And what were the years you worked at the Ramada Inn
2 and Holiday Inn?
3  A  '94 to 2001.
4  Q  And how much did you make working for Ramada Inn and
5 Holiday Inn?
6  A  Well, it was just one check. It wasn't for each
7 individual place. It was just for one.
8  Q  Okay.
9  A  I was getting a salary check. Six hundred a week.
10  Q  You were getting six hundred a week?
11  A  Yes, ma'am.
12  Q  And where did you work before the Ramada Inn and
13 Holiday Inn?
14  A  For painters. I just -- it wasn't -- I worked for
15 myself a little bit. But I had to leave there because I
16 couldn't get the help right. Everybody wanted more money
17 than I made. So as a painter, several contractors. I can't
18 give you the names of all of them because I don't remember
19 them.
20  Q  And you did primarily painting with these
21 contractors?
22  A  Yes.
23  Q  Did you do any plumbing work with these contractors?
24  A  No. No.

A0002

Page 10

1  Q  And why did you leave the Ramada Inn and Holiday Inn
2  job?
3  A  They had sold them out and I had spoken to
4  Mr. Duncan and he suggested to me that I come to work for
5  Dover Downs, his department.
6  Q  And by Mr. Duncan, you mean Richard Duncan?
7  A  Richard Duncan, yes, ma'am.
8  Q  And when did you speak to Mr. Duncan?
9  A  That was about 2001.
10 Q  Did you know Mr. Duncan before you spoke with him in
11 2001?
12 A  No, I didn't. But my wife worked for Delmarva
13 Cleaning. And Jeff, the one that is supervisor for Delmarva
14 Cleaning, he talked to Mr. Duncan concerning me.
15 Q  And when did you start working at Dover Downs?
16 A  2001. April 23rd, I believe.
17 Q  So you were 60 years old at the time?
18 A  Um-hmm.
19 Q  Is that a yes?
20 A  Yes. I'm sorry.
21 Q  And why did you apply to work at Dover Downs?
22 A  I was asked to come over and put in my application
23 for it. Because of my past experience.
24 Q  And what past experience was that?

Page 11

1  A  Maintenance. General. And painting primarily.
2  Q  Was it primarily painting?
3  A  Yes.
4  Q  And what position did you apply for at Dover Downs?
5  A  Maintenance Mechanic I.
6  Q  And were you a Maintenance Mechanic I when you
7  started at Dover Downs?
8  A  Yes.
9  Q  And how did you come to get this Maintenance
10 Mechanic I position?
11 A  It was given to me.
12    Which time?
13 Q  Did you interview? In 2001 we are talking about.
14 A  Oh, Mr. Duncan. He just gave me the Mech I because
15 of my past experience.
16 Q  Did you interview for the Maintenance Mechanic I
17 position in 2001?
18 A  I just had an interview with them and this is what
19 he placed me at.
20 Q  You interviewed with Mr. Duncan for this position?
21 A  Yes, ma'am.
22 Q  And who made a decision to hire you in 2001 as a
23 Maintenance Mechanic I?
24 A  Richard Duncan.

Page 12

1  Q  Beside Mr. Duncan, did you meet with anyone else at
2  Dover Downs for your position in 2001?
3  A  No.
4  Q  Tell me about the interview you had with Mr. Duncan
5  in 2001 for the Maintenance Mechanic I position?
6  A  I was more or less given questions. It was
7  questionnaires that I was given about plumbing and electric
8  and carpentry work.
9  Q  Did Mr. Duncan speak to you about the primary
10 responsibilities of your job as a Maintenance Mechanic I?
11 A  Yes, ma'am.
12 Q  And was your primary responsibility going to be
13 painting?
14 A  Yes.
15 Q  When you started?
16 A  Um-hmm.
17    MS. FRIEL: Let's mark this.
18    (Thompson Deposition Exhibit No. 1 was
19 marked for identification.)
20 BY MS. FRIEL:
21 Q  Mr. Thompson, do you recognize this document?
22 A  Yes, ma'am.
23 Q  Just for the record, this document is D 0098 through
24 D 0099.

Page 13

1     Mr. Thompson, what is this document?
2  A  It's an application for employment.
3  Q  And is this your job application?
4  A  Yes.
5  Q  And you submitted this job application to Dover
6  Downs?
7  A  Yes, ma'am.
8  Q  And what's the date at the top of this application?
9  A  4/7/01.
10 Q  And is April 7, 2001, the date you submitted this
11 application to Dover Downs?
12 A  Yes, ma'am, it is.
13 Q  Mr. Thompson, look at the second page of this
14 application. Is that your signature at the bottom?
15 A  Yes, ma'am, it is.
16 Q  And is this information you provided on this job
17 application to Dover Downs accurate?
18 A  Yes, ma'am.
19 Q  In the paragraph before your signature, it states, I
20 understand that misrepresentation or admission of facts
21 called for is cause for dismissal.
22    Do you see that?
23 A  Where are we at now?
24 Q  I'm sorry. The paragraph right before your

A0003

Case 1:05-cv-00274-GMS    Document 41    Filed 04/28/2006    Page 7 of 18

Thompson
Brance F. Thompson
v.
C.A. # 05-0274 (GMS)
Dover Downs
April 5, 2006

Page 22

1  Q  How do you know it's not true?
2  A  Because all of it was placed in my personnel file.
3  Q  How do you know all the occurrences are placed in
4  your personnel file?
5  A  Because I got the copies out of my personnel file.
6  Q  And where did you see your personnel file?
7  A  Human resources.
8  Q  Do you have a copy of the personnel file you saw
9  from HR, human resources?
10  A  I believe I do. I don't quite remember on the paper
11  itself.
12  Q  Okay. And tell me about your understanding about
13  the Dover Downs lateness policy?
14  A  Well, if you're late, you're supposed to call in two
15  hours ahead of time.
16  Q  Okay. And what if an employee is late for work and
17  doesn't call in two hours ahead of time?
18  A  Then you're eligible to be written up for it, or
19  disciplinary action.
20  Q  And would an employee receive the same occurrence
21  schedule that's outlined in this chart for their latenesses
22  as well as their absences?
23  A  Yes.
24  Q  Okay. Let's go to policy 2.06. And, Mr. Thompson,

Page 23

1  what does policy 2.06 deal with?
2  A  Job posting.
3  Q  And tell me about your understanding of the job
4  posting policy at Dover Downs?
5  A  Are we speaking of the transfer job policies?
6  Q  Yes.
7  A  That's in-house transfers. That's mostly what they
8  have. That the in-house transfer should be an employee has
9  first choice. And then it is I guess eligible to hire
10  somebody else beyond that.
11  Q  What do you mean an employee has first choice?
12  A  Well, that's what I was told. That an employee has
13  first choice of getting the job before anybody else because
14  it's an in-house posting.
15  Q  And who told you that?
16  A  Everybody I have ever talked to at Dover Downs.
17  Q  Who? Tell me who you talked to?
18  A  Richard Duncan, Bob Morrison. All my supervisors.
19  Q  And what if an employee applied for a position but
20  didn't meet the qualifications, would that employee still
21  get the job?
22  A  No. If you don't qualify for the position, you
23  shouldn't get it anyway.
24  Q  And is it your understanding that the in-house job

Page 24

1  posting would be posted for five days internally?
2  A  Yes.
3  Q  And where would these job postings be?
4  A  Usually in maintenance. But they are placed
5  different places in Dover Downs. On bulletin boards and
6  break room, et cetera.
7  Q  Anywhere else you can think of?
8  A  The break room, which is the lunchroom anyway. At
9  the maintenance department, the office, the main office
10  would be there. And inside the maintenance department.
11  Q  And did an employee have to be employed with Dover
12  Downs for at least six months before that employee could
13  request a transfer to another position?
14  A  Yes, ma'am.
15  Q  Now, were there two separate maintenance groups?
16  Was there an inside maintenance and an outside maintenance,
17  is that correct?
18  A  Yes, it is.
19  Q  Was the inside maintenance also referred to as
20  building maintenance?
21  A  Building maintenance, yes, sir.
22  Q  And was outside also referred to as grounds?
23  A  Grounds.
24  Q  Now, you testified that when you started at Dover

Page 25

1  Downs, you were a Maintenance Mechanic I?
2  A  Yes, ma'am.
3  Q  Where did you start? Were you inside or outside
4  maintenance?
5  A  Inside.
6  Q  And have you remained in inside maintenance
7  throughout your employment at Dover Downs?
8  A  Yes, ma'am.
9  Q  And have you remained a Maintenance Mechanic I
10  throughout your employment at Dover Downs?
11  A  Yes, ma'am.
12  Q  Tell me your job responsibilities as a Maintenance
13  Mechanic I?
14  A  Well, that's to work in the hotel. You do whatever
15  is called -- you're called upon to do. In the electrical
16  field, plumbing, carpentry. All phases of maintenance.
17  Q  Did you do painting as well as a Maintenance
18  Mechanic I?
19  A  Oh, yes. That was my primary job. It was painting.
20  It's called flex painting.
21  Q  What does that mean, flex painting?
22  A  Flex painting is where you take three or four
23  different colors and put it on one wall. In other words,
24  make a wall look like marble.

Page 26

1  Q   And did you have any experience in flex painting
2  before you came to Dover Downs?
3  A   Yes, ma'am. I have a master's degree in art.
4  Q   Where did you received your master's degree in art
5  from?
6  A   Herring School of Art in Indianapolis, Indiana.
7  Q   And when did you receive your master's degree in
8  art?
9  A   In the sixties. I don't remember at all. There was
10 a lot of things I try to remember and I just can't remember.
11 I don't know what it is. Age, I guess.
12 Q   What percentage of your work that you did as a
13 Maintenance Mechanic I at Dover Downs was painting?
14 A   Besides painting?
15 Q   No, was painting. What percentage of your job was
16 painting.
17 A   When I first started, it was only like I'd say
18 25 percent. Right there at the end when I got hurt, I was
19 more 50 percent.
20 Q   And what percentage of your job as a Maintenance
21 Mechanic I at Dover Downs was dealing with plumbing?
22 A   It varied. I'd say 20 percent.
23 Q   You believe it was 20 percent you did plumbing work?
24 A   Yes, ma'am.

Page 27

1  Q   And what kind of plumbing work did you do at Dover
2  Downs?
3  A   Well, broken water lines, leaks, bathrooms,
4  receptacles. Not receptacles. We are talking about
5  electric now. Anyway, the toilets and et cetera that needed
6  to be fixed had to be finished.
7  Q   I'm sorry, what did you say?
8  A   That had to be fixed.
9  Q   And was part of your responsibility as a Maintenance
10 Mechanic I to direct the tasks of any of the Maintenance
11 Mechanic II's and Maintenance Mechanic III's?
12 A   Yes.
13     MS. FRIEL: Mark this Exhibit 3.
14     (Thompson Deposition Exhibit No. 3 was
15 marked for identification.)
16     MS. FRIEL: And it's Bates label D 0121.
17 BY MS. FRIEL:
18 Q   Mr. Thompson, do you recognize this document?
19 A   Yes, ma'am.
20 Q   What is this document?
21 A   It's a job title for Maintenance Mechanic I.
22 Q   Okay. And under essential functions, do you see
23 that?
24 A   Yes, ma'am.

Page 28

1  Q   In the second bullet from the bottom, it reads,
2  preparation of work area to include movement of furniture/
3  obstructions, ordering required materials and direct tasks
4  for Maintenance Mechanic II's and III's. Do you see that?
5  A   Yes, ma'am.
6  Q   Were you assigned to a certain shift when you first
7  started at Dover Downs in 2001?
8  A   Yes, I was. 3:30 to 11:00. Evening shift.
9  Q   And was that also called the second shift?
10 A   Yes, ma'am, it was.
11 Q   And who was your supervisor when you first started
12 at Dover Downs and were working on the second shift?
13 A   Bob Morrison.
14 Q   And what was Mr. Morrison's position at that time?
15 A   Supervisor.
16 Q   Supervisor of the second shift?
17 A   Yes.
18 Q   Was that his title? Okay.
19     Now, did there come a time when you moved from
20 the second shift to another shift?
21 A   Yes, ma'am, there was.
22 Q   When did you move from the second shift?
23 A   I don't remember the dates.
24 Q   What shift --

Page 29

1  A   I went to the midnight shift. It was just -- they
2  was just starting it.
3  Q   They were just starting that midnight shift?
4  A   Yes.
5  Q   At Dover Downs. And that was called the third
6  shift, is that right?
7  A   Third shift. Yes, ma'am.
8  Q   Now, you were in a car accident in September 2002,
9  is that right?
10 A   Yes, ma'am.
11 Q   And when did you return to Dover Downs, to working
12 at Dover Downs after that car accident?
13 A   One year and six months later. That was -- I had
14 the car wreck September 9th.
15 Q   2002?
16 A   2002. And it was one year and six days later that I
17 returned back to work.
18 Q   So September 2003 you came back to Dover Downs?
19 A   Right.
20 Q   When you moved from the second shift to the third
21 shift that we were just talking about, was that before your
22 car accident?
23 A   Yes, ma'am.
24 Q   It was before your car accident in 2002?

A0005

8 (Pages 26 to 29)

Case 1:05-cv-00274-GMS   Document 41   Filed 04/28/2006   Page 9 of 18

Thompson
Brance F. Thompson
v.
C.A. # 05-0274 (GMS)
Dover Downs
April 5, 2006

Page 30

1  A  Yes, ma'am.
2  Q  And why did you switch from the second shift to the
3  third shift?
4  A  Because Mr. Duncan felt that I would be able to do
5  my painting and everything a little better. People wouldn't
6  be in my way.
7  Q  Because you were painting the casino?
8  A  Yes. The hallways and stuff. There was too much
9  traffic, people.
10  Q  So did you mainly switch from the second shift to
11  the third shift to focus on your painting responsibilities?
12  A  All maintenance. But mostly painting, yes. I'd say
13  50 percent of the painting.
14  Q  And who was your supervisor when you went, now that
15  you're on the third shift?
16  A  I was my own supervisor.
17  Q  You didn't have a supervisor?
18  A  I didn't have a supervisor.
19  Q  Did anyone evaluate you when you were on the third
20  shift?
21  A  Yes. Bob Morrison. Second shift supervisor. He
22  said he would still act as my supervisor if there was
23  anything really necessary for me to get ahold of him.
24  Q  So Mr. Morrison remained your supervisor even when

Page 31

1  you went to the third shift?
2  A  Acting as supervisor.
3  Q  What do you mean acting as supervisor?
4  A  He is not my primary supervisor at that time. But
5  he was just acting. In other words, he was there if I
6  needed him as a supervisor. Because I didn't have a
7  supervisor on my shift.
8  Q  But Mr. Morrison was the one who evaluated you, is
9  that right?
10  A  Correct. Yes, ma'am.
11  Q  So did you report to Mr. Morrison when you were on
12  the third shift?
13  A  Just on jobs if I needed to see him, yeah. Yes.
14  Q  So was it your understanding that Mr. Morrison was
15  your supervisor when you were on the third shift?
16  A  No, he wasn't my supervisor. He was acting as
17  supervisor.
18  Q  Well, Mr. Morrison, even when you're on the third
19  shift, Mr. Morrison still evaluates your work, is that
20  correct?
21  A  Yes, ma'am.
22  Q  And Mr. Morrison still oversees your employment, is
23  that correct?
24  A  Yes.

Page 32

1  Q  So wasn't Mr. Morrison your supervisor when you were
2  on the third shift?
3  A  Yeah. We can go ahead and leave it as supervisor.
4  That way there will be no argument.
5  Q  Mr. Thompson, how long were you on the third shift?
6  A  A year. I believe it was a year. Maybe it was two
7  years. I don't recall exactly.
8  Q  When you had your car accident in September of 2002,
9  were you working on the second shift or the third shift?
10  No, you were working on the third shift at that time?
11  A  I was on the third shift at that time.
12  Q  And when you came back from your car accident in
13  September 2003, were you still on the third shift at that
14  point?
15  A  I was still on the third shift, yes, ma'am.
16  Q  Now, when you worked on the third shift during this
17  time period, did you work with any other co-workers on the
18  third shift?
19  A  Yes.
20  Q  Who did you work with?
21  A  Let's see. I'm trying to think. My mind is so
22  twisted right now.
23  Q  Do you want to take a break?
24  A  Nate Whitcomb was transferred to the third shift to

Page 33

1  work under my supervision. And Kevin Gorlich. I can't even
2  pronounce his name.
3  Q  Gorlich? Kevin Gorlich?
4  A  He was also under my supervision in the third shift.
5  Q  When you say Nate Whitcomb was under your
6  supervision, what do you mean?
7  A  He was under my supervision to train him in painting
8  and the jobs that had to be done because he was a Mech III
9  at the time.
10  Q  Do you believe that you were Mr. Whitcomb's
11  supervisor when you were on the third shift?
12  A  I was acting as supervisor to both of them.
13  Q  It's your belief that you were acting as supervisor
14  to Mr. Whitcomb and Mr. Gorlich?
15  A  Yes, ma'am.
16  Q  Did anyone at Dover Downs tell you that you were
17  acting as Mr. Whitcomb's and Mr. Gorlich's supervisor?
18  A  Yes, ma'am.
19  Q  Who told you that?
20  A  Mr. Duncan, Bob Morrison. And they told them that
21  if there was anything that they needed, that they was to
22  contact me and it would be my decision.
23  Q  And what position was Mr. Whitcomb at this time when
24  you were on the third shift?

A0006

### Page 34

1  A  Mech III.
2  Q  And what position was Mr. Gorlich at this time when
3  you were on the third shift with him?
4  A  He had just started. I believe they had him as a
5  Mech II. Started him as a Mech II.
6  Q  Now, did you evaluate? Were you responsible for the
7  evaluations of Mr. Whitcomb and Mr. Gorlich?
8  A  No, I did not do any evaluations.
9  Q  Did you control any aspects of Mr. Whitcomb's
10 employment?
11 A  As far as training, yes.
12 Q  Did you have the authority to terminate
13 Mr. Whitcomb's employment?
14 A  No.
15 Q  Did you have the authority to terminate
16 Mr. Gorlich's employment?
17 A  No, I had no authority for neither one of them in
18 that respect.
19 Q  But you testified you were acting supervisor for
20 Mr. Whitcomb and Mr. Gorlich?
21 A  Right.
22 Q  In what way were you the acting supervisor if you
23 weren't evaluating them or didn't control their --
24 A  Well, an acting supervisor doesn't mean that you can

### Page 35

1  fire and hire them. It just means that I am over them in
2  order to show them what to do, that they have to honor and
3  respect what I say.
4  Q  Was there anyone at this time when you were on the
5  third shift, was there any supervisor, anyone with the title
6  supervisor on that shift?
7  A  No.
8  Q  Okay. Let's turn to -- I gave you this exhibit.
9  Exhibit 3 that we just looked at. The job description. And
10 you testified that a central function of a Maintenance
11 Mechanic I job was to direct the task for Maintenance
12 Mechanic II's and III's.
13 A  Yes.
14 Q  Is that correct?
15 A  Yes. It's not only for me. It was for all Mechanic
16 I's. They are over Mechanic II's and III's. What they say,
17 they honor. They don't have to be a supervisor in order for
18 that to take place.
19 Q  So weren't you directing the tasks for Mr. Whitcomb
20 and Mr. Gorlich on shift three?
21 A  Was I directing it?
22 Q  Yes.
23 A  Yes.
24 Q  And that was part of your responsibilities as a

### Page 36

1  Maintenance Mechanic I, correct?
2  A  Right.
3  Q  So other than directing their tasks, which was an
4  essential function. Your job as a Maintenance Mechanic I,
5  why do you believe you were acting as their supervisor?
6  A  Because I was told -- I wasn't told that I was
7  acting as a supervisor. I was told that they were to work
8  under me and I would be the same as their supervisor. I
9  wouldn't be their supervisor but I would be the same as
10 their supervisor.
11 Q  In what respect would you be the same as their
12 supervisor?
13 A  That they would honor what I would tell them to do.
14 Q  Under your job description for a Maintenance
15 Mechanic I, wasn't that that you would direct the tasks of
16 both Mr. Whitcomb and Mr. Gorlich?
17 A  Yes.
18 Q  So wasn't that what you were performing?
19 A  Um-hmm.
20 Q  Your job duties as a Maintenance Mechanic I?
21 A  Yes. And beyond that.
22 Q  Tell me how you went beyond the responsibilities of
23 a Maintenance Mechanic I?
24 A  I just told you. I can't go any further than what I

### Page 37

1  just said.
2  Q  Okay. So besides what you already told me, there is
3  nothing else that you did besides direct the tasks for
4  Mr. Gorlich and Mr. Whitcomb?
5  A  Training. That's all I did. Is the training of
6  them.
7  Q  And how did you train Mr. Whitcomb and Mr. Gorlich?
8  A  With the paints, the colors, applications.
9  Q  Was the training focused primarily on painting?
10 A  Yes, ma'am. That's what I was supposed to train
11 them in.
12 Q  And who evaluated you when you were on the third
13 shift?
14 A  Bob Morrison.
15 Q  And who was responsible for evaluation of
16 Mr. Gorlich when Mr. Gorlich worked on the third shift with
17 you?
18 A  I couldn't tell you that.
19 Q  Who was responsible for the evaluation of
20 Mr. Whitcomb?
21 A  I couldn't tell you that.
22 Q  Do you know if Mr. Morrison was evaluating
23 Mr. Gorlich and Mr. Whitcomb?
24 A  I couldn't tell you. I don't know.

A0007

10 (Pages 34 to 37)

Case 1:05-cv-00274-GMS   Document 41   Filed 04/28/2006   Page 11 of 18

Thompson
Brance F. Thompson
v.
C.A. # 05-0274 (GMS)
Dover Downs
April 5, 2006

Page 38

1  Q  Okay. Did there come a time when you moved from the
2  third shift at Dover Downs?
3  A  Yes. I moved to the first shift.
4  Q  You moved to the first shift?
5  A  Yes, ma'am.
6  Q  And what's the first shift?
7  A  It's from 7:00 to 3:30. 7:00 a.m. to 3:30 p.m.
8  Q  And when did you move from the third shift to the
9  first shift at Dover Downs?
10 A  It was after the accident. I can't tell you exactly
11 when. It was after the accident.
12 Q  Do you remember if it was months that you got moved
13 to the first shift after the car accident?
14 A  It was a few months, yeah.
15 Q  And why did you move from the third shift to the
16 first shift at Dover Downs?
17 A  Because I was asked to through Mr. Richard Duncan.
18 Q  And why did Mr. Duncan ask you to move shifts, from
19 the third shift to the first shift?
20 A  I don't remember.
21 Q  Did you talk to Mr. Duncan about switching shifts?
22 A  Yes. He just asked if I would -- if I wanted to go
23 back and work on the day shift under him. And I said, that
24 would be fine.

Page 39

1  Q  When you were on the third shift, did you ever
2  complain to anyone at Dover Downs that you didn't like being
3  on the third shift?
4  A  Yes. Yes.
5  Q  Who did you complain to?
6  A  Everybody I could.
7  Q  Did you complain to Mr. Duncan about being on the
8  third shift?
9  A  Yes. Everybody.
10 Q  Did you complain to Mr. Morrison about being on the
11 third shift?
12 A  Yes, I did.
13 Q  And why didn't you like being on the third shift?
14 A  For one thing, I couldn't get my sleep right. I
15 couldn't -- it was just nothing organized. I couldn't
16 organize anything right. And I wasn't treated right there.
17 So that's why I didn't want third shift.
18 Q  Why weren't you treated right on the third shift, do
19 you believe?
20 A  I put in for supervisor's job and I was denied the
21 job.
22 Q  The supervisor job on the third shift?
23 A  Third shift, yes. I was the only one that put in
24 for it at that time.

Page 40

1  Q  And when did you apply for the supervisor job on the
2  third shift?
3  A  Boy, I can't remember the date. Oh, I know. They
4  put in an in-house posting and I applied for it and then I
5  was called to Mr. Duncan's office to tell me that they
6  decided at that time they wasn't going to have a
7  supervisor's job opening.
8  Q  And do you know if Dover Downs hired anyone for the
9  supervisor position on the third shift?
10 A  Yes. A short time after that, after they told me
11 they wasn't going to hire anybody.
12 Q  By short time, what do you mean? How long after?
13 A  A couple months.
14 Q  Who did they hire for the third shift supervisor
15 after a couple months?
16 A  Al Baldwin. He worked under Mr. Duncan on day
17 shift.
18 Q  Was there a posting for this job a couple months
19 later?
20 A  There was a posting but he was already promised the
21 job.
22 Q  Did you apply for this job when there was a posting?
23 A  I couldn't. He was already promised the job.
24 That's the reason I said that I wanted off of that shift.

Page 41

1  Q  How do you know that Mr. Baldwin was promised the
2  third shift supervisor position?
3  A  We were told. Just through employees. Through him
4  as one. Al Baldwin.
5  Q  Al Baldwin told you that he received the third shift
6  supervisor position?
7  A  Yes.
8  Q  And Mr. Baldwin told you this before the posting
9  went up?
10 A  No. I can't say that. All I know, he told me that
11 he received -- that he was asked to take the job as
12 supervisor for Mr. Richard Duncan.
13 Q  But there was still a posting for this job, is that
14 correct?
15 A  Yes.
16 Q  And you didn't apply at the time of the posting?
17 A  I was turned down before. What would make me think
18 I would get it then?
19 Q  But you just told me you were turned down before and
20 Mr. Duncan said they weren't hiring anyone for the
21 supervisor at that time, is that correct?
22 A  Yeah.
23 Q  Then according to you, a couple months later, they
24 have another posting for the same position, is that correct?

A0008

Page 42

1  A  Yes.
2  Q  Did you apply?
3  A  Yes, I applied for it.
4  Q  You applied for the second posting as well?
5  A  Yes. I applied for every position as far as
6  supervisor's jobs.
7  Q  You applied for every supervisor position?
8  A  The ones that came up as far as maintenance, yes.
9  Q  Okay. Let's get back. When you were switched to
10 the first shift, were you still a Maintenance Mechanic I?
11 A  Yes.
12 Q  And did you have the same job responsibilities as
13 you did on the third shift?
14 A  Yes, ma'am.
15 Q  You told me that you complained to several people at
16 Dover Downs, include Mr. Duncan and Mr. Morrison, that you
17 didn't like being on the third shift?
18 A  Right.
19 Q  Do you know if that's why you were moved from the
20 third shift to the first shift, because of your complaints?
21 A  It could be. I don't know. I talked to Mr. Duncan
22 and Mr. Duncan asked me about if I wanted to go to the first
23 shift. And I said, yes.
24 Q  Did you supervise any employees when you worked on

Page 43

1  the first shift?
2  A  The first shift?
3  Q  Yes.
4  A  Yes.
5  Q  Who did you supervise on the first shift?
6  A  Well, see, they have like a supervisor, and on his
7  days off, then they have somebody setting in for him on that
8  day. And then it goes by seniority. And there is days that
9  I had to sit in and supervise whoever worked that day.
10 Q  And by supervise --
11 A  I was a Mech I and they were Mech II's, you know, et
12 cetera.
13 Q  So as a Maintenance Mechanic I, what do you mean by
14 you had to supervise the people below you? What do you mean
15 by supervise?
16 A  Well, you're the only person there that, as a Mech
17 I, which is the highest that you can be, other than a
18 supervisor. So if the supervisor is not there, then you
19 become that supervisor for that day.
20 Q  Did that mean you had to direct the tasks of the
21 Maintenance Mechanic II's and Maintenance Mechanic III's?
22 A  Yes, ma'am.
23 Q  And did you have to do anything besides directing
24 the tasks of the Maintenance Mechanic II's and III's?

Page 44

1  A  Well, you worked, too. But outside of that.
2  Q  And who was your supervisor when you worked on the
3  first shift?
4  A  I must be getting Alzheimer's. I can't think.
5  Q  Was Mr. Morrison your supervisor?
6  A  No.
7  Q  Was Mr. Duncan your supervisor on the first shift at
8  this time?
9  A  No.
10 Q  Was Mr. Homlish your supervisor?
11 A  Yes.
12 Q  Steve Homlish?
13 A  Steve Homlish.
14 Q  When you switched from the third shift to the first
15 shift, Steve Homlish became your supervisor?
16 A  Became my supervisor, yes.
17 Q  You testified that you were supervised by Bob
18 Morrison during certain points of your employment at Dover
19 Downs?
20 A  Yes, ma'am.
21 Q  How did you get along with Mr. Morrison?
22 A  We got along great. We became close friends at that
23 time.
24 Q  Are you still close friends with Mr. Morrison?

Page 45

1  A  As far as I'm concerned, yes, ma'am.
2  Q  Do you feel that Mr. Morrison treated you fairly?
3  A  No. He did when I worked under him, yes.
4  Q  So when you worked under Mr. Morrison, you believe
5  he treated you fairly?
6  A  Oh, yes. He treats everybody fairly, as far as
7  that's concerned.
8  Q  And did there come a time when you felt Mr. Morrison
9  didn't treat you fairly?
10 A  Yes. When I put in for the transfer for outside
11 maintenance.
12 Q  And when was that transfer to outside maintenance
13 that you requested?
14 A  To get the plumbing job.
15 Q  And when was that?
16 A  2004.
17 Q  Was that June 2004?
18 A  Yes, ma'am.
19 Q  And was Bob Morrison the decision-maker in this
20 outside maintenance position in June 2004?
21 A  Yes, ma'am. He was more or less outside manager.
22 He was not a supervisor, he was a manager.
23 Q  And you testified that Richard Duncan also
24 supervised you at a certain point during your employment at

A0009

Page 46

1  Dover Downs?
2  A  Yes, ma'am.
3  Q  Do you think Mr. Duncan treated you fairly?
4  A  Yes. I can't say he didn't.
5  Q  Did you get along with Mr. Duncan?
6  A  Yes, ma'am.
7  Q  And then you testified that Steve Homlish was your
8  supervisor when you were on the first shift?
9  A  Yes, ma'am.
10 Q  What's Mr. Homlish's position? What was his job
11 title?
12 A  Supervisor.
13 Q  Supervisor of the first shift?
14 A  The first shift. Yes, ma'am.
15 Q  And did you get along with Mr. Homlish?
16 A  Yes, ma'am.
17 Q  Do you feel in Mr. Homlish treated you fairly?
18 A  Yes, ma'am.
19 Q  Did you ever have any problems with any of your
20 co-workers while you worked at Dover Downs?
21 A  Yes, I did.
22 Q  What co-workers did you have problems with?
23 A  Gorlich.
24 Q  Any other co-workers you had problems with besides

Page 47

1  Gorlich?
2  A  I don't know who all in general at first. They were
3  throwing cigarette butts and everything in my paint and
4  stuff. It was just jokes that they were pulling. Yes, I
5  had problems at that time.
6  Q  And you said they. Who were you referring to with
7  they?
8  A  It had to be maintenance. They covers a lot of
9  field because I don't know who they were.
10 Q  And you say they would throw cigarette butts in your
11 paint?
12 A  Yeah, my paint thinner.
13 Q  Were they joking when they threw the cigarette
14 butts?
15 A  Yeah. They did it intentionally. Because they have
16 a tendency that if you start as a Mech I, you shouldn't
17 start at a Mech I. They were there longer than you and they
18 should be there. So that's what the problems were.
19 Q  What do you mean that's what the problems were that
20 you were a Maintenance Mechanic I?
21 A  That's the way it is there. If you're a Mechanic I,
22 nine out of ten of them that's been there a lot longer than
23 you have, they felt that they should have had that position
24 and not you.

Page 48

1  Q  Okay. You testified that you had problems with
2  Kevin Gorlich?
3  A  Um-hmm.
4  Q  What were your problems with Kevin Gorlich?
5  A  I think Kevin has problems with a lot of people.
6  But mine was the fact that I asked him to get me some paint
7  and he didn't get the color I wanted and I told him. Well,
8  he got mad and I was up at the midway slots in Harrington
9  and my tires were slashed up there. And it was -- seemed to
10 be him. Some people had seen it and they didn't want to say
11 nothing, you know, because they were out of state and, et
12 cetera, but my tires were slashed. Both of them.
13 Q  And when was that? When were your tires slashed,
14 when you were in Harrington?
15 A  2004. Yeah, 2004.
16 Q  And why do you believe Mr. Gorlich was responsible
17 for slashing your tires?
18 A  He was there. And when he left, the people that --
19 when I went out to get in my car, they told me that they
20 seen a gentleman with the color clothes that he had on
21 stabbing my tires but he took off and they said they didn't
22 want to stay and be a witness to it. They were out of state
23 and they didn't want to have problems.
24 Q  Do you know who these people were, who you talked to

Page 49

1  them about it?
2  A  No, ma'am, I don't. All I know is they told me my
3  tires was flat and they explained to me what the person
4  looked like that did it.
5  Q  Prior to this incident in 2004 with your tires being
6  slashed, did you have any problems with Gorlich before that?
7  A  No.
8  Q  Did you have any arguments with Gorlich before the
9  2004 tire slashing incident?
10 A  In the argument, no. If I would tell him something
11 to do, he would take off and do what he wanted. He has been
12 like that ever since he has been there. It's not just with
13 me.
14 Q  Did you ever threaten Mr. Gorlich?
15 A  We had a consultation.
16 Q  What does that mean, you had a consultation?
17 A  He said a few things to me and I said a few things
18 to him and that's as far as it went.
19 Q  Okay. Well, tell me, what did he say to you and
20 what did you say to him?
21 A  He told me I had to quit badmouthing him. And I
22 told him I knew that he had slashed my tires. And he said
23 that I was crazy. So I just asked him if he had a problem,
24 let's take it outside.

A0010

| Thompson | v. | Dover Downs |
|---|---|---|
| Brance F. Thompson | C.A. # 05-0274 (GMS) | April 5, 2006 |

Page 74

1  Q   And then I'm going to look at the answer number
2  three listed for the supervisor for second shift position.
3  Do you see that?
4  A   Yes, ma'am.
5  Q   Okay. Turn to the next page. And part d says, the
6  posting was taken down before answering plaintiff could
7  apply, but plaintiff spoke with supervisor regarding posting
8  on March 7th, 2004, when supervisor was available.
9  Answering plaintiff asked Supervisor Duncan if he can still
10 apply. Duncan replied that he could.
11     Is that what that says?
12 A   Yes, it is.
13 Q   So on March 7th, actually, you learned about this
14 posting?
15 A   Yes, instead of the 12th.
16 Q   Not the 12th like you had testified?
17 A   The dates, I couldn't tell you exactly.
18 Q   Well, I'm not making up the dates as we sit here
19 today.
20 A   I know, ma'am. They are in the paper. I realize
21 that. I'm sorry. But like I say, I couldn't tell you if it
22 was the 7th or the 12th. But it was one of them. That's
23 all I can say.
24 Q   Okay. And did you apply for this position, the

Page 75

1  second shift supervisor position?
2  A   No, ma'am.
3  Q   Okay. But if you learned about it on March 7th, you
4  still had time to apply, didn't you?
5  A   No. Because it was already given to Jim Shreves on
6  the 2nd.
7  Q   How do you know it was given to Jim Shreves?
8  A   I was told it was given to Jim Shreves by the person
9  that had to put it into the computer.
10 Q   On March 7th, you spoke with Mr. Duncan?
11 A   Yes, ma'am.
12 Q   Did Mr. Duncan tell you that Mr. Shreves had already
13 received this second shift supervisor position?
14 A   No. No, he didn't.
15 Q   And was Mr. Duncan the decision-maker for this
16 second shift supervisor position?
17 A   Mr. Duncan and Mr. Wertz, yes, ma'am.
18 Q   And this computer person that supposedly told you
19 that Mr. Shreves had gotten the position, did he have any
20 role as to who would be given this position?
21 A   Outside of being the person that put it in there,
22 no, ma'am.
23 Q   Besides talking to this computer person, do you have
24 any other reason to think that Mr. Shreves received this

Page 76

1  position on March 2nd, 2004?
2  A   No, ma'am.
3  Q   Do you know when Mr. Shreves started working as a
4  second shift supervisor? Do you know when he did?
5  A   No, ma'am, I don't.
6  Q   Do you know how long Mr. Shreves was at Dover Downs
7  when he received the second shift supervisor position?
8  A   No. But he was hired after I was.
9  Q   He was hired after you?
10 A   Yes, ma'am. Several months after I was.
11 Q   And you testified that Mr. Duncan was a decision-
12 maker for the second shift supervisor position?
13 A   Yes, ma'am, he was.
14 Q   Did you talk to Mr. Duncan about why you didn't
15 receive this position?
16 A   Yes, I did.
17 Q   Tell me about that conversation?
18 A   I just asked, why wasn't I told about his decision
19 of giving it to Mr. Shreves and why did he tell me to put in
20 for it when the decision was already made. And at that
21 time, I got no response and he walked away from me.
22 Q   And when did you have this discussion with
23 Mr. Duncan?
24 A   Shortly after I found out about it. That's all I

Page 77

1  can say. I don't know the dates. I couldn't tell you the
2  dates.
3  Q   And do you think you were discriminated against by
4  not receiving this position?
5  A   I honestly do, yes.
6  Q   And why do you believe there was age discrimination?
7  A   Well, not only just age discrimination, but I do
8  feel age discrimination had a part in it. But I just felt
9  that friendship was the -- was an issue of it.
10 Q   The friendship between who?
11 A   Jim Shreves and --
12 Q   Richard Duncan?
13 A   No.
14 Q   Dean Chesnick?
15 A   Dean Chesnick.
16 Q   And why do you think their friendship played a role
17 in the decision?
18 A   Because Dean said, if he wanted anybody to have it,
19 he felt that Jim Shreves should have it. He wanted to see
20 him get it.
21 Q   So you think Jim Shreves got the position because he
22 was friends with Dean Chesnick?
23 A   No. I think that it played a part of it. I think
24 he got the job because of his age. He was younger than I.

20 (Pages 74 to 77)

Wilcox & Fetzer, Ltd.     Professional Court Reporters     (302)655-0477

Page 78

1  And that's the reason he got the job.
2  Q  Okay. Besides Mr. Shreves being younger than you,
3  why else do you believe that your age played a role in you
4  not receiving the second shift supervisor position?
5  A  Because of me being much older.
6  Q  And that's it, just because you're older?
7  A  Yes.
8  Q  Are you aware of Mr. Shreves' qualifications at the
9  time he received the position?
10 A  Yeah. He was a Mech II. A Mech I is before you
11 become a supervisor. You have to to be a Mech I. And he
12 was changed from a Mech II to a Mech I and then became
13 supervisor.
14 Q  When did he become a Maintenance Mechanic I?
15 A  Just before he got the position as supervisor.
16 Q  So he is a Maintenance Mechanic I at the time this
17 second shift supervisor position became available, is that
18 correct?
19 A  Yes. He was just given it, yeah.
20 Q  Are you aware of Mr. Shreves' evaluations while he
21 has worked at Dover Downs?
22 A  No, ma'am, I'm not.
23 Q  Now, you testified that you didn't apply, that you
24 never submitted an application for this second shift

Page 79

1  supervisor position?
2  A  That's correct.
3  Q  Well, if you never submitted an application, how
4  could you be considered for the position?
5  A  Because Mr. Duncan told me to, to sign up for it.
6  But then I found out that he had already given the job to
7  Jim Shreves and I approached him about it. And he wouldn't
8  give me no answer and he walked away from me.
9  Q  But Mr. Duncan told you to apply for the second
10 shift supervisor position, isn't that correct?
11 A  That's correct.
12 Q  And you never applied, is that right?
13 A  Why should I apply for something that it's not
14 there?
15 Q  But you have no firsthand knowledge when Jim Shreves
16 received this position?
17 A  Yes. He received it on the 2nd.
18 Q  And you know that --
19 A  That I do know, yes.
20 Q  But that's your belief just based on talking to the
21 computer person, isn't that correct?
22 A  Yes.
23 Q  So besides talking to the computer person, you don't
24 know when Mr. Shreves received this position?

Page 80

1  A  I do know it was before the 7th or the 12th. That
2  much I do.
3  Q  Why do you know it was before the 7th?
4  A  Because I was told by Mr. Shreves, Jim Shreves, that
5  he was the supervisor, the new supervisor.
6  Q  When did Mr. Shreves tell you he was a new
7  supervisor?
8  A  Dates, I couldn't tell you. But it was before I
9  approached Mr. Duncan. That's the reason I approached
10 Mr. Duncan.
11 Q  Well, when you approached Mr. Duncan, you testified
12 Mr. Duncan told you to apply, isn't that correct?
13 A  No. Why. Why did he tell me to apply when the job
14 was already given. That's when I approached him the second
15 time. And he didn't talk to me. He turned around and
16 walked away from me.
17 Q  The first time you talked to Mr. Duncan about the
18 second shift supervisor's position, Mr. Duncan told you to
19 apply, isn't that right?
20 A  Yes. But I think that was just his reason to get me
21 out of the office.
22 Q  At the time you met with Mr. Duncan?
23 A  He really didn't mean for me to apply. He just told
24 me that to get me out of the office. I'm sure of it.

Page 81

1  Q  And why do you believe that?
2  A  Because I'm sure of it.
3  Q  What's that based on?
4  A  Just my theory.
5  Q  Now, at the time you met with Mr. Duncan on
6  March 7th and Mr. Duncan told you to apply, did you know
7  during this conversation that Mr. Shreves had already
8  received the position?
9  A  At the time that I asked him about it? Yes.
10 Q  So you knew about it when you spoke with Mr. Duncan
11 on March 7th?
12 A  Yes, I did.
13 Q  Well, did you say anything to Mr. Duncan about
14 Mr. Shreves already getting this position?
15 A  No. No.
16 Q  Why didn't you say anything to Mr. Duncan during
17 this conversation on March 7th?
18 A  Because I want to see where it was going. Why
19 should he lie to me, in other words.
20 Q  And the result of this conversation on March 7th was
21 Mr. Duncan telling you to apply for the second shift
22 supervisor or position?
23 A  Um-hmm.
24 Q  Is that correct?

A0012

Page 82

1  A  Yes, ma'am.
2  Q  Did you ever tell anyone at Dover Downs that you
3  felt discriminated against for not receiving the second
4  shift supervisor position in March of 2004?
5  A  Again, Nate Whitcomb. Him and I were pretty close
6  friends. And everything that happened to me all the time I
7  was there was discussed and talked about with Nate Whitcomb
8  because of it.
9  Q  Anyone else at Dover Downs besides Nate Whitcomb?
10 A  Yes. I talked to several people. I'm trying to
11 think. Donald Straw. I had talked to him.
12 Q  Donald Straw?
13 A  Yes, ma'am.
14 Q  Okay.
15 A  I talked to Jim Shreves himself about it. And
16 Kennedy, I talked to him. And then I talked to others but I
17 just don't remember their names. I was just frustrated in
18 not getting it.
19 Q  What was Nate Whitcomb's position when you talked to
20 him about the second shift position?
21 A  Still a Mechanic II.
22 Q  And what was Donald Straw's position?
23 A  Mechanic I.
24 Q  And what was Jeff Shreves' position when you talked

Page 83

1  to him about not receiving the second shift supervisor
2  position?
3  A  Supervisor.
4  Q  And did you tell Mr. Shreves you thought it was
5  discrimination based on your age that you didn't receive
6  this?
7  A  Yes, I did.
8  Q  And what did Mr. Shreves say to you?
9  A  He had nothing to do with the decision.
10 Q  And Kennedy. Is Kennedy his last name?
11 A  Yes, ma'am, that's his last name.
12 Q  Do you know Mr. Kennedy's first name?
13 A  I keep thinking John Kennedy.
14 Q  I assume that's not John Kennedy.
15    Do you know Mr. Kennedy's position?
16 A  At that time, he was a Mech I.
17 Q  Okay. After the second shift supervisor position
18 that was posted in March 2004, what's the next position you
19 applied for at Dover Downs?
20 A  For outside maintenance.
21 Q  And when did you apply for this position of outside
22 maintenance?
23 A  June. July, rather, I believe it was. I don't
24 remember the date.

Page 84

1  Q  And was this the plumbing position you referred to?
2  A  Yes, ma'am, it was.
3  Q  Before we get to that position, there was an outside
4  maintenance position opening in March of 2004?
5  A  Yes, there was.
6  Q  Do you remember that position?
7  A  Yes, it was.
8  Q  And was that for a Maintenance Mechanic II position?
9  A  Yes. It was Maintenance Mechanic II. And I did
10 apply for that. You're right. But they told me I had to
11 take a drop in pay and go from a Mech I to Mech II in that
12 position. And I said, no, I wasn't taking a drop in pay or
13 anything. So I just stayed in the position I was in.
14 Q  So you withdrew your application for the maintenance
15 position in March of 2004?
16 A  Yes.
17 Q  Do you think you not receiving that position was
18 discriminatory?
19 A  That I do know, yes. Yes, it was.
20 Q  Okay. Why was that discrimination for you not
21 receiving that position?
22 A  John McCartney was told to put in for it through Bob
23 Morrison. And Bob Morrison told him that he would have to
24 take a drop in pay but it wouldn't be long that he would be

Page 85

1  back in, you know, that he would get the same amount of
2  money. But it was a couple months after that, he became
3  supervisor - outside maintenance.
4  Q  Okay. So when Mr. McCartney took the position of
5  outside maintenance --
6  A  Knowing that he would come back up to his standards
7  of a Mech I, yes.
8  Q  How do you know that Mr. McCartney --
9  A  I was there when the conversation went through. Bob
10 Morrison and John McCartney.
11 Q  And what was the position you claim that he became
12 the supervisor a couple months later?
13 A  A couple months later, yes, he did. He went out as
14 a grounds employee.
15 Q  And that supervisor position was open because Tom
16 Curtis left, is that correct?
17 A  I believe it was.
18 Q  How do you know that, at the time when John
19 McCartney got this job as an outside maintenance worker,
20 that Tom Curtis was going to leave his position?
21 A  He did leave his position and went to a Mech II and
22 went outside maintenance and grounds. If he is a Mech II,
23 he couldn't go from a Mech II to a supervisor. He had to be
24 transferred to a Mech I. You can only be a Mech I before

22 (Pages 82 to 85)

| Thompson | | |
|---|---|---|
| Brance F. Thompson | v. C.A. # 05-0274 (GMS) | Dover Downs April 5, 2006 |

Page 94

1  A  I see what you're speaking of.
2  Q  Do you know if that's the stamp of when you turned
3  in this document to Marie Isenberg?
4  A  I can't say, ma'am. All I know, I just gave it to
5  Ms. Isenberg.
6  Q  Tell me what happened after you handed in your
7  upgrade transfer form?
8  A  She said she would get it to Mr. Morrison and he
9  would set up an interview with me.
10 Q  And was Mr. Morrison the decision-maker for this
11 position?
12 A  Yes, he was.
13 Q  And did you receive an interview for this outside
14 maintenance position?
15 A  He gave me an interview for the 25th of June at 8:00
16 o'clock in the morning. Yes, he did.
17 Q  And who did you meet with, just Mr. Morrison?
18 A  Yes, I did.
19 Q  And tell me about the interview.
20 A  Well, I just spoke to him about it and he was --
21 told me what it consists of. And he said it's heavy work
22 and it's hot. And I go, well, Mr. Morrison, I realize that.
23 But I still am looking for the job. I just want to get out
24 of there. And we talked for several times -- I mean several

Page 95

1 minutes. And then he said he had to make the decision. He
2 wasn't going to make it right then. And I stopped in and
3 seen him a couple times after that. And we spoke the same
4 thing about it. And he said he hadn't made his decision
5 yet. But he said they keep calling me inside. He says, ask
6 them for more money. I said, I don't want to stay in there,
7 I want to get out of there, Bob. He said, well, okay. And
8 then he was talking to me about bringing me to outside
9 maintenance but he wanted to hire a plumber first. And that
10 was our next two conversations.
11     And he kept saying how much -- the weather was
12 hot and it was heavy work. I mean he never did say anything
13 about the age. But that was an implication.
14 Q  What was an implication?
15 A  That it was heavy work, that I would be out in the
16 sun. And I told him I knew that, that's the reason I put in
17 for the job. I just wanted a change.
18     But you said here on your upgrade transfer. He
19 set me up for an interview on the 24th. But if you see I
20 was declined on the -- I mean the 25th. I was declined on
21 the 24th, a day before my interview.
22 Q  Okay. Now, you said that you thought the comment,
23 Mr. Morrison telling that you the weather was hot and it was
24 heavy work implied age. Why do you believe that had

Page 96

1 anything to do with your age?
2 A  Because an older person can't take the heat and the
3 heavy work as a younger person could.
4 Q  Who told you that?
5 A  It's a common thing.
6 Q  Did Mr. Morrison ever say it was because of your
7 age?
8 A  No, ma'am. I said I never did say that Mr. Morrison
9 or anybody said anything about age. But the implication of
10 telling me that it was heavy work and that I would be out in
11 the sun a lot, that I -- and this was my belief.
12 Q  And was it heavy work, the job you were applying
13 for?
14 A  I believe it was. I don't know.
15 Q  And was the weather hot?
16 A  I couldn't get it. I couldn't tell you.
17 Q  And was the weather hot?
18 A  Yes. It was outside. I work outside a lot anyway.
19 But it wouldn't have bothered me either way. So why should
20 I be told that?
21 Q  What Bob Morrison was telling you, that it was heavy
22 work and hot weather, they are accurate descriptions of the
23 job; isn't that true?
24 A  Yes, ma'am.

Page 97

1 Q  Isn't that true?
2 A  Yeah. That's what he told me. What he told other
3 people, I don't know.
4 Q  You don't know if he told other people that it was
5 heavy work or it was hot weather, do you?
6 A  That's what I said. What he told other people, I
7 don't know. I can only say what he told me.
8 Q  Like you said, it was hot weather, is that correct,
9 if you worked outside and it was heavy work, is that
10 correct?
11 A  I don't know. I didn't get the job.
12 Q  Did you ever talk to anyone at Dover Downs about why
13 you didn't receive this job?
14 A  Yeah. Bob Morrison.
15 Q  When did you talk to Mr. Morrison?
16 A  When he told me that I didn't receive the job. And
17 I didn't -- I didn't expect the job. Because he told me
18 that he was going to take and hire a plumber first and then
19 he would see that I would be a number one for him out there
20 with my experience that I could help others. And at that
21 time, when he told me that he had hired a plumber, I said,
22 well, what about me? And he said, you're not coming
23 outside. And that's when I got mad and I walked out the
24 door.

A0014

25 (Pages 94 to 97)

| Thompson v. | | Dover Downs |
|---|---|---|
| Brance F. Thompson | C.A. # 05-0274 (GMS) | April 5, 2006 |

Page 98

1  Q   You testified that this position for maintenance
2  mechanic outside was a plumbing position, is that correct?
3  A   That's what I put in for. But he kept telling me
4  that let him hire a plumber first, that he would take me out
5  there. Because he knew my painting and carpentry work
6  skills and other skills other than plumbing.
7  Q   And did you believe you were qualified for this
8  position, the outside maintenance, Mechanic I, the plumber
9  position?
10 A   Yes, ma'am. Very much.
11 Q   Why were you qualified for this position?
12 A   Because I'm a plumber. I'm a carpenter. I'm an
13 electrician. I'm a Mech I.
14 Q   How much experience did you have in commercial
15 plumbing?
16 A   Commercial plumbing? None. Outside of working at
17 Ramada and Howard Johnson.
18 Q   And you testified what your plumbing
19 responsibilities at Ramada Inn and Holiday Inn were?
20 A   Yes, ma'am, I did.
21 Q   Do you think you were discriminated against for not
22 receiving this outside maintenance mechanic position in
23 June 2004?
24 A   Yes, I do.

Page 99

1  Q   And do you believe it was based on your age?
2  A   I believe that was one of the factors.
3  Q   What were the other factors?
4  A   That he had a brother-in-law that worked out there
5  and I think that had something to do with it also.
6  Q   Who was he?
7  A   Sullivan. Sylvester.
8  Q   Don Sylvester?
9  A   Yes.
10 Q   Okay. So he worked out in the outside maintenance?
11 Is that what Don Sylvester did?
12 A   Right. He was an electrician out there.
13 Q   And the person they hired for the plumbing position
14 was Don Sylvester's brother-in-law, you believe?
15 A   Yes, ma'am.
16 Q   What other factors do you believe played a role in
17 why you didn't receive this outside Maintenance Mechanic I
18 position?
19 A   Other than age?
20 Q   Other than age and you just said brother-in-law, Don
21 Sylvester.
22 A   None other that I know of.
23 Q   Why do you believe your age played a factor in you
24 not receiving the outside Maintenance Mechanic I position?

Page 100

1  A   For the simple reason, he kept telling me it was
2  hot, it was heavy work.
3  Q   Any other reasons you think it was age related, you
4  not receiving this outside Maintenance Mechanic I position?
5  A   Other than brother-in-law. That's it.
6  Q   Did you tell anyone at Dover Downs that you felt you
7  were discriminated against for not receiving this outside
8  maintenance position?
9  A   Yes.
10 Q   Who did you tell at Dover Downs?
11 A   Richard Duncan, Nate Whitcomb, Jim Shreves, Kennedy,
12 Wally Graham.
13 Q   Wally Graham?
14 A   Um-hmm.
15 Q   Okay.
16 A   He was one of the new employees.
17     I didn't exactly tell him. He was just there
18 when the conversation was going on.
19 Q   When did you have a conversation with Mr. Duncan
20 about this outside maintenance position?
21 A   A couple days after I had spoken to Bob Morrison.
22 Q   Did you tell Mr. Duncan that you believed your age
23 played a factor in not receiving the position?
24 A   No, ma'am, I didn't.

Page 101

1  Q   Did you tell Mr. Shreves that you believed your age
2  played a factor in not receiving the outside maintenance
3  position?
4  A   Yes, I did.
5  Q   What did you tell Mr. Shreves?
6  A   I just told him I felt that, you know, my age was
7  one thing that I didn't get it but I said I do feel that him
8  being a brother-in-law and everything, that that had a lot
9  to do with it.
10 Q   And what did Mr. Shreves say?
11 A   There wasn't much he could say, really. I don't
12 remember the full conversation. Because it has been quite
13 some time now.
14 Q   And Wally Graham, what position was Wally Graham in
15 in Dover Downs?
16 A   Mech I.
17 Q   Inside or outside?
18 A   Outside.
19 Q   Besides the positions we just went through, were
20 there any other positions that you applied for while you
21 worked at Dover Downs?
22 A   No, ma'am, I wasn't.
23 Q   Now, you had said a little bit ago that Morrison had
24 told you, let him hire a plumber?

A0015

26 (Pages 98 to 101)