# APPLICATION FOR EMPLOYMENT

*MECH I*
*START 12:0*
*APR. 11*
*23rd*
*START*

Date **4-7-01**

Return to:
DOVER DOWNS, INC.
P.O. BOX 843
Dover, DE 19903
(302) 674-4600

POSITION APPLIED FOR **Maintenance** / _____ / _____
_____ / _____ / _____ (List position(s) you desire)

REFERRAL SOURCE: ____ Advertisement  **Randy Miller** ✓ Friend  ____ Relative
____ Walk-In  ____ Employment Agency  ____ Other _____

We consider applicants for all positions without regard to race, color, religion, sex, national origin, age, marital status, the presence of a non-job related medical condition or disability or any other legally protected status.

NAME: **Orance Franklin (micky) Thompson Sr.**
ADDRESS: **1679 S. State Street Lot #72**  CITY: **Dover**
STATE: **De**  ZIP: **19901**  SOCIAL SECURITY NUMBER: **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**
TELEPHONE NUMBER: (**302**) **677-1871**  HOME ( ) _____ OTHER *
* If possible, please include a number where you may be reached during the day. **(302) 734-5701**

Please state your birth date if your job includes serving alcohol, and be prepared to show proof of legal age if hired for a job including the serving of alcohol. _____

| Education | School Name | City/State | Grade Completed (Circle Highest) | Received or Expected Type of Degree/Certification | Graduated? |
|---|---|---|---|---|---|
| High School | Tech High School | Indpls, Ind. | 9 10 11 (12) | | ☒Yes ☐No |
| College | I.C.S Course in Art | Indpls Ind | 1 (2) 3 4 | Art | ☒Yes ☐No |
| Other gaming/trade business schools | Eastside Art Center, Harron sc. of Art | | | Masters | ☒Yes ☐No |
| | White Inst. of Art, Lonnie Tetiton Sign's | | | | ☒Yes ☐No |

Other than minor traffic violations, have you ever been convicted of any criminal or disorderly persons offense?
____ Yes  ✓ No
If yes, convicted date: _____ City: _____ State: _____

Are there any reasons known to you why you might be unable to consistently and promptly perform any of the job duties of the position for which you have applied? ____ Yes  ✓ No  If yes, please explain:

**EXT 288**

A0054

D 0098

## EMPLOYMENT HISTORY

Have you ever been employed by Dover Downs? __No__    If yes, please provide job location, position, supervisor, and dates. _____

Please list your most recent employment, all present and past employment for the past 10 years. Include seasonal, summer, part time, and any periods of self-employment. Earnings/salary information must be completed.

| To - From Date MM/YY - MM/YY | Name & Address of Employer | Position Description | Salary or Rate per/hour | Reason for Leaving |
|---|---|---|---|---|
| March 17, 1997 - present | Ramada Inn, 348 N. Dupont Hwy, Dover, DE 19901 | Service Maintenance Manager | $500.00 wk | |
| 1996 thru 1998 | Bayside Builders | Walk through Maintenance | by the job | Buss. Slow |
| | Self-Employment | Mickey Painting | | |

If currently employed, may we contact your present employer? Yes __✓?__ No ____

What shifts are you available to work? Day __✓__ Night __✓__ Weekends __✓__

## PERSONAL REFERENCES

Give two (2) personal references (not relatives or former employers) whom you have known for at least one (1) year.

|   | NAME | ADDRESS | CITY | STATE | YEARS | TELEPHONE NO. |
|---|---|---|---|---|---|---|
| 1. | James Larmore | | Dover | DE | 13 | 734-4235 |
| 2. | Charlotte Potts - Delmarva Cleaning | | | | | phone (302) 674-4600 |

Do any of your relatives work at Dover Downs? Yes __✓__ No ____ If yes:

| | NAME | RELATIONSHIP | DEPARTMENT OR JOB DESCRIPTION |
|---|---|---|---|
| 1. | Frances R. Thompson | wife | Delmarva Cleaning |
| 2. | | | |

I authorize investigation of all statements contained in this application. I understand that misrepresentation or omission of facts called for is cause for dismissal. Further, I understand and agree that my employment is for no definite period and may, regardless of the date of payment of my wages and salary, be terminated at any time without any previous notice.

DATE __4-7-01__ APPLICANT'S SIGNATURE _James Thompson, Sr._

IN CASE OF AN EMERGENCY, PLEASE NOTIFY: __Frances Thompson__
Name
__1678 So. State St. #Lot 72  Dover, De, (302) 677-1871__
Address                                                      Phone Number

D 0099

A0055

Dover Downs, Inc.

| | |
|---|---|
| JOB TITLE: | Maintenance Mechanic-I |
| SALARY GRADE: | 13 |
| PAY STATUS: | Non-Exempt |
| DIVISION: | Maintenance-Building |
| NO. OF POSITIONS: | 15 |
| DATE: | October 10, 2002 Last Revision |

**MAJOR FOCUS:**

- Responsible for maintenance and repair of facilities and systems.

**ESSENTIAL FUNCTIONS:**

- Performs maintenance and repair duties on reported deficiencies and compliance with assigned functions of Preventative Maintenance Program.
- Knowledge of most current methods of repair.
- Responsible for compliance with applicable codes and inspection and reporting of deficiencies throughout the facilities and systems.
- A Maintenance Mechanic I is expected to have a level of expertise in at least one of the following areas: Air Conditioning/heating, electrical, kitchen, plumbing, machine service, carpentry, upholstery, painting, plastering, heavy equipment operation, landscaping, Harness Track preparation, auto track maintenance, welding and general maintenance.
- Performs maintenance service and repairs in the areas of air conditioning/heating, electrical, kitchen, plumbing, machine service, fireboard, carpentry, upholstery, painting, plastering, landscaping, Harness Track preparation, auto track, welding, and general maintenance.
- Must be able to read and evaluate blueprints.
- Lifting and moving of tools and parts.
- Preparation of work area to include movement of furniture/obstructions, ordering required materials and direct tasks for Maintenance Mechanic II & III.
- Perform any reasonable tasks as directed by management.

**REQUIREMENTS/EDUCATIONS:**

- High School diploma or equivalent required.
- Ability to obtain Dover Downs certification to operate fork lifts, man lifts, tractors and other related job equipment.
- Requires a minimum of 6 – 10 years experience as an Electrician, Plumber, H.V.A.C., Mechanic, casino maintenance and/or machinist.
- Certification of skills or ability to demonstrate skills through testing and/or demonstrating is required.
- Valid drivers license with a clean driving record and insurability required.
- Ability to diagnose and troubleshoot malfunctioning equipment and make a determination for the corrective action to take place.
- Ability to perform math calculations.
- Ability to operate diagnostic equipment.
- Ability to understand basic building comfort operation.
- Ability to communicate clearly and effectively both orally and in writing; ability to logically and independently plan, organize, and complete work; initiative; well developed inter-personal skills; ability to set and achieve high standards of performance. Ability to make progress on multiple assignments under time constraint; ability to travel to various locations on business.
- Ability to conduct analyses and generate reports to reflect findings; lead a work force, provide support to staff and assign job duties.
- Ability to express ideas or make recommendations concerning job related issues; learn specific job duties and complete detailed work assignments; maintain knowledge of basic concepts and techniques.
- Ability to perceive quality of work; read material and review documents; receive instructions.
- Ability to lift, carry, push and pull heavy objects.
- Ability to stand for extended periods of time – four (4) hours.

A0056

D 0121



# EMPLOYEE HANDBOOK

*For Employees of*
*Dover Downs Gaming & Entertainment, Inc.*
*and Its Subsidiaries*

A0057

D 0124

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

## TABLE OF CONTENTS

**SECTION**      **PAGE**

1. **INTRODUCTION** .......................................................................... 4
   - 1.01 Welcome to Dover Downs Gaming & Entertainment ........... 4
   - 1.02 Mission Statement ................................................................. 4
   - 1.03 Customer Service ................................................................... 5
   - 1.04 Employment At Will .............................................................. 5

2. **EMPLOYMENT POLICIES** ......................................................... 6
   - 2.01 Equal Employment Opportunity ............................................ 6
   - 2.02 Employee Harassment / Sexual Harassment .......................... 6
   - 2.03 Complaint Procedure For Discrimination or Harassment ...... 7
   - 2.04 Employment of Family Members (Nepotism) ....................... 7
   - 2.05 New Employee Orientation .................................................... 8
   - 2.06 Job Posting ............................................................................. 8
   - 2.07 Employment Records ............................................................. 8
   - 2.08 Use of Company Information Systems .................................. 9
   - 2.09 AIDS ..................................................................................... 10
   - 2.10 Accommodation of Qualified Individuals with Disabilities ... 10
   - 2.11 Union Free Philosophy ........................................................... 10

3. **COMPENSATION POLICIES** ...................................................... 12
   - 3.01 Classifications of Employment .............................................. 12
   - 3.02 Work Hours ............................................................................ 12
   - 3.03 Regular Pay Procedures ......................................................... 13
   - 3.04 Overtime ................................................................................. 13
   - 3.05 Compensatory Time ............................................................... 13
   - 3.06 Tipping ................................................................................... 14
   - 3.07 Wage Garnishments and Support Orders ............................... 14
   - 3.08 Salary Administration Program and Performance Evaluations ... 14

4. **TIME-OFF BENEFITS** .................................................................. 15
   - 4.01 Family & Medical Leave of Absence ..................................... 15
   - 4.02 Military Leave of Absence ..................................................... 17
   - 4.03 Bereavement Leave ................................................................ 17
   - 4.04 Jury Duty ................................................................................ 17
   - 4.05 Vacations ................................................................................ 18
   - 4.06 Holidays .................................................................................. 19
   - 4.07 Sick Time ................................................................................ 21

5. **GROUP HEALTH AND RELATED BENEFITS** ....................... 22
   - 5.01 Our Employee Benefits Programs .......................................... 22
   - 5.02 Health Care Plan .................................................................... 22
   - 5.03 Dental, Vision and Prescription Plans ................................... 22
   - 5.04 Disability Plan ....................................................................... 23
   - 5.05 Life Insurance ........................................................................ 23
   - 5.06 401(k) Savings Plan ............................................................... 23
   - 5.07 Pension Plan ........................................................................... 23
   - 5.08 Tuition Assistance Program ................................................... 24

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

# TABLE OF CONTENTS
*(continued)*

**SECTION**            **PAGE**

6.    **EMPLOYEE CONDUCT** .................................................................................. 25
     6.01    Compliance With Laws .................................................................................. 25
     6.02    Guidelines for Appropriate Conduct ............................................................. 25
     6.03    Code of Business Conduct ............................................................................ 27
     6.04    Attendance Standards (Absenteeism and Lateness) ..................................... 27
     6.05    Personal Appearance and Demeanor ............................................................ 29
     6.06    Uniforms ....................................................................................................... 30
     6.07    Controlled Substances and Alcohol ............................................................. 31
     6.08    Safety and Health ......................................................................................... 32
     6.09    Company Confidential Information ............................................................. 32
     6.10    Confidentiality Regarding Customers .......................................................... 33
     6.11    Gambling by Employees .............................................................................. 33
     6.12    Workplace Violence ..................................................................................... 34
     6.13    Workplace Searches ..................................................................................... 34
     6.14    Entering or Leaving Our Property While on Duty ...................................... 35
     6.15    Positions Involving Direct Customer Contact .............................................. 35
     6.16    Moonlighting / Second Job .......................................................................... 35
     6.17    Solicitation / Distribution ............................................................................. 36
     6.18    Lockers ......................................................................................................... 36
     6.19    Parking ......................................................................................................... 36
     6.20    Badges .......................................................................................................... 36
     6.21    Break Room ................................................................................................. 37
     6.22    Complimentaries .......................................................................................... 37
     6.23    Lost and Found ............................................................................................ 37
     6.24    Suggestions .................................................................................................. 37
     6.25    Emergency Closings and Delayed Openings .............................................. 37
     6.26    National Labor Relations Act ....................................................................... 38
     6.27    Termination of Employment ........................................................................ 38

**RECEIPTS** ........................................................................................................................ 40
Acknowledgement of Employment and Employee Handbook (Employee's - Remains in Handbook) .......... 40
Acknowledgement of Employment and Employee Handbook (Company's - Please Read, Sign & Return) .. 41

A0059

D 0126

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

which of you will resign. If you cannot make a decision, we will decide, in our sole discretion, who will remain employed.

If work conflicts involving family members do occur, we reserve the right to make staffing decisions to alleviate the problem.

## 2.05   NEW EMPLOYEE ORIENTATION

To familiarize yourself with the Company, you are required to attend New Employee Orientation prior to beginning your new job. During this session you will have an opportunity to ask questions and learn about us, our policies, benefits, programs and services.

Your first 90 days of employment are considered an introductory period. You are hired "at will" and your employment during or after the introductory period may be terminated by us or by you at any time for any reason with or without cause or prior notice. The successful completion of this period should not be construed as creating a contract between you and us or guaranteeing employment for any specific duration.

## 2.06   JOB POSTING

We hire the most qualified persons available to fill existing vacancies in the Company giving due consideration to the requirements of the position and our immediate needs and long range requirements. Consistent with this, we endeavor, where practical, to promote from within the Company.

Positions that are posted will be posted "in-house" for at least 5 days. If you are interested, you must complete an Upgrade Transfer Form and forward it to the Human Resources Department. Human Resources will arrange an interview for you if requested to do so by the hiring department. You may contact Human Resources for assistance in obtaining and completing any necessary forms.

You should satisfactorily complete 6 months in your department before requesting a transfer to another position within your department or to another department. Under special circumstances, this policy may be waived with the written approval of the hiring General Manager or Vice President.

## 2.07   EMPLOYMENT RECORDS

To ensure that your personnel file is up-to-date at all times, notify the Human Resources Department of any changes in your name, telephone number, home address, marital status, number of dependents, beneficiary designations, the individuals to notify in case of an emergency, and so forth within 30 days of the change. Failure to do so could result in jeopardizing your benefits or tax status. It is your responsibility to verify the accuracy of your personal information contained in our records. You are required to use your home address and telephone number on your employment records.

A0060

Certain conduct may subject an employee to IMMEDIATE TERMINATION without prior warning because it is considered so serious. Any violation which does not warrant immediate termination, in our sole discretion, may be handled with a verbal warning, a written warning, and/or suspension without pay for 1 to 3 days. In certain cases, if you are within your first 90 days of employment, you may be terminated in lieu of warnings or suspension.

If you are involved in an incident that involves further investigation, you may be placed on investigative suspension without pay.

At the conclusion of any investigation, you will be advised of our decision with respect to your continued employment.

If you are ARRESTED, you must immediately notify your Manager. Failure to provide such a notice may subject you to termination. Depending upon the charge, you may be placed on investigative suspension without pay. It is our policy to cooperate with investigations of employees conducted by law enforcement or regulatory agencies.

### 6.03. CODE OF BUSINESS CONDUCT

We have a Code of Business Conduct which you are expected to know, understand, and abide by. A copy of this Code is provided to you separately. The Code addresses the following topics:

- Competition (Antitrust Laws)
- Business Accounting Practices
- Conflicts of Interest
- Customer, Supplier and Competitor Relations
- Environment, Health and Safety
- Fair Employment Practices
- Controlled Substance and Alcohol Policy
- Trading in Stock
- Fraud, Bribes and Improper Conduct
- Political Contributions and Political Activity
- Protection of Company Assets
- Protecting Confidential Information
- Compliance With the Code

### 6.04 ATTENDANCE STANDARDS (ABSENTEEISM AND LATENESS)

We expect you to assume diligent responsibility for your attendance and promptness. You must report to work on time and maintain a good attendance record. If you will be absent due to illness, you

must notify your Manager at least 2 hours prior to the start of your scheduled shift on each day of your absence.

We follow disciplinary guidelines for attendance based on a series of Occurrences. Each unexcused absence or lateness is one Occurrence. For the purposes of an absence, an "Occurrence" is defined as being absent from scheduled work when you do not have sick time accrued <u>and</u> a physician's note. For the purposes of lateness, an "Occurrence" is defined as not reporting on time to your designated work station. Occurrences are measured over a rolling 12 month period.

| 1st to 3rd Occurrences | Noted on your attendance card |
|---|---|
| 4th Occurrence* | Issued a verbal warning |
| 5th Occurrence* | Issued a written warning |
| 6th Occurrence* | Issued a final written warning and/or up to a 3 day suspension |
| 7th Occurrence* | You will be terminated |

*(This is documented and placed in your personnel file)*

**<u>Exception</u>: No call/no show**

<u>One</u> no call/no show is considered grounds for disciplinary action up to and including termination. A "no call/no show" is defined as failing to contact your Manager prior to the start of your shift and not being at your assigned work station within one hour after your shift starts.

In order for a sick day <u>not</u> to be counted as an Occurrence, you must bring a physician's note to your supervisor and have the necessary sick time accrued to use. If you do not have the accrued sick time but present a doctor's note, or if you have the accrued sick time but do not present a doctor's note, this will still be counted as an Occurrence.

If you are absent due to illness, we have the right to request documentation from your physician. We also have the right to require you to submit to an examination by a physician designated by us at our discretion. In other instances (in our discretion), such as where abuse is suspected (e.g., where your record indicates a pattern of short absences and/or frequent absences before or after holidays and weekends), we may require you either to submit a statement from your physician or be examined by a company-designated physician.

If you know you will be absent more than 5 consecutive workdays, you must apply for a leave of absence. Contact the Human Resources Department for instructions as to how to apply for leave. If you are absent a 6th consecutive workday and do <u>not</u> request a leave of absence, this may be considered a voluntary termination.

**A0062**

**D 0151**

Pattern absences will be monitored. "Pattern absences" are defined as 3 or more absences that form a definite pattern, such as the following:

- Absences that occur on or surrounding a holiday;
- Absences that occur on a particular day of the week; or
- Absences that occur before or after your scheduled days off.

### 6.05 PERSONAL APPEARANCE AND DEMEANOR

Discretion in style of dress and behavior is essential to our efficient operation. Depending upon your position, you are required to dress either in appropriate business attire or a Company-issued uniform. Please use good judgment in your choice of work clothes. Your appearance must be well groomed, neat and businesslike. It must not interfere with your job functions, safety or health considerations nor be distracting to our customers. You must also conduct yourself at all times in a professional, businesslike manner. If you fail to adhere to proper standards with respect to appearance and demeanor, you are subject to disciplinary action up to and including termination.

Some specific dress and appearance guidelines are set forth below. This is <u>not an all-inclusive list</u> but is provided for guidance purposes.

### UNIFORMED EMPLOYEES

| ACCEPTABLE | NOT ACCEPTABLE |
|---|---|
| • Uniform (well-fitted, clean and properly pressed) | • Uniforms worn too tightly or in a non-professional manner |
| • Appropriate undergarments | • Non-uniform clothing |
| • Hosiery with uniform skirts | • Hair blocking eye-to-eye contact or covering badges |
| • Uniform shoes or other department required footwear (in good repair) | • Shaved designs in hair or beards |
| • Glasses (professional in style/color) | • Extreme styles and/or colors in hair |
| • Good grooming (e.g., clean hair and fingernails; tasteful make-up; beard and mustache clean, neatly trimmed and well-groomed) | • Hats and head coverings (unless for religious observances) |
| | • Make-up on men |
| • Neatly trimmed nails (length must not conflict with any functional job requirements) | • Excessive body piercing (men may only wear one stud earring) |
| | • Tongue piercing |
| • Tasteful nail polish (men may only wear clear polish) | • Excessive tattoos or tattoos not in good taste |
| | • Mirrored/reflective glasses |
| • Jewelry (must present a professional image) | • Sunglasses or darkly tinted lenses (unless a job requirement or prescribed by a doctor) |
| | • Excessive jewelry |

A0063

D 0152

DISCIPLINARY WARNING NOTICE

# Coaching

Employee's Name: Braance Thompson          Date of Notice: 2/4/04

Department: Maintenance          Position: Mechanic 1

**ACTION TAKEN** (*Depending on the type of offense, the Company may bypass any of these steps in its discretion*)
- _____ Verbal Warning
- _____ Written Warning
- _____ Final Written Warning  OR  Suspension  (From _____ To _____ )
- _____ Termination

DATE OF INCIDENT: 02/3/04          INCIDENT REPORTED BY: Steven Homlish

NATURE OF INCIDENT:

Did not report to work on 2/3/04 and had no doctors excuse.
Section 6.04 of the employee handbook has been explained that this is an occurrence.

*TO EMPLOYEE:*
- PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.
- You are being issued this Notice to make you aware of the severity of this situation.
- THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- If you have any questions regarding this matter, please discuss them with the head of your Department.

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE* NOT REQUIRED | DATE SIGNED |
|---|---|---|
| Brance Thompson | | |

\* Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

\* ☐ Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Steven T. Homlish | *Steven J. Homlish* | 2/4/04 |
| HR REPRESENTATIVE'S PRINTED NAME | HR REPRESENTATIVE'S SIGNATURE | DATE SIGNED |
| | | 02/04/04 |

A0064

D 0115

Page 1 of 2
(1103)

# DISCIPLINARY WARNING NOTICE

## Coaching

Employee's Name: Braance Thompson          Date of Notice: 6/17/04

Department: Maintenance          Position: Mechanic 1

**ACTION TAKEN**  (*Depending on the type of offense, the Company may bypass any of these steps in its discretion*)

_____ Verbal Warning
_____ Written Warning
_____ Final Written Warning   OR   Suspension   (From _____ To _____)
_____ Termination

DATE OF INCIDENT: 6/16/04          INCIDENT REPORTED BY: Steven Homlish

NATURE OF INCIDENT:

> Did not report to work on 6/16/04 and had no doctors excuse.
>
> Section 6.04 of the employee handbook has been explained that this is an occurrence.

---

*TO EMPLOYEE:*

- PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.
- You are being issued this Notice to make you aware of the severity of this situation.
- THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- If you have any questions regarding this matter, please discuss them with the head of your Department.

---

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE* | DATE SIGNED |
|---|---|---|
| Brance Thompson | NOT REQUIRED | |

\* Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

\* ☐ Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Steven T. Homlish | *Steven T. Homlish* | 6/17/04 |
| HR REPRESENTATIVE'S PRINTED NAME | HR REPRESENTATIVE'S SIGNATURE | DATE SIGNED |
| | | 6/17/04 |

A0065

D 0113          Page 1 of 2
                (1103)

## DISCIPLINARY WARNING NOTICE

# Coaching

**Employee's Name:** Braance Thompson  **Date of Notice:** 8/17/04

**Department:** Maintenance  **Position:** Mechanic 1

**ACTION TAKEN** *(Depending on the type of offense, the Company may bypass any of these steps in its discretion)*
- _____ Verbal Warning
- _____ Written Warning
- _____ Final Written Warning OR Suspension  (From _____ To _____ )
- _____ Termination

**DATE OF INCIDENT:** 8/16/04  **INCIDENT REPORTED BY:** Steven Homlish

**NATURE OF INCIDENT:**

> Did not report to work on 8/16/04 and had no doctors excuse.
>
> Section 6.04 of the employee handbook has been explained that this is an occurrence.

---

### TO EMPLOYEE:

- **PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**
- You are being issued this Notice to make you aware of the severity of this situation.
- **THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- If you have any questions regarding this matter, please discuss them with the head of your Department.

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE* | DATE SIGNED |
|---|---|---|
| Brance Thompson | NOT REQUIRED | |

\* Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

\* ☐ Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Steven T. Homlish | *[signed] Steven J. Homlish* | 8/17/04 |
| HR REPRESENTATIVE'S PRINTED NAME | HR REPRESENTATIVE'S SIGNATURE | DATE SIGNED |
| | | 8/17/04 |

A0066

## DISCIPLINARY WARNING NOTICE

Employee's Name: __Brance Thompson__          Date of Notice: __11/29/04__

Department: __Maintenance-909000__          Position: __Mechanic I__

**ACTION TAKEN**  (*Depending on the type of offense, the Company may bypass any of these steps in its discretion*)

- __X__ Verbal Warning
- ____ Written Warning
- ____ Final Written Warning   OR   Suspension   (From _____ To _____)
- ____ Termination

DATE OF INCIDENT: __November 17, 2004__   INCIDENT REPORTED BY: _____

NATURE OF INCIDENT:

> Left work early due to illness, no doctor's excuse was supplied upon return, despite warning that it would be a write up.
>
> This is the fourth incident of illness without a doctor's excuse.

---

### TO EMPLOYEE:

- **PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**
- You are being issued this Notice to make you aware of the severity of this situation.
- **THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- If you have any questions regarding this matter, please discuss them with the head of your Department.

---

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Brance Thompson | *[signature: Brance Thompson]* | 12-06-04 |

* Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.
* ☐ Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| R. WERTZ | *[signature: Richard Wertz]* | 12-6-04 |
| **HR REPRESENTATIVE'S PRINTED NAME** | **HR REPRESENTATIVE'S SIGNATURE** | **DATE SIGNED** |
| Marie A. Isenberg | *[signature: Marie A Isenberg]* | 12-10-04 |

A0067

Page 1 of 2
(1103)

D 0068

## DISCIPLINE FILE REPORT

This Discipline File Report is recommended in connection with the issuance of a Disciplinary Warning Notice. Before deciding on discipline, consider the seriousness of the problem, the employee's overall past record including prior warnings, the employee's attitude, rules and regulations violated, and precedents.

*This File Report is an attachment to the following Disciplinary Warning Notice:*

Employee's Name: __Brance Thompson__    Date of Notice: __11/29/04__

### DETAILS OF INCIDENT

*Name(s) of Employee(s) Involved in the Incident*
B. THOMPSON

*Name(s) of All Witnesses to the Incident*
N\A

*Details of the Incident* (Location and time incident occurred. Explain cause, reasons why, how it occurred, cost to Company, impact on customers, etc.)

NO DOCTOR'S EXCUSE AFTER UNEXCUSED ABSENCE.

*Statement of Employee(s) Involved* (Attach additional sheets if necessary. Employees must sign and date their statements.)

*Statement of Witnesses* (Attach additional sheets if necessary. Witnesses must sign and date their statements.)

### PRIOR INCIDENTS OR WARNINGS
*(List prior warnings employee has received)*

| DESCRIPTION | DATE | ACTION TAKEN |
|---|---|---|
| Ill-No doctor's excuse | 2/4/04 | Verbal warning and coaching |
| Ill-No doctor's excuse | 6/17/04 | Verbal warning and coaching |
| Ill-No doctor's excuse | 8/17/04 | Verbal warning and coaching |
| " " " " | 11-17-04 | WRITTEN WARNING |

A0068

D 0069

*Page 2 of 2*
*(1103)*

# DISCIPLINARY WARNING NOTICE

01-05-05P03:38 RCVD

**Employee's Name:** Brance Thompson  **Date of Notice:** 1/4/05

**Department:** Maintenance  **Position:** Mechanic I

**ACTION TAKEN** (Depending on the type of offense, the Company may bypass any of these steps in its discretion)

- _____ Verbal Warning
- _xx_ Written Warning
- _____ Final Written Warning OR Suspension (From _____ To _____)
- _____ Termination

**DATE OF INCIDENT:** 12/29/04    **INCIDENT REPORTED BY:** N/A

**NATURE OF INCIDENT:**

Did not report to work 1/29/04 due to illness, no doctor's excuse was supplied upon return.

This is the fifth incident of illness without a doctor's excuse or accrued sick time. In accordance with the Company's attendance policy, you are being issued a "written warning".

### TO EMPLOYEE:

- **PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**
- You are being issued this Notice to make you aware of the severity of this situation.
- **THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- If you have any questions regarding this matter, please discuss them with the head of your Department.

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE* | DATE SIGNED |
|---|---|---|
| Brance Thompson | | |

\* Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

\* [✓] Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Rich Duncan | *Rich Duncan* | 1-4-05 |
| **HR REPRESENTATIVE'S PRINTED NAME** | **HR REPRESENTATIVE'S SIGNATURE** | **DATE SIGNED** |
| Marie A. Isenberg | *Marie A. Isenberg* | 1-4-05 |

A0069

D 0066

Page 1 of 2
(1103)

## DISCIPLINE FILE REPORT

This Discipline File Report is recommended in connection with the issuance of a Disciplinary Warning Notice. Before deciding on discipline, consider the seriousness of the problem, the employee's overall past record including prior warnings, the employee's attitude, rules and regulations violated, and precedents.

*This File Report is an attachment to the following Disciplinary Warning Notice:*

Employee's Name:  Brance Thompson          Date of Notice:  1/04/05

### DETAILS OF INCIDENT

*Name(s) of Employee(s) Involved in the Incident*
N/A

*Name(s) of All Witnesses to the Incident*
N/A

*Details of the Incident* (Location and time incident occurred. Explain cause, reasons why, how it occurred, cost to Company, impact on customers, etc.)

No doctor's excuse after unexcused absence

*Statement of Employee(s) Involved* (Attach additional sheets if necessary. Employees must sign and date their statements.)

N/A

*Statement of Witnesses* (Attach additional sheets if necessary. Witnesses must sign and date their statements.)

N/A

### PRIOR INCIDENTS OR WARNINGS
(List prior warnings employee has received)

| DESCRIPTION | DATE | ACTION TAKEN |
| --- | --- | --- |
| Illness-No doctor's excuse | 2/04/04 | Coaching |
| Illness-No doctor's excuse | 6/17/04 | Coaching |
| Illness-No doctor's excuse | 8/17/04 | Coaching |
| Illness-No sick time | 11/17/04 | Verbal warning |
| Illness-No sick time | 12/29/04 | Written warning |

A0070

D 0067

*Page 2 of 2*
*(1103)*

# DISCIPLINARY WARNING NOTICE

Employee's Name: Brance Thompson            Date of Notice: 1/12/05

Department: Maintenance            Position: Mechanic I

**ACTION TAKEN**   (*Depending on the type of offense, the Company may bypass any of these steps in its discretion*)

| | | | | |
|---|---|---|---|---|
| _____ | Verbal Warning | | | |
| _____ | Written Warning | | | |
| xx | Final Written Warning   OR   Suspension   (From _____ To _____) | | | |
| _____ | Termination | | | |

DATE OF INCIDENT: 1/12/05            INCIDENT REPORTED BY: N/A

NATURE OF INCIDENT:

Mickey, you did not report to work 1/12/05 due to illness.

This is the sixth incident of illness without a doctor's excuse or accrued sick time. In accordance with the Company's Attendance Policy, No. 6.04, page 28 of the Employee Handbook, you are being issued a " final written warning".

### TO EMPLOYEE:

- **PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**
- You are being issued this Notice to make you aware of the severity of this situation.
- **THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- If you have any questions regarding this matter, please discuss them with the head of your Department.

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE* | DATE SIGNED |
|---|---|---|
| Brance Thompson | | |

\* Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

\* [X] Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Rich Duncan | *Rich Duncan* | 1-17-05 |
| HR REPRESENTATIVE'S PRINTED NAME | HR REPRESENTATIVE'S SIGNATURE | DATE SIGNED |
| MARIE A. ISENBERG | *Marie A. Isenberg* | 1-13-05 |

A0071

Page 1 of 2
(1103)

D 0064

# DISCIPLINE FILE REPORT

This Discipline File Report is recommended in connection with the issuance of a Disciplinary Warning Notice. Before deciding on discipline, consider the seriousness of the problem, the employee's overall past record including prior warnings, the employee's attitude, rules and regulations violated, and precedents.

*This File Report is an attachment to the following Disciplinary Warning Notice:*

Employee's Name: __Brance Thompson__     Date of Notice: __1/12/05__

## DETAILS OF INCIDENT

*Name(s) of Employee(s) Involved in the Incident*
N/A

*Name(s) of All Witnesses to the Incident*
N/A

*Details of the Incident* (Location and time incident occurred. Explain cause, reasons why, how it occurred, cost to Company, impact on customers, etc.)

No doctor's excuse after unexcused absence

*Statement of Employee(s) Involved* (Attach additional sheets if necessary. Employees must sign and date their statements.)

N/A

*Statement of Witnesses* (Attach additional sheets if necessary. Witnesses must sign and date their statements.)

N/A

## PRIOR INCIDENTS OR WARNINGS
(List prior warnings employee has received)

| DESCRIPTION | DATE | ACTION TAKEN |
|---|---|---|
| Illness-No doctor's excuse | 2/04/04 | Coaching |
| Illness-No doctor's excuse | 6/17/04 | Coaching |
| Illness-No doctor's excuse | 8/17/04 | Coaching |
| Illness-No sick time | 11/17/04 | Verbal warning |
| Illness-No sick time | 12/29/04 | Written warning |
| Illness-No sick time | 1/12/05 | Final written warning |

A0072

D 0065

Page 2 of 2
(1103)

03-21-04A07:44 RCVD

# Upgrade/Transfer Form

Employee Name: Dennis Thompson Jr #5540    Hire Date: 4-23-01
Current Position: Mechanic - 1    How Long Held: 3 yrs
Current Shift: 7:00 Till 3:30    Days Off: Thurs, Friday
Posted Position: Maintenance - Grounds
Do you have any relatives working here? Wife    If yes, what department and shift. Pack Shop

Please indicate three of your qualifications or experiences that would indicate your preparedness for this position or attach a resume:

1. Painting, plumbing, plastering, Drywall
2. Carpentry
3. Perform reasonable task

**********************Do Not Write Below this Line. For Human Resources Use**********************

Current Supervisor/Shift Manager: Steve Hamlish
Evaluations: 4-23-03 score 85 2% increase
Attendance: None on file
Disciplinary Action: None on file

Human Resources Signature: Maria G. Isenberg    Date: 6-22-04

**********************Do Not Write Below this Line. Department Use**********************

I have reviewed this Upgrade/Transfer Form and request the following action:

Set up interview on 25 June 2004 0800 ✓

Decline the applicant because Experience level in commercial plumbing, multi tasking abilities.

Department Contact (Please Print): Bob Morrison
Department Signature: Bob Morrison    Date: 24 June 2004

*Return completed form to Human Resources Recruiter within 7 days.*

Advised of Adv 14 Aug

A0073

D 0214