**DOVER DOWNS INC.**

*X AHf : Bob Morrison*
07-05-04 ~~01:54~~ CM

# APPLICATION FOR EMPLOYMENT

WE ARE AN EQUAL OPPORTUNITY EMPLOYER

Position Desired: Maintenance Mech. 1    Date: 7-5-04

[X] Full Time    [ ] Part Time    [ ] Seasonal    [ ] Event Staff

## PERSONAL INFORMATION (Please Print)

Last Name: Knotts   First: Robert   Middle: A   Social Security Number: _____

If any records are under another name, please state: _____

Present Address: 268 Cowmarsh Creek Rd, Camden, DE, 19934   Phone: (302) 492-0343

Previous Address: _____

Can you furnish proof of your right to work in the United States? [X] Yes  [ ] No   Visa status and number: _____

Have you ever pleaded guilty or no contest to, or been convicted of, a felony or misdemeanor, excluding minor traffic violations? [ ] Yes [X] No
(A "yes" answer will not automatically disqualify an applicant. The seriousness of the crime, date of conviction and other surrounding circumstances will be considered.)
If "yes", explain: _____

Do you have a valid Driver's License? [X] Yes [ ] No
License No. 309605   State: Delaware   Expiration Date: 2009   Class: D

Do you have the experience, skills, qualifications, training and ability to perform the particular job for which you are applying? [X] Yes [ ] No
If "no", explain: _____

If hired, is there anything which would prevent you from reporting to work each assigned date on time to perform your job duties? [ ] Yes [X] No

Are you available to work: Days? [X] Yes [ ] No   Nights? [X] Yes [ ] No   Weekends? [X] Yes [ ] No

Are you under 18 years of age? [ ] Yes [X] No

Are you willing to work overtime, when and as required? [X] Yes [ ] No

Have you previously applied for employment with our Company or any of its affiliates? [ ] Yes [ ] No

| Date | Location | Position |
|---|---|---|
| 2003 | Dover, De | Maintenance Mech. 1 |

Have you previously been employed by our Company or any of its affiliates? [ ] Yes [X] No

| Date | Location | Position |
|---|---|---|
|  |  |  |

Supervisor: _____   Reason for leaving: _____

Do you have any relatives employed by our Company or any of its affiliates? [X] Yes [ ] No
Name and relationship: Donald Sylvester    Brother-in-law

How were you referred to our Company? [ ] Newspaper Ad  [X] Relative  [ ] Internet  [ ] Friend  [ ] Other _____

Applications are only accepted for positions that are currently available and are only considered for 30 days or until the position is filled. Applicants are encouraged to reapply after 30 days if a new position is then available.

D 0216    A0074

## WORK EXPERIENCE

arting with present or last employer, provide your employment record including part-time and military service for the past 10 years. List unemployment periods in next ction below.

| Company Name and Address | | Starting | Final | Duties and Other |
|---|---|---|---|---|
| John H. Miller & Son 70 Old North Rd Camden, DE. 19934 one (302) 697-3829 | Date | Mo 9 Yr 93 | Present | New construction, remodel, replacement, repairs, drain cleaning, water conditioning, hydronics pump, commercial, All Plumbing |
| | Title | Plumber | Plumber | |
| | Hourly or Weekly Pay | 8.00 hour | 16.00 hour | |
| ason for leaving: Present | | | | Supervisor's Name & Title: John H. Miller |
| ay we contact this employer? ☐ Yes ☒ No  If no, why not? Present | | | | 697-3829 Supervisor's Phone Number |

| Company Name and Address | | Starting | Final | Duties and Other |
|---|---|---|---|---|
| | Date | Mo ___ Yr ___ | Mo ___ Yr ___ | |
| | Title | | | |
| one ( ) | Hourly or Weekly Pay | | | |
| ason for leaving: | | | | |
| y we contact this employer? ☐ Yes ☐ No  If no, why not? | | | | Supervisor's Name & Title |
| | | | | Supervisor's Phone Number |

| Company Name and Address | | Starting | Final | Duties and Other |
|---|---|---|---|---|
| | Date | Mo ___ Yr ___ | Mo ___ Yr ___ | |
| | Title | | | |
| one ( ) | Hourly or Weekly Pay | | | |
| ason for leaving: | | | | |
| y we contact this employer? ☐ Yes ☐ No  If no, why not? | | | | Supervisor's Name & Title |
| | | | | Supervisor's Phone Number |

| Company Name and Address | | Starting | Final | Duties and Other |
|---|---|---|---|---|
| | Date | Mo ___ Yr ___ | Mo ___ Yr ___ | |
| | Title | | | |
| ne ( ) | Hourly or Weekly Pay | | | |
| son for leaving: | | | | |
| y we contact this employer? ☐ Yes ☐ No  If no, why not? | | | | Supervisor's Name & Title |
| | | | | Supervisor's Phone Number |

er Periods Including Unemployment

| From | To | Explanation |
|---|---|---|
| Yr ___ | Mo ___ Yr ___ | |
| Yr ___ | Mo ___ Yr ___ | |
| Yr ___ | Mo ___ Yr ___ | |
| Yr ___ | Mo ___ Yr ___ | |

A0075

D 0217

## EDUCATION AND TRAINING

| | Name and Location of School/College | Circle Highest Grade/Year Completed | Grade Average | Did You Graduate? | If You Graduated, What was Your Degree and Major? |
|---|---|---|---|---|---|
| High School or G.E.D. | Dover High School | 9 10 (11) 12 | 92 | ☐ Yes ☒ No | |
| College | | 1 2 3 4 | | ☐ Yes ☐ No | Degree _____ Major _____ |
| Graduate School | | How long? | | ☐ Yes ☐ No | Degree _____ Major _____ |
| Trade, Business or Correspondence School | | How long? | | ☐ Yes ☐ No | MAJOR _____ |

Additional experience, education, training or skills which you think should be included: water conditioning seminar. able to read blue prints and run jobs unsupervised.

Personal hobbies, interest and recreational and community activities (optional):
_____

## EQUAL EMPLOYMENT OPPORTUNITY INFORMATION (OPTIONAL INFORMATION UNTIL HIRED)

Mechanic 1
Position applied for

Date: 7/27/04

Robert Kastts
Name

Phone: 302-492-0343

6/11/61
Date of birth (month/day/year)

Please check appropriate boxes:

Sex:
☐ Female   ☒ Male

Race/Ethnicity:
☐ American Indian or Alaskan Native
☐ Asian or Pacific Islander
☐ Black
☐ Hispanic
☒ White
☐ Other

Other Information:
☐ 1 – With a disability
☐ 2 – Veteran
☐ 3 – Both
☒ 4 – None of the above

## APPLICANT'S CERTIFICATIONS

PLEASE CAREFULLY READ AND SIGN <u>EACH</u> SECTION BELOW.
*If all five (5) sections are not signed, your Application for Employment will not be considered.*
*If you have any questions, please ask a Human Resources representative before signing.*

### EMPLOYMENT AT WILL

If an employment relationship is established, I UNDERSTAND AND AGREE THAT MY EMPLOYMENT IS "AT WILL" AND I HAVE THE RIGHT TO TERMINATE MY EMPLOYMENT AT ANY TIME FOR ANY REASON AND THAT THE COMPANY HAS THE SAME RIGHT. I also understand and agree that this "at will" term of my employment may not be modified except in a writing signed by both the President of the Company and me. No other Company representative has the authority to make any oral or written agreements to modify this "at will" term of my employment.

Agreed: _____*Robert Knotts*_____
Applicant's Signature

### AUTHORIZATION TO INVESTIGATE MY RESPONSES AND REFERENCES

I authorize the Company and/or its representatives to investigate the responses contained in this Application and to contact anyone it deems appropriate to investigate or verify any information I have given, or to discuss my background, past performance or suitability for employment. I understand and agree that this investigation may specifically include but not be limited to obtaining a consumer report and information concerning my criminal convictions, motor vehicle operating record, employment history, educational history and other matters reasonably related to my employment candidacy, except as may be limited by applicable law. By submitting and signing this Application I consent to the Company sharing this information with its subsidiaries and affiliates.

Agreed: _____*Robert Knotts*_____
Applicant's Signature

### FALSIFIED ANSWERS

By signing below, I certify that all statements made by me on this application are true and correct. I understand and agree that if I have omitted any important information or misrepresented information or provided false information, this may be cause for rejection, as an applicant, or termination of my employment, if hired.

Agreed: _____*Robert Knotts*_____
Applicant's Signature

### NOTICE OF TESTING

I understand that any offer of employment is contingent upon successful completion of a controlled substances and/or alcohol screening test and the background checks referred to above. If an offer of employment is made or I am hired: (a) I voluntarily consent to undergo such controlled substances and/or alcohol testing as may be required by the Company in connection with my Application and from time to time in complying with Company policies, and (b) I agree to execute any supplemental consent forms which may be required by the Company, any entity providing employee health or welfare benefits, or any testing facility in connection with the implementation of such policies (including a consent to release any and all relevant medical records). Any questions I may have concerning such policies have been fully answered. If hired, I also authorize the Company to obtain information concerning my worker's compensation claims history.

Agreed: _____*Robert Knotts*_____
Applicant's Signature

### AGREEMENT TO COMPANY POLICIES

The Company is committed to fostering a working environment where expectations and requirements are routinely exceeded by enthusiastic and committed employees. If hired, I agree, as a condition of my employment, to read, become familiar with and commit in writing to abide by various Company policies, as they may be amended from time to time, many of which will be included in the Company's Employee Handbook and its Code of Business Conduct. The Company also has a program that provides for a fair, timely, and cost-effective process for resolving employment disputes which may require my involvement in mediation or binding arbitration. I agree that, as a condition to my employment, I will execute the Company's Employment Disputes Resolution Agreement.

Agreed: _____*Robert Knotts*_____
Applicant's Signature

D 0219

Note to union employees: If any of the above is inconsistent with and directly conflicts with a union employee's collective bargaining agreement, the terms of the collective bargaining agreement shall govern.

A0077

| CHARGE OF DISCRIMINATION | ENTER CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974 | ☐ FEPA 04090739<br>☐ EEOC 17CA400726 |
| Delaware Department of Labor | and EEOC |
| (State, or local Agency, if any) | |

| NAME (Indicate Mr., Mrs., Ms) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Mr. Brance F. Thompson | (302) 677-1871 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1679 South State Street Lot #72 | Dover, DE 19901 | Kent |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one, list below.)*

| NAME | NO. OF EMPLOYEES OR MEMBERS | TELEPHONE NUMBER (Incl. Area Code) |
|---|---|---|
| Dover Downs Entertainment | 100+ | (302) 674-4600 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 1131 N. Dupont Hwy. | Dover, DE 19901 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| | |

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☒ AGE
☐ RETALIATION  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 10/24/2001
LATEST 8/2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

Jurisdiction: Charging Party was employed by Respondent in Dover, DE
Charging Party protected class: Over 40 (Date of Birth 10/28/1940)
Adverse employment: Not Promoted

Employment harm: Charging Party applied for a supervisory position on two separate occasions but was not promoted. On one occasion Respondent hired a younger far less experienced individual as a supervisor.
Applicable law(s): Age Discrimination in Employment Act, as amended, and the state of Delaware's Discrimination in Employment Act, as amended.

Respondent's explanation: I was told by Respondent's Outside Maintenance Manager, Bob Morrison (mid-40's) that he didn't think I could handle the working conditions.

Comparators(s) or other specific reason(s) for alleging discrimination: The last time I applied for a supervisory position and denied Respondent hired a younger individual who was younger than 40 years of age. Respondent violated their policy by hiring someone with a relative in the same department.

Additional information and verification of these facts are provided by the attached Affidavit:

A0078

| ☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SIGNATURE OF COMPLAINANT<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*[signature]*<br>Date 9-24-04    Charging Party (Signature) | NOTARY - (When necessary to meet State and Local Requirements)<br><br>Subscribed and sworn to before me this date    (Day, month, and year) |

Margolis Edelstein
Thompson v. Dover Downs

**STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION UNIT**

State Case No.: 04090739

Brance Thompson, Sr.
1679 South State Street, Lot 72
Dover, DE 19901

vs.

Dover Downs Entertainment
1131 N. Dupont Highway
Dover, DE 19901

### FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

*Administrative Dismissal with Corresponding Right to Sue Notice.*

In this case, the Department has determined that there is no further benefit which can be provided to the parties under the administrative process. The Department hereby issues this Administrative Dismissal to signal the end of the administrative process without a specific finding. This Administrative Dismissal also provides the Charging Party with a Delaware Right to Sue Notice.

This administrative dismissal is based upon 19 Del. C. § 712 (c) (5) which states: "End of administrative process. In all cases where the Department has dismissed the Charge, issued a No Cause Determination or upon the parties failed conciliation efforts, the Department shall issue a Delaware Right to Sue Notice, acknowledging the Department's termination of the administrative process. Once the Department has issued its preliminary findings pursuant to subsection (2), the Department, in its discretion, may grant a Delaware Right to Sue Notice to a Charging Party."

See the attached Notice of Rights.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Unit. You may have additional rights under federal laws.

*Julie Cutler*

11/19/04
Date issued

Julie K. Cutler, Administrator

A0079

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

DOL Form C-12A : 10/04

D 0227

| CHARGE OF DISCRIMINATION | ENTER CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974 | ☐ FEPA 0501025M |
| Delaware Department of Labor | ☐ EEOC 17450189 and EEOC (if applicable) |

| NAME (Indicate Mr., Mrs., Ms) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Mr. Brance F. Thompson Sr. | (302) 677-1871 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 579 South State St. Lot #72 | Dover, DE 19901 | Kent |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME | NO. OF EMPLOYEES OR MEMBERS | TELEPHONE NUMBER (Incl. Area Code) |
|---|---|---|
| Dover Downs Entertainment | 50+ | (302) 674-4600 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 1131 N. Dupont Highway | Dover, DE 19901 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|

| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☒ AGE | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RETALIATION ☐ DISABILITY ☐ OTHER (Specify) | EARLIEST 11/17/2004   LATEST 1/20/05 |
| | ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

Jurisdiction: Charging Party is employed by Respondent as a Mechanic I in their Dover, DE facility

Charging Party's protected class: Age

Adverse employment action: Retaliation and Discipline

Brief statement of allegations: Charging Party in currently employed and has a pending charge of age discrimination against Respondent. Since Charging Party has filed his charge, he has been written up approximately seven (7) times. Charging Party made internal complaints prior to his original allegations of discrimination and was written up five (5) times afterwards. Charging Party has received an approximately twelve (12) write since complaining of age discrimination. Charging Party last write-up was January 17, 2005 and he was told that it would be his last written warning.

Respondent's explanation: Respondent asserts that Charging Party has not provide doctors' excuses for absences.

Applicable law(s): Age Discrimination in Employment Act, as amended, and state of Delaware's Discrimination in Employment Act, as amended,

Comparator(s) or other specific reason(s) for alleging discrimination: Charging Party asserts that he has presented doctors' excuses. Respondent also denied Charging Party the right to utilizing vacation time for medical purposes. However, Charging Party and others were informed by Respondent's Riding Manger Richard Dunkin (50s) they were allowed to utilize vacation time for sick or medical leave.

Additional information and verification of these facts are provided by the attached Affidavit.

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SIGNATURE OF COMPLAINANT /s/ Brance Thompson Sr. |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

FORM B-05
REV 11/04    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

D 0237

A0080

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION UNIT**

**FILE COPY**

State Case No.: 05010025M

Brance Thompson, Sr.
1679 S. State Street, Lot #72
Dover, DE 19901

vs.

Dover Downs Entertainment
1131 N. Dupont Highway
Dover, DE 19901

### FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

*Administrative Dismissal with Corresponding Right to Sue Notice.*

In this case, the Department has determined that there is no further benefit which can be provided to the parties under the administrative process. The Department hereby issues this Administrative Dismissal to signal the end of the administrative process without a specific finding. This Administrative Dismissal also provides the Charging Party with a Delaware Right to Sue Notice.

This administrative dismissal is based upon 19 Del. C. § 712 (c) (5) which states: "End of administrative process. In all cases where the Department has dismissed the Charge, issued a No Cause Determination or upon the parties failed conciliation efforts, the Department shall issue a Delaware Right to Sue Notice, acknowledging the Department's termination of the administrative process. Once the Department has issued its preliminary findings pursuant to subsection (2), the Department, in its discretion, may grant a Delaware Right to Sue Notice to a Charging Party."

See the attached Notice of Rights.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Unit. You may have additional rights under federal laws.

2/22/05
Date issued

Julie K. Cutler, Administrator

A0081

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*
DOL Form C-12A : 10/04

D 0283

Delaware Primary Care
938 B South Bradford St
Dover, De 19904
302-730-0554

Your employee was seen in the office for a work related injury/illness. Below is any information that you, the employer, may need to know. If you have any questions, please feel free to contact us at (302) 730-0554.

PATIENT NAME: Brea @ Thompson

COMPANY NAME: _____

DIAGNOSIS: Acc Reconvulsion of Neck Injury c Radiculopathy

TREATMENT: Rest, Sicmo, Pain meds

MAY RETURN TO WORK: REGULAR  (LIGHT)  (SEDENTARY)  (DUTY)

MAY NOT RETURN TO WORK UNTIL CHECKED HERE ___ OR BY A SPECIALIST

RESTRICTIONS: NO BENDING OR TWISTING    NO OVERHEAD WORK

✓ NO LIFTING, PUSHING, PULLING OVER __10__ POUNDS

NO PROLONGED WALKING

✓ NO USE OF LEFT/RIGHT ARM/HAND (above Head)

NO CLIMBING, KNEELING, SQUATTING

NO FORCEFUL GRIPPING

APPROXIMATE TIME OFF WORK: Return to work 4/4/05

NEXT APPOINTMENT: 6wk

REFERRAL TO: Neuro Surgeon - MRI in May 2005

PHYSICAL THERAPY: _____

SIGNATURE: [signature]          DATE: 3/30/05

A0082

PAGE7    FRANTHOMPSON 13025252535    Margolis Edelstein
Thompson v. Dover Downs
0188

**NEUROLOGY ASSOCIATES, P.A.**
774 Christiana Road
Suite 201
Newark, DE 19713
(302) 731-3017

November 14, 2005

Maureen Corrigan
Zurich Insurance Co.
P. O. Box 13761
Philadelphia, PA 19104

RE: BRANCE THOMPSON
DOB: 10/28/1940
CLAIM #: 2660254146
DATE EXAMINED: 11/10/02005

Dear Ms. Corrigan:

Mr. Thompson is a 65-year-old, right-handed mechanic who is seen for evaluation of injuries occurring on 3/9/05. The patient was working at Dover Downs when he was attempting to lift a 2-plank scaffold with another worker and had the onset of neck pain and then pain radiating down the right and left arms. The patient, at the time of the accident, was lifting with his left hand and pushing with his right hand. The amount of weight he was pushing with each hand was approximately 65-70 lb. He had been doing this for approximately a half hour. The patient had no pain while he was doing this activity but that night noticed increasing soreness in the neck. The next morning, the patient noted burning from the right neck to the right shoulder and from the right shoulder to the right elbow. The patient is unsure as to whether or not he had tingling or pain in the right forearm or hand at that time but he did have burning pain in the left shoulder and arm to the elbow. The patient was seen the day after the accident in the Kent General Hospital Emergency Room. The patient was seen by Dr. Schwartz several days after the lifting event on 3/14/05. The patient was noted to have neck pain, numbness and tingling in the left hand, bilateral trapezius muscle pain. He was put on a 12-day course of steroids. The patient has not returned to work since this event of 3/9/05. The patient was seen by Dr. Rudin on 5/2/05. Dr. Rudin noted the 3/9/05 event where the patient lifted a scaffold and then had neck pain three days later. An MRI scan performed on 5/4/05 revealed a C5-C7 anterior discectomy with osteophyte formation at C5-6 and C6-C7. There was no disc herniation. There was neuroforaminal narrowing at C3-C4 on the left and C4-C5 on the right. The patient was seen by Dr. Rudin on 5/4/05 with a cervical kyphosis, significant neuroforaminal narrowing at C5-6 and C6-C7. Cervical myelopathy was not found on examination. Neurontin was ordered.

The patient was seen by Dr. Osunkoya on 5/12/05. Dr. Osunkoya noted that the patient had carotid doppler in January, 2005 that was normal. The patient had neck pain with radiculopathy. The patient was complaining of aching pain and stiffness in the neck with radiation into the upper extremities. The patient at that time was on steroids. The patient does not feel that the steroids were helpful in reducing his pain.

The patient was evaluated by Dr. Varipapa on 6/28/05. He was noted to have bilateral shoulder pain and

A0083

Margolis Edelstein
Thompson v. Dover Downs
0195

03-15-2006 11:41    FRANTHOMPSON 13023552335                                PAGE 13
DEC 09 2005 11:44AM   ZURICH                                    No. 2584   P. 3
Nov. 15. 2005  2:49PM   Neurology Associates

a burning sensation, worse on the right. He was on Topamax at that time. The patient was seen on 7/7/05. Dr. Varipapa referred the patient to physical therapy. The patient feels that his neck pain and burning in the right arm continued. However, the patient feels that following traction he developed numbness of the left tongue as well as increased right arm burning. The patient was seen by Dr. Rudin on 7/13/05 who recommended no further workup. On 8/19/05 the patient's left side was noted to have improved, the right side had not. On 9/15/05 the patient had an MRI scan of the brain that was normal and a normal carotid ultrasound. He was tried on Lyrica. The patient has only had about 8-10 pills of the Lyrica.

The patient was seen by Dr. Rudin on 10/12/05 who ordered a selective nerve root block. The patient had one nerve root block which he feels was not helpful. His blood sugars went up considerably during the nerve root block. The patient had another Functional Capacities Evaluation on 9/30/05 and was cleared for light duty. The nerve root block was dated 10/12/05. The patient was started on Lyrica 11/2/05, 75 mg twice a day.

The patient today has neck pain, burning pain between the neck and right shoulder, pain down the right arm, forearm and hand when he turns his neck. The patient denies headaches, double vision, trouble swallowing. He at times does have left neck to shoulder pain. He denies mid or low back pain or pain radiating into his legs.

**PAST MEDICAL HISTORY:**
Medical: Previous myocardial infarction. Diabetes. Elevated cholesterol. Prostate disease. Lung disease
Surgical: Appendectomy. Cervical spine surgery. Bilateral ulnar nerve transplant 18 years ago.

The patient was in a severe motor vehicle accident in 2002 where his car was rear-ended. The patient tells me he was in a coma. He had neck pain and facial pain following the 2-level fusion by Dr. Kalamchi. The patient feels that following that fusion his neck pain improved.

**FAMILY HISTORY:**
Father: Headache, diabetes, lung disease.
Mother: Headache, diabetes, lung disease, cancer.

**SOCIAL HISTORY:**
Marital Status: Married.
Occupation: Printer, maintenance mechanic.
Tobacco: Smokes 1 pack per day and has done so for 59 years.
Alcohol: None.
Illicit Drugs: None.
Caffeine: 1-3 cups per day.

**MEDICATIONS:** Flomax, Prevacid, Glucophage, Paxil, Xanax, Entorra, Lyrica.

**LABORATORY DATA:** I have reviewed the 5/4/05 MRI scan of the lumbosacral spine. This scan reveals metallic artifact through the body of C5, C6 and C7. The patient appears to have a spur at C5-C6 which indents the spinal cord slightly with a small spur at C6-C7. Unfortunately, due to hardware artifact, it is difficult to tell how significant the patient's compression is at C5-C6 or C6-C7.

**GENERAL PHYSICAL EXAM:** Blood pressure is 125/80. Pulse 84 and regular. Respirations 12 per minute. No bruits heard over the skull or neck. There is no heart murmur.

A0084

Margolis Edelstein
Thompson v. Dover Downs
0196

03-15-2006 11:42   FRANTHOMPSON 13023552335                                          PAGE14
DEC 09 2005 11:44AM  ZURICH                                              No. 2584  P. 4
Nov. 15. 2005 2:50PM   Neurology Associates

**ORTHOPEDIC EXAM:** There is a full range of neck motion in left lateral flexion and rotation. There is approximately 10 degrees of limitation in right lateral flexion and rotation. There is full range of shoulder, elbow and wrist motion. There is a full range of low back motion in extension, flexion, right and left lateral flexion and rotation. Straight leg raising is to 90 degrees bilaterally.

**NEUROLOGIC EXAM:** Patient is alert, oriented, memory intact. There is no aphasia, no papilledema. Visual fields are full. Extraocular eye muscle movements are full. Corneal and facial sensations are intact. There is no facial weakness. Gag intact. Voice normal. Tongue midline. Strength in the left arm, forearm and hand is 10/10. Strength in the left thigh, leg and foot is 10/10, right thigh, leg and foot is 10/10. Right trapezius, deltoid, biceps, pronator, supinator and hand grip are 9/10. There is non-anatomical sensory loss from the right neck to the right elbow with decreased sensation in that distribution when compared to the left arm. There is no change of sensation from the right elbow to the fingertips of the right hand. The reflexes are 0 throughout. There is full range of shoulder motion when tested again. There is no winging of the scapula.

**ASSESSMENT:**

1. I have interviewed and examined Mr. Thompson with respect to his 3/9/05 work injury.

2. The patient has symptoms that suggest several sources for his discomfort. The patient has neck pain which I believe is due to ligamentous and muscular injury to the cervical spine. He also has pain that radiates from the neck into the lateral aspect of the right arm which would be consistent with a right C5 radiculopathy. The level of injury would be at C4-5. The patient also has burning pain in the right arm and at times the forearm and hand which is most consistent, due to the diffuse nature of the pain, with a brachial plexus injury. And, lastly, the patient has pain on movement of his right shoulder which suggests that he may have a tendinitis of the right shoulder in that the patient has a full range of right shoulder motion. The patient's prognosis is poor in that he has not responded to any of the modalities. His complaints are somewhat out of proportion to his physical examination.

3. The patient's treatment has been reasonable and necessary and related to his 3/9/05 work injury.

4. The patient's diagnoses of cervical nerve root injury, brachial plexus injury and right shoulder injury are related to his 3/9/05 work injury.

5. The medication the patient currently is using is Flomax, Prevacid, Glucophage, Paxil, Xanax, Bextra and Lyrica 75 mg. twice a day. The current medications are reasonable, appropriate and related to his 3/9/05 work injury.

6. Additional diagnostic testing may prove of some benefit, and these would include an EMG of the right arm and MRI scan of the right shoulder.

7. The patient did not improve previously with physical therapy and therefore I do not feel that it is indicated unless his MRI scan reveals pathology in the right shoulder that could respond to physical therapy.

8. The patient does not have any preexisting medical conditions that would impact his recovery. However, because of the bony artifacts at C5, 6 and 7, it will be impossible to discern precisely as to whether or not he has had a significant disc herniation or nerve root injury at any of these levels.

9. Treatment recommendations would be those of a full course of Lyrica to see if it will suppress his burning pain. If Lyrica is not helpful, then a trial of Neurontin would be appropriate. I do not think that

A0085

Margolis Edelstein
Thompson v. Dover Downs
0197

11. I believe when the patient has had a full course of Lyrica is fashioned in the unions store 2006 medical treatment.

12. I do not believe the patient can return to the job at which he was previously working. I believe that the patient could work in a sedentary position where he would not repetitively use his right arm.

In addition, because of the patient's lack of reflexes, it is most likely that his diabetes had evolved prior to his injury on 3/9/05.

I do not feel that the patient will be able to return to his previous job now or in to the future. In addition, I do not think we will know about MMI for the next one year because of the time it takes to use the medication that I have suggested. I agree with the Functional Capacities Evaluation that the patient could work in a sedentary to sedentary/light duty position.

Sincerely,

Alan J. Fink, M.D.
/dws

A0086

Margolis Edelstein
Thompson v. Dover Downs
0198