**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRANCE F. THOMPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 05-0274 (GMS) |
| | : | |
| DOVER DOWNS, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This _____ day of _____, 2006, the Court having considered the Defendant's

Motion for Summary Judgment and the Opening Brief in support thereof, IT IS ORDERED

THAT:

1.    Motion of the Defendant is GRANTED; and

2.    Judgment shall be entered in favor of Defendant and against Plaintiff on all

Counts of Plaintiff's Complaint.


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the Defendant's Proposed Order were served by electronic filing and hand-delivery this 28th day of April 2006 on:

> Timothy J. Wilson, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806
>
> *Counsel for Plaintiff*

*/s/ Richard M. Donaldson*
Richard M. Donaldson (DE Bar No. 4367)
