## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BRANCE F. THOMPSON,     :
             :
    Plaintiff,     :
             :
    v.       :   Civil Action No.: 05-0274 (GMS)
             :
DOVER DOWNS, INC.,     :
             :
    Defendant.    :

### STIPULATION AND ORDER

It is hereby STIPULATED and AGREED by and between counsel for plaintiff and counsel for defendant, subject to the approval of the Court, that:

1. Plaintiff's Answering Brief on Defendant's Motion for Summary Judgment shall be filed by May 26, 2006.

2. Defendant's Reply Brief shall be filed by June 6, 2006.

3. All remaining deadlines set forth in the Court's Order dated September 26, 2005 shall remain in effect.

| | |
|---|---|
| /s/ Timothy J. Wilson | /s/ Richard M. Donaldson |
| Timothy J. Wilson (DE ID #4323) | Richard M. Donaldson (DE ID #4367) |
| MARGOLIS EDELSTEIN | MONTGOMERY, MCCRACKEN, |
| 1509 Gilpin Avenue | WALKER & RHOADS, LLP |
| Wilmington, DE 19806 | 300 Delaware Avenue, Suite 750 |
| (302) 777-4780 | Wilmington, DE 19801 |
| Counsel for Plaintiff | (302) 504-7800 |
| | Counsel for Defendant |
| | |
| Dated: May 11, 2006 | Dated: May 11, 2006 |

IT IS SO ORDERED this _____ day of May, 2006.

_____
THE HONORABLE GREGORY M. SLEET