THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANCE F. THOMPSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 05-0274 (GMS) |
| DOVER DOWNS, INC., | : |
| Defendant. | : |

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of:

BETH A. FRIEL

to represent the defendant in this matter.

Signed:  /s/ Richard M. Donaldson
Richard M. Donaldson (ID #4367)
Noel C. Burnham (ID #3483)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
(302) 504-7880

Date: May 16, 2006            *Attorney for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions pro hac vice is granted.

Date: _____       _____
                                                        Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the Bar of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Funds effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon filing of this motion.

Date: May 16, 2006  Signed: /s/ Beth A. Friel
            Beth A. Friel, Esquire
            Montgomery, McCracken, Walker & Rhoads, LLP
            123 South Broad Street
            Philadelphia, PA 19109

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on May 16, 2006, I arranged for a copy of the foregoing **Motion and Order for Admission Pro Hac Vice** to be electronically served upon the following individual:

> Timothy J. Wilson, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806
>
> *Counsel for Plaintiff*

                                          /s/ Richard M. Donaldson
                                          Richard M. Donaldson