**2.03    COMPLAINT PROCEDURE FOR DISCRIMINATION OR HARASSMENT**

If you believe you are being treated in an unlawful, discriminatory manner because of race, color, religion, sex, national origin, age or a protected disability, or are experiencing any job-related harassment, you should bring it to the attention of the Director of Human Resources as soon as possible. If a complaint of possible discrimination or harassment is made or comes to the attention of any supervisor or manager, that supervisor or manager must relay the information to the Director of Human Resources as soon as possible.

Upon receiving information of an alleged act of discrimination or harassment, we will promptly investigate the matter. It is a condition of employment that you cooperate in all of our investigations, including those involving a complaint of illegal discrimination or harassment. No retaliation will be taken against you if you make a good faith report of illegal discrimination or harassment.

As is true with respect to all our policies, disregarding this policy will result in disciplinary action up to and including termination. If the circumstances support the complaint, we will attempt to resolve the matter and take such appropriate corrective action as we deem necessary to be consistent with Company policies. If the investigation indicates the discrimination or harassment may affect persons other than you, the corrective action may include those other persons.

If an employee or agent of a vendor of the Company harasses you in connection with your work, you should report this to either the Director of the Human Resources Department or a Manager in the Human Resources Department.

**2.04    EMPLOYMENT OF FAMILY MEMBERS (NEPOTISM)**

Members of your immediate family will be considered for employment on the basis of their qualifications. "Immediate family" includes spouse, parent, child, sibling, in-law, aunt, uncle, niece, nephew, grandparent, step-relations of any of these individuals, and members of the same household. This also includes relationships which we have reason to believe are romantic in nature. Immediate family may not be hired, assigned, transferred or promoted if employment would:

- create a supervisor/subordinate relationship with a family member;
- have the potential for creating an adverse impact on security/internal controls; or
- mean the family members would be working on the same shift and in the same department/outlet.

Employees who become immediate family members or engage in a relationship which we have reason to believe is romantic in nature may continue employment as long as it does not involve any of the above conditions. If one of the conditions outlined should occur, reasonable attempts will be made to find a suitable position within the Company to which one of you will transfer. We will make reasonable efforts to assign job duties so as to minimize the problems of supervision, safety, security or morale. If accommodations of this nature are not feasible, you and your family member will be permitted to determine

B-0357

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

which of you will resign. If you cannot make a decision, we will decide, in our sole discretion, who will remain employed.

If work conflicts involving family members do occur, we reserve the right to make staffing decisions to alleviate the problem.

## 2.05 NEW EMPLOYEE ORIENTATION

To familiarize yourself with the Company, you are required to attend New Employee Orientation prior to beginning your new job. During this session you will have an opportunity to ask questions and learn about us, our policies, benefits, programs and services.

Your first 90 days of employment are considered an introductory period. You are hired "at will" and your employment during or after the introductory period may be terminated by us or by you at any time for any reason with or without cause or prior notice. The successful completion of this period should not be construed as creating a contract between you and us or guaranteeing employment for any specific duration.

## 2.06 JOB POSTING

We hire the most qualified persons available to fill existing vacancies in the Company giving due consideration to the requirements of the position and our immediate needs and long range requirements. Consistent with this, we endeavor, where practical, to promote from within the Company.

Positions that are posted will be posted "in-house" for at least 5 days. If you are interested, you must complete an Upgrade Transfer Form and forward it to the Human Resources Department. Human Resources will arrange an interview for you if requested to do so by the hiring department. You may contact Human Resources for assistance in obtaining and completing any necessary forms.

You should satisfactorily complete 6 months in your department before requesting a transfer to another position within your department or to another department. Under special circumstances, this policy may be waived with the written approval of the hiring General Manager or Vice President.

## 2.07 EMPLOYMENT RECORDS

To ensure that your personnel file is up-to-date at all times, notify the Human Resources Department of any changes in your name, telephone number, home address, marital status, number of dependents, beneficiary designations, the individuals to notify in case of an emergency, and so forth within 30 days of the change. Failure to do so could result in jeopardizing your benefits or tax status. It is your responsibility to verify the accuracy of your personal information contained in our records. You are required to use your home address and telephone number on your employment records.

B-0358

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Down
0126

Information pertaining to your date of hire and current status is the only information that will be verified to outside parties or third parties without a signed consent form from you. If you need to provide any special verification information to a third party, such as for mortgage or loan applications, you should notify the Human Resources Department in writing in advance so it can expedite the verification and avoid delays. *No other department or employee is authorized to give information about any current or former employee.* Under certain circumstances, as deemed appropriate by us and where authorized by applicable law, additional information may be released. Such situations may include a subpoena, court order or government agency request.

### 2.08    USE OF COMPANY INFORMATION SYSTEMS

"Information Systems" are defined as network, telephone and database systems; mail messaging systems such as electronic mail (e-mail) or telephone voicemail; the Internet; personal computers and attached devices; and other related hardware and/or software, including portable equipment. All Information Systems are considered to be owned by us.

You shall use our Information Systems for Company business purposes only. Our Information Systems must not be used for personal ventures or other non-job-related purposes. This includes sending messages using our e-mail or telephone voicemail general distribution lists. We reserve the right to access, monitor and disclose all messages or information sent over or residing on any of our Information Systems, to the extent permitted by law. E-mail messages are automatically deleted after 90 days whether or not the message has been read. We regularly monitor e-mail, telephone and Internet use.

We specifically prohibit the display of sexually explicit images, messages, or cartoons, or any transmission or use of communications that may be construed as illegal harassment or discrimination of others. Our Information Systems shall not be used in a manner that may be disruptive, offensive to others, or harmful to morale and you shall not attempt to gain access to another employee's Information Systems without the other employee's express permission.

Certain information contained in our Information Systems, including the Internet, may be protected under state and federal copyright laws. You shall not transmit or download and distribute information protected by such laws without the author's written permission.

All hardware and software must be approved, installed, downloaded and/or removed on all computers by our I.S. Department (in accordance with the appropriate license agreement). It may not be duplicated for use on any other computer.

You may be assigned Portable Equipment. This includes but is not limited to laptop computers and personal digital assistant devices. If you are assigned Portable Equipment you must confirm in writing that you have been received the Portable Equipment. If assigned Portable Equipment is lost or stolen, you are responsible to pay the value of the Portable Equipment. Payment may be made by personal check or, to the

**B-0359**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

extent permitted by law, a withholding from your next paycheck. Payment must be received before the lost or stolen Portable Equipment is replaced. Portable equipment must be returned to the I.S. Department upon request for periodic maintenance and review of contents, including but not limited to viruses, spyware, unlicensed software and hardware changes.

Violation of this policy may result in appropriate disciplinary action up to and including termination.

## 2.09    AIDS

It is our policy not to unlawfully discriminate against persons who have AIDS, who are suspected of having AIDS, or who have been exposed to the HIV virus. The U.S. Department of Health and Human Services has emphasized that there is no known risk that workers infected with the AIDS virus will transmit the disease to customers or co-workers in common work settings, such as offices, schools and factories. Under certain laws, AIDS may be viewed as a disability for which persons are entitled to special protections. Please contact the Director of Human Resources for guidance in individual cases. To the extent possible, the Company will take appropriate measures to maintain confidentiality.

## 2.10    ACCOMMODATION OF QUALIFIED INDIVIDUALS WITH DISABILITIES

It is our policy to prohibit discrimination against qualified persons with disabilities. We shall make reasonable accommodations, as required by applicable federal and state laws, including the Americans with Disabilities Act of 1990 (the "ADA"), for all known impairments. This ensures equal opportunity in the application process and enables qualified employees with disabilities to perform the essential functions of their jobs. It also allows qualified employees to enjoy the same benefits and privileges of employment as enjoyed by employees without disabilities.

In order for a person to obtain the protections offered by these laws, an individual must have a physical or mental impairment that substantially limits one or more major life activities, have a record of such impairment or be regarded as having such an impairment.

## 2.11    UNION FREE PHILOSOPHY

We prefer to be a union-free employer. We do not believe that union representation would be in your best interests or in our best interests.

A union would be of no advantage to any of us here, nor to our customers. Our customers require the very best we have to give. Any outside third party could seriously impair our relationships and could retard our growth and progress.

We want to remain free from any artificially created tensions and work interruptions which often arise when a union is on the scene. Many other companies' employees have chosen to not have a union, not pay union dues and not be subject to union rules. We think it is the right choice. Keep in mind that under

**B-0360**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs

Federal law, you do not have to join a union.

Each employee is treated as an individual and is important to our operation.    We have enthusiastically accepted the responsibility to provide you with great working conditions, competitive wages, outstanding benefits, fair treatment and the personal respect which is rightfully yours.    All this is part of your job with us and need not be purchased from an outside third party.

B-0361

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs
0170

# SECTION 3: COMPENSATION POLICIES

## 3.01   CLASSIFICATIONS OF EMPLOYMENT

For purposes of salary administration and eligibility for overtime payments and employee benefits, we classify our employees as follows:

- *Full-time regular employees.* Employees regularly scheduled to work 35 hours or more per week. Such employees may be "exempt" or "nonexempt" as defined below.

- *Part-time regular employees.* Employees regularly scheduled to work less than 35 hours per week. Such employees may be "exempt" or "nonexempt" as defined below.

- *Seasonal employees.* Employees regularly scheduled to work full-time or part-time at a job anticipated to last more than 30 days but less than 7 months each year regardless of the number of hours per week you are scheduled to work. Such employees may be "exempt" or "nonexempt" as defined below.

- *Event Staff.* Employees engaged to work less than 30 days each year to meet our needs in conjunction with certain major events.

- *Nonexempt employees.* Employees who are required to be paid overtime at the rate of time and one-half (e.g., one and one-half ($1\frac{1}{2}$) times) their regular rate of pay for all hours worked beyond 40 hours in a workweek, in accordance with applicable federal wage and hour laws.

- *Exempt employees.* Employees who are not required to be paid overtime, in accordance with applicable federal and state wage and hour laws, for work performed beyond 40 hours in a workweek. Executives, professional employees, managers and supervisors, outside sales representatives, and certain employees in administrative positions are typically exempt.

You will be informed of your initial employment classification and of your status as an exempt or nonexempt employee. If you change positions during your employment as a result of a promotion, transfer, or otherwise, you will be informed of any change in your exemption status.

## 3.02   WORK HOURS

Your supervisor will advise you of your department's normal work days and work hours. The time of your meal period may be designated by your supervisor depending upon the specific needs of your department.

Your schedule will be posted for your convenience. Daily and weekly work schedules may be changed from time to time at our discretion to meet the varying conditions of the business. Changes in

**B-0362**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Down

work schedules may be announced in advance if possible. Requests for special scheduling should be limited to emergency situations and will be granted at the discretion of your Manager.

You cannot trade scheduled days, days off, or shifts with other employees unless prior written approval is given by your Manager.

### 3.03  REGULAR PAY PROCEDURES

Paychecks are issued bi-weekly. All required deductions, such as for federal, state, and local taxes, and all authorized voluntary deductions, such as for health insurance contributions, will be withheld automatically from your paycheck. Your Manager will explain the procedure for paycheck distribution in your department.

Please review your paycheck for errors. If you find a mistake, report it to your supervisor immediately. Your supervisor will assist you in taking the steps necessary to correct the error.

In the event that your paycheck is lost or stolen, please notify your supervisor immediately. Please be advised we are unable to take responsibility for lost or stolen paychecks. If we are unable to stop payment on your paycheck, you alone will be responsible for such loss.

### 3.04  OVERTIME

If you are classified as a nonexempt employee you will receive compensation for overtime hours actually worked. You are required to be paid overtime at the rate of time and one-half (e.g., one and one-half (1½) times) your regular rate of pay for all hours worked beyond 40 hours in a workweek, in accordance with applicable federal wage and hour laws. You are not permitted to work overtime without permission from your Manager. Mandatory overtime may be routine in certain departments given that department's special business needs. Your supervisor will attempt to provide you with reasonable notice when the need for overtime work arises. Please remember, however, that advance notice may not always be possible.

### 3.05  COMPENSATORY TIME

All full-time regular, exempt employees at the supervisory level can accrue compensatory time at the discretion of their Manager and Director. If you work an unscheduled day at the request of your Manager or Director, you may, subject to Management's discretion, be granted compensatory time for that day(s) worked. Compensatory time must be used within a certain number of days or months (as agreed to between you and your Manager or Director) and recorded on any time sheet you are required to keep. Extending a scheduled workday or working an extra day on your own without management's approval does not accumulate compensatory time.

**B-0363**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Down

### 3.06    TIPPING

Providing good customer service may cause a customer to give you a tip.  We expect you to provide the best service possible at all times whether or not a tip is received.  Asking or soliciting a customer for a tip or disputes between co-workers over tips will not be tolerated and may subject you to disciplinary action up to and including termination.

You must report tips to us so that we can withhold federal and state income tax, social security and Medicare taxes and properly report your correct amount of earnings to the Social Security Administration. Reporting also enables you to avoid a penalty equal to 50% of the social security and Medicare taxes you owe on any unreported tips.

Tips may also be allocated to you by us.  These are tips that we assign to you in addition to your reported tips.  We will allocate tips to you only if your reported tips are less than 8% of our food and beverage sales.

### 3.07    WAGE GARNISHMENTS AND SUPPORT ORDERS

We comply with the provisions of wage garnishments, child support orders or other legally valid claims against your wages that are received by us as soon as possible after they are received.  While you may attempt to work out your financial difficulties with your creditor, we are required to do this to ensure compliance with applicable laws.

### 3.08    SALARY ADMINISTRATION PROGRAM AND PERFORMANCE EVALUATIONS

We endeavor to maintain a fair and competitive wage structure in order to attract and retain qualified and capable employees.  Each position at the Company has been studied and assigned a salary grade.  Each grade has been assigned a corresponding salary range.  Your total compensation consists not only of your salary but also the various benefits you are offered.

You will receive a performance evaluation on an annual basis on or about the anniversary date of your date of hire.  This evaluation determines any merit increase in pay.  An increase in pay may also be given in conjunction with a promotion.  Increases are based upon your level of performance.  We do not provide increases merely for cost of living adjustments.

Questions regarding your individual salary or performance evaluations should be directed to your department head or the Human Resources Department.

**B-0364**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Down
0132

## SECTION 4:  TIME-OFF BENEFITS

### 4.01    FAMILY & MEDICAL LEAVES OF ABSENCE

You may have certain rights under the Family and Medical Leave Act of 1993 ("FMLA").  On the next page is the text of a notice published by the Wage and Hour Division of the U.S. Department of Labor outlining the coverage afforded under FMLA.  We permit you to take FMLA leaves of absence without pay, provided the reasons for such leave are acceptable, you expect to return to work at the end of the leave, and a Request for Leave of Absence Form is completed and submitted with a physician's note or other proper documentation.  This form can be obtained from the Human Resources Department.  You must receive approval from the Human Resources Department before your leave begins.

You should be aware you have various obligations under the FMLA:

- You generally must provide 30 days advance notice to us prior to taking FMLA leave.
- You are required to provide us with medical certificates in various situations.
- If you take FMLA leave due to a "serious health condition" that makes you unable to perform your job, you will be required to provide a "fit for duty" certificate prior to reinstatement.
- You may be required to pay certain benefits premiums during your FMLA leave and may be required to substitute other paid medical, sick or vacation leave for FMLA leave.

On your return from FMLA leave, you are entitled to be reinstated to your former position or an equivalent position with equivalent employment benefits, pay, and other terms and conditions of employment.  Exceptions to this provision may apply if business circumstances have changed (e.g., if your position is no longer available due to a job elimination).  A determination as to whether a position is an "equivalent position" will be made by us.

We may deny job reinstatement at the time FMLA leave is requested to "key employees" if the denial is necessary to prevent substantial and grievous economic injury to our operations.  Key employees are salaried employees who are eligible for FMLA leave and are among the highest paid 10% of all our employees within 75 miles of their workplace.

While you are on FMLA leave of absence, you do not continue to accrue vacation or sick time.  If a holiday occurs while you are on FMLA leave, you will not receive holiday pay.  Your insurance benefits will remain in effect as long as you continue to pay your portion of the insurance costs.  In addition, it is your responsibility to continue health insurance coverage by contacting the Human Resources Department.

**B-0365**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Down

# Your Rights
## Under The
# Family and Medical Leave Act of 1993

FMLA requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to "eligible" employees for certain family and medical reasons.

Employees are eligible if they have worked for a covered employer for at least one year, and for 1,250 hours over the previous 12 months, and if there are at least 50 employees within 75 miles.

## Reasons for Taking Leave:

Unpaid leave must be granted for *any* of the following reasons:

- to care for the employee's child after birth, or placement for adoption or foster care

- to care for the employee's spouse, son or daughter, or parent, who has a serious health condition; or

- for a serious health condition that makes the employee unable to perform the employee's job.

At the employee's or employer's option, certain kinds of *paid* leave may be substituted for unpaid leave.

## Advance Notice and Medical Certification:

The employee may be required to provide advance leave notice and medical certification. Taking of leave may be denied if requirements are not met.

- The employee ordinarily must provide 30 days advance notice when the leave is "foreseeable."

- An employer may require medical certification to support a request for leave because of a serious health condition, and may require second or third opinions (at the employer's expense) and a fitness for duty report to return to work.

## Job Benefits and Protection:

- For the duration of FMLA leave, the employer must maintain the employee's health coverage under any "group health plan."

- Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms.

- The use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

## Unlawful Acts By Employers:

FMLA makes it unlawful for any employer to:

- interfere with, restrain, or deny the exercise of any right provided under FMLA:

- discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

## Enforcement:

- The U.S. Department of Labor is authorized to investigate and resolve complaints of violations.

- An eligible employee may bring a civil action against an employer for violations.

FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

## For Additional Information:

Contact the nearest office of the Wage and Hour Division, listed in most telephone directories under U.S. Government, Department of Labor.

WH Publication 1420
June 1993

B-0366

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs

## 4.02    MILITARY LEAVE OF ABSENCE

We grant unpaid leave of absence up to 2 weeks in any calendar year for you to meet annual Reserve or National Guard training requirements involving short-term encampments.

If you are called to active duty with the United States military because of war or other military action that requires the call-up of reserve forces, we will provide you a leave of absence for your tour of duty.  We will pay (as supplementary compensation during your active duty military leave) the difference between your actual military pay and your Company salary for up to a maximum of 6 months.  For purposes of computing supplementary compensation, your Company salary does not include overtime, sales commissions or bonuses.  If you return to full employment status within 90 days of your release from active military duty, you will be reinstated to your job to the extent required by applicable law.  You will not be paid any salary during the time between separation from active duty and your return to work.

A copy of your written military orders must be presented to the Director of Human Resources before military leave can be approved.

Life insurance benefits (based on your salary on your last day of active work) will be continued during your military leave.  Health insurance benefits will be continued at no cost to you for you and your dependents who are covered under the terms of our health and welfare benefits coverage.  These coverages will continue in effect for a maximum of 6 months.

## 4.03    BEREAVEMENT LEAVE

If you are a full-time regular or part-time regular employee and a death occurs in your immediate family, you will be compensated for time lost from your regular work schedule.  "Immediate family" is defined as your spouse; parent, stepparent or grandparent of yours or your spouse; your child, stepchild or grandchild; or a brother or sister of yours or your spouse.

Full-time employees will be allowed up to 3 consecutive days absence from work without loss of pay, provided that one of the allowed days is the day of the funeral.  Part-time employees will be excused from work on the day of the funeral only without loss of pay.

Requests for bereavement leave should be made to your immediate supervisor or department head as soon as possible.  If requested, you may need to submit suitable proof of death.

## 4.04    JURY DUTY

We allow full-time regular employees time off with pay for jury duty, not to exceed one week of pay. You will receive your regular base pay when you are scheduled for jury duty provided that your jury duty is served on your regularly scheduled workday.  You will not be paid if jury duty occurs during vacation, days off, or while you are on a leave of absence.

**B-0367**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs

To qualify for jury duty leave, you must submit to your supervisor a copy of the summons to serve as a juror as soon as it is received. You must report to your regular job when the jury is not in actual session. Proof of service must be submitted to your supervisor when your jury duty is completed.

A summons or subpoena for court service, other than jury duty, may be considered a valid reason for excused absence without loss of pay but only if the court service is related to the Company's business. Payment for lost time in such instances will be subject to the approval of the Company's Executive Vice-President.

### 4.05   VACATIONS

We grant full-time regular employees paid vacation time. Part-time regular employees, seasonal employees and event staff are not provided paid vacation time.

Vacation time is accrued per pay period in hour increments based on your length of service as of your anniversary date. You begin to accrue vacation time after your first month of employment. Up to (and including) 5 years of service entitles you to accrue 80 hours (or 2 weeks) of vacation time each year. After you have completed 5 years of service, you begin to accrue 120 hours (or 3 weeks) of vacation time each year. Once you have completed 15 years of service, you begin to accrue 160 hours (or 4 weeks) of vacation time each year.

| Length of Service as of Anniversary Date | Vacation Time Accrued Per Pay Period | Vacation Time Accrued Per Year |
|---|---|---|
| Date of hire through year 5 | 3.0769 hrs | 80 hrs (2 wks) |
| After 5 years through year 15 | 4.6153 hrs | 120 hrs (3 wks) |
| After 15 years | 6.1538 hrs | 160 hrs (4 wks) |

> *FOR EXAMPLE: Chris was hired as a full-time regular employee on January 16, 1995. He accrued 80 hours of vacation time each year until January 16, 2000. At that time, he began to accrue 120 hours of vacation time each year. He will begin to accrue 160 hours of vacation time beginning January 16, 2010.*

You are eligible to take vacation as the time is accrued and with prior approval from your Manager. You are not permitted to take vacation time prior to accruing it. You are responsible for monitoring your own vacation time. You can review your accrued time with your Manager or the Human Resources Department.

Vacation time continues to accrue during a period of disability if you return to work after your period of disability ends. If you do not return to work after a disability, your final vacation payment will be

**B-0368**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs

based on the date your disability commenced. Your base pay (excluding overtime, bonus, etc.) shall be the basis for the vacation payment.

If you accrue 40 hours (1 week) above your annual entitlement, you will cease to accrue vacation time until your total accrued time falls below this maximum.

> *FOR EXAMPLE: Mary has been a full-time regular employee for 4 years. She is entitled to 80 hours (2 weeks) of vacation time per year. The maximum she is allowed to accrue is 120 hours (3 weeks). Until Mary uses some of her accrued vacation time and drops below 120 hours, she will stop accruing it.*

Vacation for the calendar year should be planned as early in the calendar year as possible. If you are on a prior approved vacation when a holiday occurs, that day will be counted as a holiday and not a vacation day. Department managers must review and approve all vacation time in order to ensure proper staffing levels.

If your employment is terminated without cause or you resign giving us at least 2 weeks notice, you will receive all earned but unused vacation as of the time of termination.

## 4.06   HOLIDAYS

We observe the following paid holidays for all full-time regular employees:

- New Year's Day
- Easter
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Day
- Floating Day (this is a personal holiday and should be scheduled at least 30 days in advance).

You are notified before the beginning of each calendar year of the actual date on which each of these holidays is observed. In some departments, an alternate day may be specifically designated for any of these holidays (including the Floating Day) to accommodate our specific business needs.

You qualify for holiday pay when you work the scheduled workday immediately prior to and immediately after the holiday, unless the reason you didn't work one or both of those days was due to approved vacation, jury duty, a death in your immediate family or some other authorized absence, illness or injury. "Authorized" means you are in compliance with our disciplinary guidelines for attendance. Please refer to the "Attendance Standards (Absenteeism and Lateness)" Section of this Handbook for additional information.

Non-exempt employees are eligible for overtime during a holiday week.   If you are scheduled to

**B-0369**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs

work on a holiday, you will receive your normal wage for the holiday you work plus an additional 8 hours of pay. If you do not work on a holiday, overtime for that week is only calculated on the hours you <u>actually</u> work. The 8 hours of holiday pay you will receive will not be used to calculate your overtime pay during a holiday week.

---

*FOR EXAMPLE:   YOU DO NOT WORK ON THE HOLIDAY*

*John is a non-exempt full-time regular employee who normally works 40 hours per week and earns $8.00/hour.*

- *On Monday John works 8 hours.*
- *On Tuesday John works 10 hours.*
- *Wednesday is a holiday and John is not scheduled to work.*
- *On Thursday John works 8 hours.*
- *On Friday John works 8 hours.*

*John <u>actually worked</u> 34 hours this holiday week.  John will be paid for this week as follows:*

> *34 hrs (actually worked) x $8.00/hr = $272.00*
> *Plus 8 hrs holiday pay at $8.00/hr = $64.00*
> *Total gross pay = $336.00*

---

*FOR EXAMPLE:   YOU WORK ON THE HOLIDAY*

*Sue is a non-exempt full-time regular employee who normally works 40 hours per week and earns $8.00/hour.*

- *On Monday Sue works 8 hours.*
- *On Tuesday Sue works 10 hours.*
- *Wednesday is a holiday.  Sue is scheduled to work on Wednesday and works 8 hours.*
- *On Thursday Sue works 8 hours.*
- *On Friday Sue works 8 hours.*

*Sue <u>actually worked</u> 42 hours this holiday week.  Sue will be paid for this week as follows:*

> *40 hrs (actually worked) x $8.00/hr = $320.00*
> *Plus 2 hrs overtime pay at $12.00/hr = $24.00*
> *Plus 8 hrs holiday pay at $8.00/hr = $64.00*
> *Total gross pay = $408.00*

**B-0370**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs
0138

## 4.07   SICK TIME

Full-time regular employees are eligible for paid sick days after their first 90 days of continuous employment. "Sick time" is defined as the inability to work due to you or your child's illness or injury or to secure necessary treatment for a disability. You are allowed 3 paid sick days in your first year of employment and 5 paid sick days per year after that. You accrue sick time at a rate of .92 hours per pay period the first year and 1.54 hours per pay period for every year afterwards.

The procedure to follow when you are absent is set forth in the "Attendance Standards (Absenteeism and Lateness)" Section of this Handbook. Please familiarize yourself with it. Your absence will not be counted as an Occurrence under our disciplinary guidelines for attendance if you have the necessary sick time accrued and a note from the treating doctor.

If you are <u>at the supervisor level or below</u>, you are eligible to be paid for sick time accrued in excess of 120 hours (i.e., 15 days). You must submit the appropriate form requesting payment to your Manager. The form may be obtained from the Human Resources Department. The payment for hours above 120 will be made on or about the anniversary of your date of hire and will be based upon your current rate of pay. If your employment terminates prior to your anniversary date, you will not receive any payment.

If you are <u>above the supervisor level</u>, you are not eligible to be paid for sick time accrued in excess of 120 hours. No more than 120 hours of sick time can be rolled over into the next year.

In certain states, you may also be eligible for short-term disability benefits if you are ill or injured and unable to work. We maintain short-term disability plans in accordance with applicable state law. Long-term illnesses are covered under our long-term disability benefits plans. If you sustain on-the-job injuries, you may be eligible for state workers' compensation benefits.

**Sick time is a benefit, not an entitlement, and should only be used when necessary.**

B-0371

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

## 5.04    DISABILITY PLAN

If you are disabled, you may qualify for either short or long term disability after 90 days of employment. We treat maternity-related disabilities the same as any other short-term medical disability. We also comply with all affirmative requirements of any state laws. Please consult with the Human Resources Department with respect to this benefit and to receive the appropriate application forms.

## 5.05    LIFE INSURANCE

In the event of your death, your family may face expenses that threaten their financial security. Adequate insurance coverage can help provide some financial protection if such a tragedy occurs. We offer full-time regular employees the option to enroll for life insurance coverage. Please consult with the Human Resources Department for details as to benefits coverage and to complete the required designation of beneficiary forms.

## 5.06    401(k) SAVINGS PLAN

We have a 401(k) incentive savings plan that is available to all full-time regular and part-time regular employees. The plan encourages eligible employees to save on a pre-tax basis and build a financial reserve for retirement. If you currently participate in a 401(k) savings plan, you may roll your savings into our 401(k) savings plan. This plan has withdrawal provisions for loans and hardships that enables you to have access to vested funds to meet certain immediate financial needs. These provisions allow you to withdraw vested funds prior to retirement (early withdrawals may be subject to penalties). Please consult with the Human Resources Department or review your supplementary Summary Plan Description for specific details.

## 5.07    PENSION PLAN

In addition to our 401(k) plan, we offer a pension plan as a benefit to all full-time regular and part-time regular employees. The plan provides a source of retirement income to supplement other sources of retirement income. The pension plan is fully funded by us and you are not required to make any monetary contributions to it. Your enrollment in the plan is automatic when you become eligible. You become vested after 5 years of service. For vesting purposes, you must work at least 1,000 hours in a year for that year to be counted as service. The plan's benefit is based upon your compensation throughout your career with us and is intended to reward those employees with long periods of service. For additional information and specific details, contact the Human Resources Department or refer to your supplementary Summary Plan Description.

**B-0373**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs
0141

## 5.08    *TUITION ASSISTANCE PROGRAM*

All full-time regular employees who have completed at least one year of service are eligible to participate in our tuition assistance program. If you receive prior written approval from us to participate, we will pay 50% of tuition and regular administrative fees for courses offered for credit by accredited institutions of learning that you complete with a final grade of C or better. This applies only for courses of study which we determine, in our sole discretion, are directly related to your present job or which will enhance your potential for advancement to a position with us and to which you have a reasonable expectation of advancing. Expenses for books, travel, living expenses and such are not covered and payment will be reduced by amounts received from other sources (e.g., scholarships, grants, etc.). Courses must not interfere with your job responsibilities and must be taken on your own time. If you would like to participate, please contact the Human Resources Department for further information.

**B-0374**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Down
0142

## SECTION 6: EMPLOYEE CONDUCT

### 6.01  COMPLIANCE WITH LAWS

We strive to operate in a manner that complies with all applicable laws. This applies to dealings with customers, suppliers, competitors, governmental authorities, employees, shareholders and other security holders, and the general public.

It is our policy to cooperate (and to require that our employees cooperate) with all governmental authorities having jurisdiction over our affairs. Although we strongly believe in providing full service to our customers, if a conflict arises between our basic goals of compliance and customer service, we place legal compliance ahead of our customers. As such, customers shall not be served in any fashion that might involve us in a violation of law. Contact your Manager or the Legal Department if you have any questions.

### 6.02  GUIDELINES FOR APPROPRIATE CONDUCT

You are expected to accept certain responsibilities, adhere to acceptable business principles in matters of personal conduct, and exhibit a high degree of personal integrity at all times as one of our employees. This not only involves respect for the rights and feelings of others but also demands that both in your business and in your personal life you refrain from any behavior that might be harmful to yourself, your co-workers, and/or us, or that might be viewed unfavorably by current or potential customers or by the public at-large. Whether you are on or off duty, your conduct reflects on us. You are, consequently, encouraged to observe the highest standards of professionalism at all times. If your performance, work habits, overall attitude, conduct, or demeanor becomes unsatisfactory in our judgment, based on violations of any of our policies, procedures, rules, or regulations, you will be subject to disciplinary action up to and including termination.

Listed below are types of behavior and conduct we consider inappropriate and which could lead to disciplinary action up to and including termination of employment. It is impossible to list all types of behavior which may lead to corrective action:

#### This List Should Not Be Considered All-Inclusive

1.  Criminal conduct while either on or off duty.
2.  Possession of firearms or other weapons while on our property or while on Company business.
3.  Stealing property from co-workers, customers, clients or us.
4.  Unauthorized possession, destruction or removal of property belonging to co-workers, customers, clients or us.

**B-0375**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs

5. Unauthorized use of customer facilities and/or privileges either while you are on or off duty.

6. Unauthorized or illegal use of our facilities or equipment.

7. Being unfit for duty.

8. Reporting to work under the influence of alcohol or non-prescribed drugs.

9. Possession of or being under the influence of alcohol or non-prescribed drugs while on duty or on our property.

10. Illegally manufacturing, possessing, using, selling, distributing, or transporting drugs.

11. Bringing or using alcoholic beverages on our property or using alcoholic beverages while engaged in Company business off our property, except where authorized.

12. Discrimination or harassment based on race, color, religion, sex, national origin, age or disability.

13. Violating our electronic information policy.

14. Fighting or using obscene, abusive, or threatening language or gestures.

15. Rudeness or discourtesy to customers or co-workers.

16. Misconduct (e.g., rowdiness).

17. Carelessness or negligence in the performance of your duties.

18. Engaging in insubordination.

19. Refusing to carry out a work assignment or reasonable request by your supervisor or other member of management.

20. Failing to use safety equipment issued to you.

21. Failing to report a work error, accident or injury.

22. Failing to cooperate with a Company investigation.

23. Falsification of your employment application or other Company records or reports.

24. Disclosing any confidential or proprietary information of the Company, a customer, or client.

25. Asking or soliciting a customer for a tip, arguing with another employee over a tip, or not providing the same level of service when a tip is not involved.

26. Misappropriation of Company property or the property of co-workers, customers or suppliers.

27. Engaging in excessive, unnecessary or unauthorized use of our supplies, particularly for personal use.

28. Disregarding safety or security regulations.

29. Leaving your assigned workstation during scheduled working hours without authorization.

30. Excessive absenteeism or lateness or an established pattern of absenteeism or lateness.

31. Signing in or out for another employee.

32. Solicitation or distribution of written material in working areas or during working time.

33. Sleeping or loitering on the job.

34. Smoking on our property while on duty except in a designated smoking area.

35. Parking in public parking lots while on duty.

**B-0376**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs
0144

Certain conduct may subject an employee to IMMEDIATE TERMINATION without prior warning because it is considered so serious. Any violation which does not warrant immediate termination, in our sole discretion, may be handled with a verbal warning, a written warning, and/or suspension without pay for 1 to 3 days. In certain cases, if you are within your first 90 days of employment, you may be terminated in lieu of warnings or suspension.

If you are involved in an incident that involves further investigation, you may be placed on investigative suspension without pay.

At the conclusion of any investigation, you will be advised of our decision with respect to your continued employment.

If you are ARRESTED, you must immediately notify your Manager. Failure to provide such a notice may subject you to termination. Depending upon the charge, you may be placed on investigative suspension without pay. It is our policy to cooperate with investigations of employees conducted by law enforcement or regulatory agencies.

## 6.03.  CODE OF BUSINESS CONDUCT

We have a Code of Business Conduct which you are expected to know, understand, and abide by. A copy of this Code is provided to you separately. The Code addresses the following topics:

- Competition (Antitrust Laws)
- Business Accounting Practices
- Conflicts of Interest
- Customer, Supplier and Competitor Relations
- Environment, Health and Safety
- Fair Employment Practices
- Controlled Substance and Alcohol Policy
- Trading in Stock
- Fraud, Bribes and Improper Conduct
- Political Contributions and Political Activity
- Protection of Company Assets
- Protecting Confidential Information
- Compliance With the Code

## 6.04  ATTENDANCE STANDARDS (ABSENTEEISM AND LATENESS)

We expect you to assume diligent responsibility for your attendance and promptness. You must report to work on time and maintain a good attendance record. If you will be absent due to illness, you

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

B-0377

Margolis Edelstein
Thompson v. Dover Downs

must notify your Manager at least 2 hours prior to the start of your scheduled shift on each day of your absence.

We follow disciplinary guidelines for attendance based on a series of Occurrences. Each unexcused absence or lateness is one Occurrence. For the purposes of an absence, an "Occurrence" is defined as being absent from scheduled work when you do not have sick time accrued <u>and</u> a physician's note. For the purposes of lateness, an "Occurrence" is defined as not reporting on time to your designated work station. Occurrences are measured over a rolling 12 month period.

| 1st to 3rd Occurrences | Noted on your attendance card |
|---|---|
| 4th Occurrence* | Issued a verbal warning |
| 5th Occurrence* | Issued a written warning |
| 6th Occurrence* | Issued a final written warning and/or up to a 3 day suspension |
| 7th Occurrence* | You will be terminated |

*(This is documented and placed in your personnel file)*

<u>Exception</u>: No call/no show

<u>One</u> no call/no show is considered grounds for disciplinary action up to and including termination. A "no call/no show" is defined as failing to contact your Manager prior to the start of your shift and not being at your assigned work station within one hour after your shift starts.

In order for a sick day <u>not</u> to be counted as an Occurrence, you must bring a physician's note to your supervisor and have the necessary sick time accrued to use. If you do not have the accrued sick time but present a doctor's note, or if you have the accrued sick time but do not present a doctor's note, this will still be counted as an Occurrence.

If you are absent due to illness, we have the right to request documentation from your physician. We also have the right to require you to submit to an examination by a physician designated by us at our discretion. In other instances (in our discretion), such as where abuse is suspected (e.g., where your record indicates a pattern of short absences and/or frequent absences before or after holidays and weekends), we may require you either to submit a statement from your physician or be examined by a company-designated physician.

If you know you will be absent more than 5 consecutive workdays, you must apply for a leave of absence. Contact the Human Resources Department for instructions as to how to apply for leave. If you are absent a 6th consecutive workday and do <u>not</u> request a leave of absence, this may be considered a voluntary termination.

**B-0378**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Down

Pattern absences will be monitored. "Pattern absences" are defined as 3 or more absences that form a definite pattern, such as the following:

- Absences that occur on or surrounding a holiday;
- Absences that occur on a particular day of the week; or
- Absences that occur before or after your scheduled days off.

## 6.05    *PERSONAL APPEARANCE AND DEMEANOR*

Discretion in style of dress and behavior is essential to our efficient operation. Depending upon your position, you are required to dress either in appropriate business attire or a Company-issued uniform. Please use good judgment in your choice of work clothes. Your appearance must be well groomed, neat and businesslike. It must not interfere with your job functions, safety or health considerations nor be distracting to our customers. You must also conduct yourself at all times in a professional, businesslike manner. If you fail to adhere to proper standards with respect to appearance and demeanor, you are subject to disciplinary action up to and including termination.

Some specific dress and appearance guidelines are set forth below. This is not an all-inclusive list but is provided for guidance purposes.



**UNIFORMED EMPLOYEES**

| ACCEPTABLE | NOT ACCEPTABLE |
| --- | --- |
| • Uniform (well-fitted, clean and properly pressed) | • Uniforms worn too tightly or in a non-professional manner |
| • Appropriate undergarments | • Non-uniform clothing |
| • Hosiery with uniform skirts | • Hair blocking eye-to-eye contact or covering badges |
| • Uniform shoes or other department required footwear (in good repair) | • Shaved designs in hair or beards |
| • Glasses (professional in style/color) | • Extreme styles and/or colors in hair |
| • Good grooming (e.g., clean hair and fingernails; tasteful make-up; beard and mustache clean, neatly trimmed and well-groomed) | • Hats and head coverings (unless for religious observances) |
| | • Make-up on men |
| • Neatly trimmed nails (length must not conflict with any functional job requirements) | • Excessive body piercing (men may only wear one stud earring) |
| | • Tongue piercing |
| • Tasteful nail polish (men may only wear clear polish) | • Excessive tattoos or tattoos not in good taste |
| | • Mirrored/reflective glasses |
| • Jewelry (must present a professional image) | • Sunglasses or darkly tinted lenses (unless a job requirement or prescribed by a doctor) |
| | • Excessive jewelry |

**B-0379**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs

Your individual department head will advise of any additional dress policies that may apply to you. Please also refer to the "Uniforms" Section of this Handbook for additional information regarding your uniform.

## NON-UNIFORMED EMPLOYEES

<u>ACCEPTABLE</u>

- One or two piece dresses or suits (appropriate business length)
- Dress pants with blouses or sweaters
- Appropriate undergarments
- Hosiery with skirts
- Business suits or sport coats with dress pants (tailored, pressed and cleaned)
- Dress shirts with ties
- Business dress socks
- Business dress shoes (in good repair)
- Dress sandals (women)
- Business casual (when authorized)**
- Glasses (professional in style/color)
- All clothing well-fitted, clean and properly pressed
- Good grooming (e.g., clean hair and fingernails; tasteful make-up; beard and mustache neatly trimmed and well-groomed)
- Neatly trimmed nails (length must not conflict with any functional job requirements)
- Tasteful nail polish (men may only wear clear polish)
- Jewelry (must present a professional image)

<u>NOT ACCEPTABLE</u>

- Shorts or cut-offs
- Jeans
- Casual tops and T-shirts
- Strapless tops
- Very short skirts or dresses (e.g., mini-skirts)
- Revealing clothing (e.g., provocative looking; bare; brief; see-through; clinging or too tight)
- Bare legs with skirts
- Athletic shoes or sneakers
- Hair blocking eye-to-eye contact or covering badges
- Shaved designs in hair or beards
- Extreme styles and/or colors in hair
- Hats and head coverings (unless for religious observances)
- Make-up on men
- Excessive body piercing (men may only wear one stud earring)
- Tongue piercing
- Excessive tattoos or tattoos not in good taste
- Mirrored/reflective glasses
- Sunglasses or darkly tinted lenses (unless a job requirement or prescribed by a doctor)
- Excessive jewelry

***Business Casual Dress***
You may be permitted to wear business casual dress on occasion. <u>Your individual department head will advise if and when this policy may apply to you.</u> Business casual dress shall not be worn in areas where there is customer contact or other business reasons to maintain formal business attire. Business Casual dress includes casual slacks; polo shirts; collared shirts; turtlenecks; denim shirts; dresses; skirts; sweaters; jackets; and casual shoes, flats, or dress sandals.

*6.06    UNIFORMS*

If your job requires a uniform, it will be issued when you begin employment. You are expected to wear your uniform properly and in its entirety. It is your responsibility to take care of your uniform.

**B-0380**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs
0148

Uniforms must be clean, pressed, and neatly maintained at all times. The care and maintenance of all washable uniforms is your responsibility. Custom uniforms requiring dry cleaning must be turned into the Wardrobe Department when soiled for cleaning and exchanged for a clean uniform. You will receive uniform exchange instructions from your manager.

If a name tag is issued to you, this is a required part of your uniform to be worn at all times. If you are assigned keys, you are required to wear a belt for key security. If a uniform is in need of repair or lost, report it to the Wardrobe Department.

It is your responsibility to return any uniform or equipment issued to you at the end of your employment with us. These items should be in the same condition as when you were issued them, allowing for normal wear and tear. Any uniform or equipment issued to you is your responsibility and you must render payment for it in the event that it is lost, stolen or not return. This includes but is not limited to tools, radios, beepers, accessories and name tags.

## 6.07   CONTROLLED SUBSTANCES AND ALCOHOL

We strive to provide a working environment for all employees free of the abuse of controlled substances and alcohol. In order to provide quality customer service, we will make every reasonable effort to operate a drug-free workplace and will have zero tolerance for non-compliance. We will not tolerate the use, solicitation, consumption, possession, purchase, distribution or sale of any controlled substance while on Company business or on our property. A controlled substance is:

- Any drug, the sale or consumption of which is illegal.
- A prescribed over the counter (OTC) substance which is legally obtained but not being used for its intended purpose.
- A prescribed over the counter (OTC) substance which is legally obtained and used for its intended purpose, but the use of which causes you to be impaired or in an unfit condition for work.

We may report the prohibited use, solicitation, consumption, possession, purchase, distribution or sale of controlled substances by you while on Company business or on our property to appropriate law enforcement officials.

We will not tolerate alcoholic beverages brought onto or consumed on our property except as may be specifically permitted in connection with Company authorized events.

We will not tolerate you reporting to work or entering our property in an unfit or impaired condition. An "unfit or impaired condition" exists when your behavior and/or ability to work is adversely affected by a controlled substance or alcohol, or a combination of these. If, in our sole opinion, you appear to be in an unfit or impaired condition and your actions involve a significant risk of personal injury or property damage, you will be required to be tested for alcohol and controlled substance use.

**B-0381**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs
0149

Interference or failure to cooperate with our controlled substance and alcohol policy will also result in disciplinary action up to and including termination.

## 6.08   SAFETY AND HEALTH

We are committed to providing a safe and healthful working environment to minimize the exposure of our employees, our customers, and other visitors to health or safety risks. To accomplish this objective, you are expected to work diligently to maintain safe and healthful working conditions and to adhere to proper operating practices and procedures designed to prevent injuries and illnesses.

Your responsibilities in this regard include:

- Exercising maximum care and good judgment at all times to prevent accidents and injuries;
- Immediately reporting any injury you receive while on duty to supervisors, regardless of how minor, and seeking first aid for all injuries;
- Maintaining safe working conditions and immediately reporting unsafe conditions, equipment, or practices to supervisory personnel;
- Using safety equipment provided by us at all times;
- Observing all safety rules and regulations at all times; and
- Notifying your supervisor, before the beginning of the workday, of any medication you are taking that may cause drowsiness or other side effects that could lead to injury to yourself or your co-workers.

If a customer is injured while on our property or you discover a fire or other type of emergency, notify the Security Department immediately. In any emergency, you are expected to fully cooperate with the Security Department and any other responding authorities.

We are also required by law to inform you of any chemicals you are exposed to in the course of your work for us and how to work with these chemicals safely. A written program describing our compliance and Material Safety Data Sheets (MSDS) identifying the hazards associated with these chemicals and how you can protect yourself from overexposure are available for you to view in the Security Department.

## 6.09   COMPANY CONFIDENTIAL INFORMATION

While the sharing of information is necessary to meet the needs of our business and employees, you are responsible for protecting information belonging either to us or entrusted to us by third parties. This information is considered "Company Confidential Information." Improper disclosure can create serious financial or competitive losses or disadvantages to the Company, and legal liabilities for the Company and individual employees.

Company Confidential Information can include:

**B-0382**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Down
0150

- financial, operating and marketing information (historical, current or projected);

- information concerning circumstances or events that could have a material financial impact on the Company; business plans; customer lists and profiles; budgets; information about employees; software; pricing policies; technical information; information related to litigation; and

- similar information entrusted to the Company by third parties. Because Company Confidential Information is not always marked as such, ask your supervisor if you are not sure.

Access to Company Confidential Information should be limited to employees who have a "need to know" in order to perform their duties. Release of such information outside of the Company, whether oral or written, is prohibited except when discussion of such information is <u>necessary</u> (and even then must be <u>limited</u> to only that information required in the normal course of conducting business on behalf of the Company). Proper authorization and, in some cases, an approved confidentiality agreement signed by the recipient, are required. *If in doubt, do not disclose.*

Communications with analysts, market professionals and shareholders must only be through the Company's Chief Financial Officer, Chief Executive Officer or General Counsel. All financial information or statistical operating information, whether written or oral, to be released to the news media or the financial community must have the prior written approval of one of the foregoing.

Care must be taken not to lose Company Confidential Information, disclose it through casual conversation, gossip or improper disposal, or leave it unattended on computers, desks, copiers, or fax machines. Even obsolete or prior versions of Company Confidential Information must be properly safeguarded.

Company Confidential Information that you learn through your employment with us shall not be used by you for your personal benefit. If you leave the Company, you must safeguard and return Company Confidential Information in your possession and abide by any confidentiality agreements you have signed.

## 6.10    CONFIDENTIALITY REGARDING CUSTOMERS

Customers coming to our facility have a right to expect that their activity will remain private and not become a topic of discussion between you and your associates. You are strictly forbidden to discuss a customer's personal activities with anyone, including another customer, employee, family member, associate or friends. If you violate this policy you will be subject to disciplinary action up to and including termination.

## 6.11    GAMBLING BY EMPLOYEES

You, your spouse and members of your immediate household may not engage in slot machine play at our facility at any time.

**B-0383**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs
0151

## 6.12    WORKPLACE VIOLENCE

Threats, threatening behavior, or acts of violence against employees, visitors, guests, or other individuals by anyone on our property will not be tolerated. Violations of this policy will lead to disciplinary action up to and including termination and/or arrest and prosecution.

Any person who makes substantial threats, exhibits threatening behavior, or engages in violent acts on our property shall be removed and remain off the property pending the outcome of an investigation.

You are responsible for notifying your supervisor or another member of management of any threats or violent acts that you have witnessed, received, or have been told that another person has witnessed or received. Even without an actual threat, you should also report any behavior you have witnessed, which you regard as threatening or violent, when that behavior is job related or might be carried out on a Company controlled site, or is connected to Company employment. You are responsible for making this report regardless of the relationship between the individual who initiated the threat or threatening behavior and the person threatened.

If you apply for or obtain a Protective or Restraining Order which lists our property as a protected area, you must provide the Security Department a copy of the Petition and Declarations used to seek the Order, a copy of any temporary Protective or Restraining Order which is granted, and a copy of any Protective or Restraining Order which is made permanent. Copies of these Orders will be kept on file indefinitely.

## 6.13    WORKPLACE SEARCHES

To safeguard our property and that of our employees and customers, for security purposes, and to help prevent the possession, sale, and use of illegal drugs on our property, we reserve the right to question you and all other persons entering and leaving our property, and to inspect any packages, parcels, purses, handbags, briefcases, or other possessions or articles carried to and from our property. In addition, we reserve the right to search your office, desk, files, locker, or any other area on our property, including our parking lots and vehicles parked in them. Please remember all offices, desks, files and lockers are our property and are issued for your use only during your employment with us.

Inspections may be conducted at any time at our discretion in your presence or in the presence of a member of the Security Department if you are not present. Your entry onto our property constitutes consent to search and inspections. Your consent to such searches and investigations is a condition of employment. Your refusal to consent to a search or inspection when requested by us is grounds for disciplinary action up to and including termination.

**B-0384**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs
0152

## 6.14   ENTERING OR LEAVING OUR PROPERTY WHILE ON DUTY

Unless you are otherwise specifically authorized to do so:

- You should refrain from entering or leaving our property through the Slots building or the Hotel lobby.
- You may not leave the building with Company keys or Company assets in your possession. Arrangements for transfer of these items should be made at break times.
- You must leave the building within 15 minutes of completing your shift until your next scheduled shift, except if you are using entertainment or dining facilities and you have received prior approval from your Department Manager.
- You must notify your Manager any time that you are on our property outside your scheduled shift.

## 6.15   POSITIONS INVOLVING DIRECT CUSTOMER CONTACT

If you are in a position that involves frequent contact with customers, you may not do the following while you are on duty:

- use public phones or public restrooms;
- enter into casino gaming areas, restaurants or bars other than as required by your job duties;
- have visitors at your workstation;
- receive personal phone calls (except in emergency situations such as an ill child); or
- carry personal cell phones or pagers.

## 6.16   MOONLIGHTING / SECOND JOB

We expect you to devote your primary efforts towards your duties and responsibilities with us. You may only engage in outside employment with the prior approval of your immediate supervisor and the Human Resources Department.  You may not engage in outside employment that constitutes or appears to constitute a conflict of interest in violation of our Code of Business Conduct without the prior written consent of the Director of Human Resources.   Outside employment includes employment with other companies, self-employment and other business activities.

Any issues regarding any outside employment you may be contemplating should be resolved prior to your accepting such employment.  Outside employment may be approved if it:

- Does not conflict with your responsibilities here, including your ability to work overtime as required in your position;
- Does not interfere with your performance here;
- Does not prove detrimental to our interests;

B-0385

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs
0153

- Does not involve a conflict of interest or the appearance of a conflict of interest (such as working for a competitor, vendor, or customer); and
- Does not involve the use of our Company Confidential Information or confidential or proprietary information of our customers.

## 6.17  SOLICITATION / DISTRIBUTION

We have a long-standing policy prohibiting solicitation or distribution. It is not our intent to infringe on your rights to express your views or solicit support for such views, provided that expressions and canvassing are done privately, are not conducted during work time, do not interfere with our business, and do not infringe on the rights of others. To the maximum extent permitted by law, the following practices are prohibited:

- *Employees*: Solicitation or distribution of literature in working areas or during working time is not permitted. Literature may be distributed to employees who are away from their work areas during break and lunch periods.
- *Persons Other Than Employees*: Persons not employed by us are prohibited from soliciting or distributing on our premises, except in connection with Company sponsored events.

## 6.18  LOCKERS

Lockers are only issued to uniformed employees in authorized departments upon request. If authorized, a locker will be issued at the time you are issued your uniform. Locker rooms are open 24 hours for your convenience. You must use a Company issued lock. If you use a personal or unauthorized lock you will be charged $5.00 for its removal. If you leave the Company, you must vacate your locker on your last day of employment.

## 6.19  PARKING

You are required to park in designated areas of our property unless instructed to park elsewhere by your Manager to accommodate any special events or circumstances. Parking in any public customer lots is strictly prohibited. If you are unsure of where to park, please ask your Manager.

## 6.20  BADGES

When you commence employment with us, you will be issued an employee identification badge (ID) that includes your photograph, name, and other identifying information. You may also be issued one or more "swipe" cards for security access purposes or other reasons. These badges identify you as an employee of the Company and serve as your pass into our facilities and offices. These badges must always

**B-0386**

be prominently displayed on the upper right or left portion of your body. No unauthorized ornaments may be worn on the badge holder. All badges must be returned upon termination of your employment.

If you lose your ID badge or swipe card, it is your responsibility to notify the Human Resources Department immediately so that arrangements can be made to issue you a new one. You will be responsible for the cost of a replacement. Repeat incidents of loss subject you to disciplinary action up to and including termination.

The best protection for our workplace is conscientious, security-minded employees. If you observe anyone in our facilities without an ID or who appears to be engaging in suspicious activity, please notify your supervisor, the Security Department, or the Human Resources Department immediately.

### 6.21  BREAK ROOM

An employee break room is available for your use and low cost vending machines are installed for your convenience.

### 6.22  COMPLIMENTARIES

Complimentaries are given to attract and reward our customers. Unauthorized use or abuse of complimentaries is theft. It is a serious offense which will result in disciplinary action up to and including termination.

### 6.23  LOST AND FOUND

If a customer reports losing or finding something, direct the customer to the Security Podium located on the gaming floor.

### 6.24  SUGGESTIONS

We encourage you to recommend ways to improve our services and procedures. If you have a suggestion or recommendation, please write it down and place it in the suggestion box located in the employee break room or contact your Manager.

### 6.25  EMERGENCY CLOSINGS AND DELAYED OPENINGS

If we must suspend business as required by governmental authorities, disaster, inclement weather, power failure or other emergency, notification will normally be made through local radio and/or television stations. Please listen and watch for any such notice.

If we do not open for business at all:

**B-0387**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Downs
0155

- Eligible full-time regular employees who are non-exempt may use a vacation day or your Floating Day, or may choose not to be paid for that day. Accrued sick time may not be used for this purpose without written proof of your illness from your physician.
- Part-time employees, seasonal employees and event staff are not eligible for vacation days, a Floating Day or sick time and will not be paid for that day.

If we open late or close early:

- Eligible full-time regular employees who are non-exempt and report to work and are working at the time we close will be paid for the hours they were normally scheduled to work that day (but not any overtime scheduled for that day). If you arrive after we open or leave before we close, you will only be paid for hours worked.

If you are a full-time regular exempt employee, you will be paid your normal salary, whether we do not open for business at all or open late or close early, in accordance with applicable federal and state wage and hour laws.

## 6.26   NATIONAL LABOR RELATIONS ACT

This Handbook does not apply to you if you are covered by a collective bargaining agreement unless it is incorporated by the terms of the collective bargaining agreement. In the event any provisions in this Handbook are in conflict with provisions of any collective bargaining agreement that controls the terms and conditions of your employment, the collective bargaining agreement shall control. Nothing contained in this Handbook should be construed as interfering with the rights of employees to engage in lawful protected concerted activities under the National Labor Relations Act.

## 6.27   TERMINATION OF EMPLOYMENT

If you desire to terminate your employment relationship with us, please notify us at least 2 weeks in advance of your intended termination. Such notice should preferably be given in writing to your supervisor, department head and the Human Resources Department. Proper notice allows us time to calculate all money to which you may be entitled to include in your final paycheck.

We may accept your written resignation and ask you to leave in lieu of permitting you to work until the effective date of your resignation. If this occurs, you will be paid through the date of your resignation (up to a maximum of 2 weeks).

If you plan to retire, you are urged to provide us with a minimum of 2 months of notice. You should also provide advance notice to the Plan Administrator of our pension plan. This will allow ample time for the processing of appropriate pension forms to ensure that any retirement benefits to which you are entitled commence in a timely manner.

B-0388

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Do·
0156

As mentioned elsewhere in this Handbook, all employment relationships with us are on an "at will" basis. Thus, although we hope that our relationship with you is long term and mutually rewarding, we reserve the right to terminate the employment relationship at any time, for any reason, with or without cause or notice.

Exit interviews with the Human Resources Department are normally scheduled for outgoing employees after a supervisor receives a notice of resignation or intent to retire. The purpose of these interviews is to review eligibility for benefit continuation and conversion, to ensure that all necessary forms are completed, to collect any of our property that may be in your possession (e.g. keys, uniforms), and to provide you with an opportunity to discuss your job-related experiences.

**B-0389**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Dow
0157

# ACKNOWLEDGEMENT OF EMPLOYMENT
# AND EMPLOYEE HANDBOOK

I acknowledge that I have received and will read my copy of the Company's Employee Handbook. I agree to keep my Handbook for future reference and to observe all Company policies, rules and regulations. I further understand that this Handbook is intended only as a guide for policies, benefits and general information. It is not to be construed as either all-encompassing or as creating a contract between me and the Company.

I also understand that, except to my "at will" employment status, the Company reserves the right to make any changes to its policies, rules, regulations, benefits or other guidelines and their application as the Company deems appropriate from time to time, and these changes may be made with or without notice to me.

NOTWITHSTANDING ANYTHING ELSE, I SEPARATELY UNDERSTAND AND AGREE THAT:

- MY EMPLOYMENT IS "AT WILL";

- I HAVE THE RIGHT TO TERMINATE MY EMPLOYMENT AT ANY TIME FOR ANY REASON AND THAT THE COMPANY HAS THE SAME RIGHT;

- THIS SIGNED ACKNOWLEDGEMENT CONSTITUTES OUR ENTIRE AGREEMENT AS TO THIS "AT WILL" TERM OF MY EMPLOYMENT;

- THIS SIGNED ACKNOWLEDGEMENT SUPERSEDES ANY PRIOR OR OTHER AGREEMENTS IN THAT REGARD; AND

- THIS "AT WILL" TERM OF MY EMPLOYMENT MAY NOT BE MODIFIED EXCEPT IN A WRITING SIGNED BY BOTH THE PRESIDENT OF THE COMPANY AND ME.

Employee Name (Print): _____

Employee Signature: _____

Date: _____

Location: _____

**B-0390**

EMPLOYEE HANDBOOK FOR DOVER DOWNS GAMING & ENTERTAINMENT, INC. and its SUBSIDIARIES
© 2002 DOVER DOWNS GAMING & ENTERTAINMENT, INC.
ALL RIGHTS RESERVED

Margolis Edelstein
Thompson v. Dover Down
0158

| Name | Date of Birth | Prior Position | Date of Employment |
|------|---------------|----------------|--------------------|
| Alger Baldwin | 10/23/1963 | Maint. Mech. I | 9/28/1999 |
| Steve Homlish | 12/31/1959 | Maint. Mech. I | 5/19/1997 |
| James Shreves | 10/23/1964 | Maint. Mech. I | 11/5/2001 |
| William Carlisle | 3/28/1961 | Maint. Mech. I | 9/30/2002 |
| John McCarty | 7/22/1956 | Maint. Mech. II | 12/16/02 |

### Interrogatory No. 5

Please list all complaints, charges, grievances or any other similar form of communication by Dover Downs employees that pertain to Your alleged discrimination in hiring and/or promotion since January 1,1998. For each such complaint, charge, grievance or other similar form of communication, please list:

a.    the employee's name;

b.    age;

c.    date of employee's complaint/communication;

d.    the nature or basis of the employee's complaint/communication;

e.    whether any investigation into the complaint/communication was conducted by Dover Downs or any entity on behalf of Dover Downs;

f.    the findings of that investigation; and

g.    the final resolution of the complaint/communication.

### Response to Interrogatory No. 5

Objection.  Interrogatory No. 5 is so broad in time as to be unduly burdensome and oppressive and to seek information that is not relevant to the subject matter involved in the pending action, will not be admissible at trial, and is not reasonably calculated to lead to the discovery of admissible evidence.  Additionally, Defendant is uncertain as to the meaning of the phrase "any other similar form of communication."  Subject to and without waiver or limitation of its objections, Defendant answers Interrogatory No. 5 as follows:

See Response to Document Request No. 7.

### Interrogatory No. 6

Please discuss and describe in detail Your reasons for *not* promoting Plaintiff to Outside Maintenance Mechanic 1 in or about June, 2004.

B-0391

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANCE F. THOMPSON, SR., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 05-274 (GMS) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| DOVER DOWNS, INC., | : | |
| | : | |
| Defendant. | : | |

## **AFFIDAVIT OF BRANCE F. THOMPSON**

STATE OF DELAWARE      )
COUNTY OF NEW CASTLE    )    SS.

I, Brance F. Thompson, having been duly sworn, depose and say as follows:

1.    I am the Plaintiff in the above-captioned matter.

2.    I have carefully reviewed the Statement of Facts section of my Answering Brief on Dover Downs Motion for Summary Judgment prepared by my attorneys and believe that all of the facts set forth therein are true and correct to the best of my knowledge and belief.

3.    In addition to this general statement, I would like to specifically state the following:

a.    The day after I complained of age discrimination, I was given a disciplinary warning notice for five separate instances that had occurred since February, 2004. All of these write up slips were on the same August 24, 2004 notice, even though the write ups were from various dates prior to August 24. I complained to Mr. Duncan that these notices violated the seventy-two hour rule. Mr. Duncan destroyed the original write up slips dated August 24, 2004 and reissued them using disciplinary notices that were back-dated to the dates that they claim the incidents occurred.

b.    I had vacation time and sick time that should have been used, according to the policy at Dover Downs at the time, to cover these alleged absences so they would not be counted as an unexcused absence.

c.    On January 4, 2005, I was called into a meeting with Human Resources. At that meeting, I was instructed that upon his next write up, I *could* be terminated. However, Dover Downs did not "*want*" to have to terminate me.

d.    I accepted this comment as a threat of termination if I did not drop my complaint with the DDOL and the EEOC.

e.    On January 10, 2005, I was informed of, and discovered a small hidden camera in my paint shop. I wanted Dover Downs to know that I had found the camera, so I went up to the camera and put his eye right up to the camera. I then left the paint shop. When I returned, the camera had been removed.

f.    Dover Downs was watching me without my knowledge in an attempt to catch me doing something against policy so that they could terminate my employment.

g.    On February 22, 2005, bonus checks were distributed at Dover Downs to the Dover Downs employees. These bonus checks typically amount to approximately 1% of each employee's yearly salary. I did not receive a bonus check at that time. This was the first year that he did not receive my bonus check. This action by Dover Downs was intentional retaliation due to my filing a charge of discrimination with the DDOL and the EEOC.

h.    I have been out of work since March 13, 2005 due to a work-related injury.

i.    I have since been returned to work on a light-duty status to lift no more than 10 to 15 pounds. Dover Downs has not given me a position. Eric Daniels and other

2

substantially younger Dover Downs employees have been given light-duty positions that conform to their restrictions.

j.        When I returned to work on light-duty status in 2003, I was given the position of handing out radios. While performing that position, I did not lift more than 10 to 15 pounds. Therefore, that position would conform to my 2005 restrictions. I was not given that position in 2005.

BRANCE F. THOMPSON

SWORN TO AND SUBSCRIBED before me, a Notary Public, for the State and County aforesaid, this 25th day of May, 2006.

NOTARY PUBLIC

TIMOTHY J. WILSON, ESQ.
NOTARY PUBLIC
DELAWARE ATTORNEY
ID # 4323
DELAWARE ATTORNEY AT LAW

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANCE F. THOMPSON, SR., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 05-274 (GMS) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| DOVER DOWNS, INC., | : | |
| | : | |
| Defendant. | | |

## **ORDER**

Having considered the motion and briefing by both parties, IT IS HEREBY

ORDERED that Defendant's Motion for Summary Judgment is DENIED.

_____
J.