IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANCE F. THOMPSON, SR., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 05-274 (GMS) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| DOVER DOWNS, INC., | : | |
| | : | |
| Defendant. | | |

## ORDER

Having considered the motion and briefing by both parties, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is DENIED.

_____
J.