# MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
### ATTORNEYS AT LAW

RICHARD MONTGOMERY DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

June 14, 2006

**Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 N. King Street, Lock Box 19
Wilmington, DE 19801

    Re:    **Thompson v. Dover Downs, Inc. et al.**
              **C.A. No.: 05-0274 GMS**

Dear Judge Sleet:

    By way of a brief status report, this is to advise the Court that the parties believe that they have reached a settlement in principle of all claims and disputes in this action, and currently are ironing out details. We hope to be in a position to advise the Court that the settlement has been finalized by the end of July this year.

    Opposing counsel has reviewed and approved of this report. As always, I am at the Court's disposal.

                                          Respectfully yours,

                                          */s/ Richard M. Donaldson*

                                          Richard M. Donaldson
                                          (DE ID No. 4367)

cc:    Dr. Peter T. Dalleo, Clerk
         April S. Walker, Courtroom Deputy (via e-mail)
         Timothy J. Wilson, Esquire (via e-service)