MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTORNEYS AT LAW

RICHARD MONTGOMERY DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

August 22, 2006

**VIA CM/ECF**
The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 N. King Street, Lock Box 19
Wilmington, DE 19801

      Re:    **Thompson v. Dover Downs, Inc. et al.**
             **C.A. No.: 05-0274 GMS**

Dear Judge Sleet:

      I am writing to advise the Court that this case has been settled, and that we expect that appropriate dismissal papers will be filed promptly.

      As always, I am at the Court's disposal should there be any questions about this matter.

      Respectfully yours,

      */s/ Richard M. Donaldson*

      Richard M. Donaldson
      (DE ID No. 4367)

cc:    Dr. Peter T. Dalleo, Clerk
       Timothy J. Wilson, Esquire