IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANCE F. THOMPSON, SR. : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DOVER DOWNS, INC., DOVER DOWNS : <br> GAMING & ENTERTAINMENT INC., DOVER : <br> DOWNS GAMING MANAGEMENT CORP., : <br> DOVER ENTERPRISES, INC. and DOVER : <br> DOWNS PROPERTIES, INC. : <br> : <br> Defendants. : | Civil Action No.: 05-0274 (GMS) |

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS on June 6, 2005, Plaintiff Brance F. Thompson, Sr. filed a civil complaint, Civil Action No. 05-0274, against Defendants Dover Downs, Inc., Dover Downs Gaming & Entertainment, Inc., Dover Downs Gaming Management Corporation, Dover Enterprises, Inc., and Dover Downs Properties, Inc. alleging discrimination in employment under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et. seq. (the ADEA), and 19 Del. C. §711;

WHEREAS by Stipulation and Order dated July 1, 2005, Defendants Dover Downs Gaming & Entertainment, Inc., Dover Downs Gaming Management Corporation, Dover Enterprises, Inc., and Dover Downs Properties, Inc. were dismissed with prejudice as defendants in this action;

WHEREAS Plaintiff and Defendant Dover Downs, Inc. have amicably resolved all differences;

1184803v1

-2-

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties through their counsel of record that:

1. Upon entry of this Stipulation and Order, the above-captioned case shall be dismissed with prejudice, without costs.

2. By signing this Stipulation, counsel represent that they have discussed the matters set forth herein with their respective clients and that counsel are authorized to execute this Stipulation.

/s/ Timothy J. Wilson

Timothy J. Wilson, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
Attorney for Plaintiff

Dated: September 6, 2006

/s/ R. Montgomery Donaldson

R. Montgomery Donaldson, Del Bar ID No. 4367
Noel C. Burnham, Del Bar ID No. 3483
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840
Attorneys for Defendants

Dated: September 1, 2006

SO ORDERED:

_____
Gregory M. Sleet, J.